UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEVEN D. MURRAY, : | |
|     *Plaintiff* : | |
| v. : | C.A. No. 23-cv- |
| : | |
| COMMUNITY COLLEGE OF : | **Jury trial demanded** |
| RHODE ISLAND, alias, COUNCIL ON : | |
| POST SECONDARY EDUCATION, alias,: | |
| and ROSEMARY COSTIGAN, alias, : | |
| in her individual and official capacities, : | |
|     *Defendants* : | |

**PLAINTIFF'S RECORD APPENDIX IN SUPPORT OF HIS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF**

| Exhibit No. | Description |
|---|---|
| A. | **Dean Allyson Handley Annual Chair Evaluation Meeting: Professor Steve Murray, April 22, 2021.** |
| B. | **CCRIFA Collective Bargaining Agreement with Defendant CCRI.** |
| C. | **Shared Governance Emails.** |
| D. | **January 30, 2019 Letter to Council on Post-Secondary Education and February 1, 2019 Letter to Rhode Island Board of Education.** |
| E. | **Timeline of Clashes Between Professor Murray and Defendants CCRI Administration and Rosemary Costigan.** |
| F. | **Costigan Email Dated April 10, 2018 and Gift Note From Rosemary Costigan Dated April 2020.** |
| G. | **February 28, 2023 Proposed T.A. E-mails.** |
| H. | **February 28, 2023 Banishment Letter from Sybil F. Baily.** |
| I. | **Sandra Sneesby Incident Report Form, February 15, 2023.** |
| J. | **Tara Abbascia Complaint Form, Incident Report and Emails.** |
| K. | **State of Rhode Island Transparency Portal for Elizabth Del Sesto (Capraro) Showing Salary in 2022 and 2023.** |
| L. | **Elizabeth Del Sesto Complaint Form, February 15, 2023.** |
| M. | **Emails between William Stargard, Leslie Florio, and Steven Murray Re: Request for a Meeting, January 23- 26, 2023.** |
| N. | **Sneesby Produced Emails.** |
| O. | **Witness Statements from Lolita Villanueva, Tiffany Jones, and Lauren Nagel dated March 8, 2023.** |

| | |
|---|---|
| P. | **December 19, 2019 Email from Vice President Alix Ogden, Special Advisor to the President overseeing CCRI's labor relations and governance.** |
| Q. | **November 20, 2019 Sybil Bailey re: Murray-Valicenti Complaint** |
| R. | **Kara DiPaolo Investigation Letter, February 28, 2023.** |
| S. | **Letters and Motions by Richard A. Sinapi dated March 29, 2023, April 24, 2023, July 24, 2023, and September 21, 2023.** |
| T. | **Renewed Motion To Dismiss and Respondent's Written Response to the Investigator's Second Draft Findings Pursuant to Title IX Policy and Procedure § XXII D., Richard A. Sinapi. September 21, 2023.** |
| U. | **October 2, 2023 Notice of Dismissal from Kara DiPaolo.** |
| V. | **October 1, 2023 Email from Sybil F Bailey.** |
| W. | **June 21, 2023 Email from Daniel O'Neill (on behalf of Adam Mazin) Re: Summer 2023 Update CCRIFA Leadership.** |
| X. | **E-mail Thread Re: 7week Compressed Term September 15 to October 2, 2023.** |

Plaintiffs,
By their attorney,
**SINAPI LAW ASSOCIATES, LTD.**

**Date: November 9, 2023**

**/s/ Richard A. Sinapi**
**Richard A. Sinapi, Esq. (#2977)**
**Chloe A. Davis, Esq. (#9334)**
2374 Post Road Suite 201
Warwick, RI  02886
Phone: (401) 739-9690;  FAX: (401) 7394-9040
Email: ras@sinapilaw.com