# EXHIBIT A

# Annual Chair Evaluation Meeting
## Professor Steve Murray
### Thursday, April 22, 2021

This note is to certify that the Annual Chair Evaluation for Steve Murray (Criminal Justice) took place today during our one-on-one meeting. Two Summary Evaluation Reports were reviewed and discussed during the meeting; namely, the Dean's Evaluation and the Criminal Justice Faculty Evaluation.

Chair Murray received an overall "outstanding" evaluation from Interim Dean Handley across all rating categories included in the rating scale. Chair Murray is to be commended for setting "high standards regarding the academic and professional preparation of his full-time and adjunct faculty" within the Criminal Justice department. He manages his department with dedication and efficiency.

One departmental faculty member completed the online evaluation of Chair Murray. The evaluation was very positive across all categories and featured ratings of "Exceeds Expectations" for every item on the survey. Comments included; "Top notch chair. Gets a grade of A as department chair in every category."

Chair Murray was encouraged to share his considerable academic expertise and insights with his AHSS colleagues and others at CCRI.

*Allyson Handley*

**Allyson Handley EdD**
**Interim Dean AHSS**

**Steve Murray JD**
**Chair of Criminal Justice**

4-22-2021
Date