# EXHIBIT C

# Steven Murray

| | |
|---|---|
| **From:** | Murray, Steven |
| **Sent:** | Thursday, October 11, 2018 2:56 PM |
| **To:** | Costigan, Rosemary |
| **Cc:** | Roberti, Cecile; Cichon, Sarah; John Leidecker; Chris Cobleigh; Rood, John; Sabbagh, Thomas; Hughes, Meghan |
| **Subject:** | RE: Office Administration Department + Business Department |
| **Importance:** | High |

VP Costigan,

The bedrock principle of **shared governance** is set out in our Contract, our past practices and in the statutes you cited.

Nothing in our Contract, past practices nor the statutes you cited gives the President the unilateral power to merge departments.

Instead, there is a long history at the College of shared governance. The powers of the Curriculum Review Committee (made up of 13 faculty members and one nonvoting faculty member) are set out in the contract and in past practice. The CRC must be notified of and vote on whether to approve the proposed creation or merger of Departments and Programs – for example, the Nursing Department , while you were the Department Chair, on April 25, 2014 – went before the CRC to request approval of the merger of Emergency Management and Homeland Security.
Likewise, law faculty and law courses were part of the Business Department up until 1994. In 1994, a new department, Criminal Justice & Legal Studies, and a new program, Paralegal Studies, was proposed by faculty in the Business Department, voted upon by the faculty of the Business Department, submitted to the Curriculum Review Committee for discussion, review and a vote – approved, then submitted to the President's Council and President for discussion, review and a vote – approved, and then submitted to the RI Board of Governors for Higher Education for discussion, review and a vote – approved and the result being the creation of a new department, Criminal Justice and Legal Studies and the Law Enforcement Program and Paralegal Studies Program.
In 2018, the creation of a new program in Communications was proposed by a faculty member, approved by their department, went before the CRC for a vote, then President's Council/the President and finally the Board for approval.

Also, please be advised that you have not quoted all of the applicable language from the statute(s) (RIGL 16-33.1-2.1 and 16-33.1-3) you cited:

> 16-33.1-3 Award of Degrees – Curriculum and government.
> The board of governors, with the approval of the president **and a committee of the faculty of the community college**, shall award associate degrees, certificates and diplomas and confer honors in the same manner as is customary in American junior colleges and community colleges.
> It shall also be the duty of the president **and a committee of the faculty,** with the approval of the board of governors, to: **arrange courses of study**, prescribe any qualifications for the admission of students and any rules of study, exercise, discipline, and government as the president **and committee** may deem proper.
>
> 16-33.1-2.1 Additional powers of the President of the College.
> In addition to any powers granted to the president of the Community College of Rhode Island by law or regulation, **and consistent with shared governance practices, in conformity with 16-33.1-3**, the president shall have the additional powers and duties:
> To create and consolidate: departments, divisions, programs and courses of study

1

Please be advised, you have not answered the questions I posed in my September 14, 2018 email and I ask you again to please fully respond:

    Please advise as to when this matter went before the CRC?
    If you contend that these two departments have been merged, please explain in detail that process that supports your claim.
    Likewise, please provide me with all Agenda notices and meeting minutes and votes re/from each department on this matter.
    I would also appreciate copies of all emails and any other documents that are in your care custody or control re this matter.

Are you asserting that the President unilaterally merged the Business Department and the Office Technology Department? When and how was this done? What documentation supports that? Was the OPC or the Board notified? Did they approve?

A decline in enrollment of students in Office Technology and faculty retirements should have been noted by the administration and planned for accordingly with the chair, department faculty, the Curriculum Review Committee and the CCRIFA.

There is a time honored process at the College that respects the principle of shared governance and I again ask that this administration follow that process.

Sincerely,
Steven D. Murray
President -- CCRIFA


**From:** Costigan, Rosemary
**Sent:** Monday, October 01, 2018 2:55 PM
**To:** Murray, Steven
**Cc:** Roberti, Cecile; Cichon, Sarah; John Leidecker; Chris Cobleigh; Rood, John; Sabbagh, Thomas
**Subject:** Re: Office Administration Department + Business Department

Dear Steve,

Rhode Island General Law 1633.1-2.1 (http://webserver.rilin.state.ri.us/Statutes/TITLE16/16-33.1/16-33.1-2.1.HTM) states that the powers of the President include the right "to create and consolidate departments."

The Office Technology department experienced enrollment declines over the last several years. In addition, faculty retirements occurred that brought the overall number of Office Technology faculty to less than six, which falls below our Contract requirement (Article XII A) of a minimum of six faculty to constitute a department. These two factors led to the decision to consolidate the Office Technology department within the Business department.

Based on state law and the Contract, the decision to merge these departments is within the management rights of the President.

Sincerely,

2

Rosemary

Rosemary A. Costigan, Ph.D., R.N.
Vice President for Academic Affairs
Community College of Rhode Island
Telephone: 401-825-2142, Fax: 401-825-2495

*This e-mail and any files transmitted with it may contain information that is confidential or privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any hard copies thereof, and notify the sender immediately. No confidentiality or privilege is waived by any such mistransmission*

---

**From:** Steven Murray <smurray@ccri.edu>
**Date:** Tuesday, September 25, 2018 at 10:11 AM
**To:** "rcostigan@ccri.edu" <rcostigan@ccri.edu>
**Cc:** Cecile Roberti <croberti@ccri.edu>, Sarah Cichon <socichon@ccri.edu>, John Leidecker <jleidecker@neari.org>, Christopher Cobleigh <ccobleigh@neari.org>, John Rood <jjrood@ccri.edu>
**Subject:** RE: Office Administration Department + Business Department

VP Costigan,
Please advise -- When will you be responding to my email of 11 days ago?
Sincerely,
Steve Murray
President – CCRIFA
CRC Member

**From:** Murray, Steven
**Sent:** Friday, September 14, 2018 2:30 PM
**To:** Costigan, Rosemary
**Cc:** Roberti, Cecile; Cichon, Sarah; John Leidecker; Chris Cobleigh; Rood, John
**Subject:** Office Administration Department + Business Department
**Importance:** High

VP Costigan,
I am writing in regard to the Business Department and the Office Administration Department. In reviewing records from the Curriculum Review Committee I don't see any proposal nor vote to merge these two departments.
Please advise as to when this matter went before the CRC.
If you contend that these two departments have been merged, please explain in detail that process that supports your claim.
Likewise, please provide me with all Agenda notices and meeting minutes and votes re/from each department on this matter.
I would also appreciate copies of all emails and any other documents that are in your care custody or control re this matter.
Sincerely,
Steve Murray
President – CCRIFA
CRC Member

3

**Steven Murray**

---

| | |
|---|---|
| **From:** | Murray, Steven |
| **Sent:** | Saturday, October 29, 2022 5:32 PM |
| **To:** | Murray, Steven |
| **Subject:** | Fw: VPAA Governance End Run |

**From:** Forleo, Steven <sforleo@ccri.edu>
**Sent:** Wednesday, October 7, 2020 10:16 AM
**To:** Salisbury, James <jfsalisbury@ccri.edu>; Murray, Steven <smurray@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>; Robert Walsh <rwalsh@neari.org>; Lawrence Purtill <lpurtill@neari.org>
**Subject:** Re: VPAA Governance End Run

To augment Professor Sneesby's references, I'm forwarding the following:

# AAUP Principles and Standards for the COVID-19 Crisis

https://www.aaup.org/aaup-principles-and-standards-covid-19-crisis

*Please do not allow this administration to undermine our rightful place in shared governance.*

*Our enabling statute*

Title 16 - Education
Chapter 16-33.1 - Community College of Rhode Island [See Title 16 Chapter 97 – The Rhode Island Board of Education Act]
Section 16-33.1-3 - Award of degrees – Curriculum and government.

§ 16-33.1-3 Award of degrees – Curriculum and government. – The board of governors, with the approval of the president and a committee of the faculty of the community college, shall award associate degrees, certificates, and diplomas and confer honors in the same manner as is customary in American junior colleges and community colleges. **It shall also be the duty of the president and a committee of the faculty, with the approval of the board of governors, to arrange courses of study, prescribe any qualifications for the admission of students and any rules of study, exercise, discipline, and government as the president and committee may deem proper.**

History of Section.
(P.L. 1968, ch. 180, § 1; P.L. 1981, ch. 24, § 1.)

SF

If you have no critics, you'll likely have no success.
-Malcolm X

**From:** Salisbury, James <jfsalisbury@ccri.edu>
**Sent:** Tuesday, October 6, 2020 8:04:39 PM
**To:** Murray, Steven <smurray@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>; Robert Walsh <rwalsh@neari.org>; Lawrence Purtill <lpurtill@neari.org>
**Subject:** Re: VPAA Governance End Run

# We must, indeed, all hang together or, most assuredly, we shall all hang separately.

**Benjamin Franklin**


James F. Salisbury
Associate Professor
Reference Librarian/Department Chair
Community College of RI
400 East Ave.
Warwick, RI 02886
(401) 825-2213
jfsalisbury@ccri.edu

**From:** Murray, Steven <smurray@ccri.edu>
**Sent:** Tuesday, October 6, 2020 7:40 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>; Robert Walsh <rwalsh@neari.org>; Lawrence Purtill <lpurtill@neari.org>
**Subject:** FW: VPAA Governance End Run

Dear Faculty Members,

The VPAA expects by this Friday, October 9, 2020, compliance with her directive that all chairs and a faculty member serve on her AHAC committee.

Are there any chairs who will heed Sandra Sneesby's call to not participate on this committee? And will you publicly say so before Friday?

Steve Murray
President -- CCRIFA


**From:** LeVasseur, Marc <mlevasseur@ccri.edu>
**Sent:** Tuesday, October 6, 2020 6:24 PM
**To:** Sneesby, Sandra <sluzzisneesby@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>; Robert Walsh <rwalsh@neari.org>; Jennifer Azevedo <jazevedo@neari.org>
**Subject:** Re: VPAA Governance End Run

Fellow Faculty,

Citing the references that Professor Sneesby has provided, chairs and faculty should decline to participate.

Marc G. LeVasseur
Professor of English

---

**From:** Sneesby, Sandra <sluzzisneesby@ccri.edu>
**Sent:** Tuesday, October 6, 2020 6:10 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>; Robert Walsh <rwalsh@neari.org>; Jennifer Azevedo <jazevedo@neari.org>
**Subject:** VPAA Governance End Run

Colleagues,

The VPAA's email today demonstrates once again that the VPAA bypasses/ignores faculty governance.

We have a designated governance **Assessment Committee** charged with the very mission for which this so-called "ad-hoc committee" has been formed
https://ccri.edu/governance/committees/academic_quality_assessment.html

In addition the Distance Learning Advisory Committee also addresses the academic quality of online instruction and faculty preparation.
https://ccri.edu/governance/committees/distance_learning.html

Is governance only regarded in the months prior to the NECHE accreditation visit/report writing?

Let me point you to **Standard 3 of NECHE accreditation**, specifically *Internal Governance* (3.13. 3.14)

> 3.14 The institution's chief academic officer is directly responsible to the chief executive officer, and in concert with the **faculty** and other academic administrators, is responsible for the quality of the academic program. The institution's organization and governance structure assure the integrity and quality of academic programming however and wherever offered. Off-campus, continuing education, distance education, correspondence education, international, evening, and weekend programs are clearly integrated and incorporated into the policy formation, academic oversight, and evaluation system of the institution. (See also 4.5)

> 3.15 The institution places primary responsibility for the content, quality, and effectiveness of the curriculum with its **faculty**. Faculty have a substantive voice in matters of educational programs, faculty personnel, and other aspects of institutional policy that relate to their areas of responsibility and expertise. (See also 6.2)

I strongly recommend that anyone approached to participate in this governance end run, decline and instead point out that we already have governance committees in place with duly elected faculty.

Best regards,
**Professor Sandra Luzzi Sneesby, MFA**
Communication and Film/Media
Chair, Distance Learning Advisory Committee
CCRI Radio Faculty Advisor
Community College of Rhode Island
sluzzisneesby@ccri.edu
(401) 825-2004
www.ccri.edu/comm
www.ccri.edu/radio



---

**From:** "Rosemary A. Costigan" <vpaa=ccri.edu@cmail20.com> on behalf of "Rosemary A. Costigan" <vpaa@ccri.edu>
**Reply-To:** VPAA <VPAA@ccri.edu>
**Date:** Tuesday, October 6, 2020 at 3:28 PM
**To:** "Sneesby, Sandra" <sluzzisneesby@ccri.edu>
**Subject:** Ad Hoc Assessment Committee

View as a webpage.

Dear faculty,

Over the past several months, our students – and all of you – have had to adjust to numerous changes in the delivery of instruction due to the COVID-19 pandemic. Now, more than ever, it is important we assess the impact this crisis has had on instruction at the college. As a result, I am pleased to announce the creation of the CCRI Ad Hoc Assessment Committee (AHAC), which will be chaired by Interim Dean Allyson Handley. Click here to find my "Charge to AHAC," which outlines the scope of work, goals, and timeline for this important initiative.

chaired by Interim Dean Allyson Handley. Click here to find my "Charge to AHAC," which outlines the scope of work, goals, and timeline for this important initiative.

All CCRI Academic Department Chairs will serve as ex officio members of AHAC. In addition, each Department Chair will appoint one faculty member to represent their department and serve on the committee. For non-academic AHAC members, I invite the respective Vice President or Senior Manager to designate the person who will represent their unit on the committee.

In order to facilitate the aggressive timeline described in the "Charge to AHAC," please identify department representatives by close of business on Friday, October 9.

Names should be submitted to Allyson Handley (ahhandley@ccri.edu) or Madeline Burke (mburke6@ccri.edu). Please contact Allyson for any additional questions regarding this committee.

Best wishes and thank you in advance for your willingness to support this initiative.

Sincerely,
Rosemary A. Costigan, Ph.D., RN
Vice President for Academic Affairs

    



CCRI | DIVE AWARDS 2019
AMERICA'S 2-YEAR COLLEGE OF THE YEAR

Community College of Rhode Island

Academic Affairs

Privacy Policy | Visit Our Website

# Steven Murray

| | |
|---|---|
| **Subject:** | Meeting with Meghan Hughes |
| **Start:** | Fri 3/1/2019 10:30 AM |
| **End:** | Fri 3/1/2019 11:30 AM |
| **Recurrence:** | (none) |
| **Organizer:** | Murray, Steven |
| **Categories:** | Orange Category |

Discuss the need for "shared governance."



Founded in 1885

# NEW ENGLAND ASSOCIATION OF SCHOOLS & COLLEGES, INC.
## COMMISSION ON INSTITUTIONS OF HIGHER EDUCATION

PATRICIA MAGUIRE MESERVEY, Chair (2017)
Salem State University

DAVID P. ANGEL, Vice Chair (2015)
Clark University

HAROLD O. LEVY (2014)
Trustee Member

G. TIMOTHY BOWMAN (2015)
Harvard University

DAVID E. A. CARSON (2015)
Hartford, CT

THOMAS L. G. DWYER (2015)
Johnson & Wales University

JOHN F. GABRANSKI (2015)
Haydenville, MA

WILLIAM F. KENNEDY (2015)
Trustee Member

KAREN L. MUNCASTER (2015)
Brandeis University

CHRISTINE ORTIZ (2015)
Massachusetts Institute of Technology

JON S. OXMAN (2015)
Auburn, ME

JACQUELINE D. PETERSON (2015)
College of the Holy Cross

ROBERT L. PURA (2015)
Greenfield Community College

REV. BRIAN J. SHANLEY, O.P. (2015)
Providence College

JEAN A. WYLD (2015)
Springfield College

TIMOTHY J. DONOVAN (2016)
Vermont State Colleges

JEFFERY R. GODLEY (2016)
Groton, CT

LILY S. HSU (2016)
MCPHS University

JAY V. KAHN (2016)
Keene State College

WILFREDO NIEVES (2016)
Capital Community College

LINDA S. WELLS (2016)
Boston University

KASSANDRA S. ARDINGER (2017)
Concord, NH

THOMAS S. EDWARDS (2017)
Thomas College

MARY ELLEN JUKOSKI (2017)
Three Rivers Community College

PETER J. LANGER (2017)
University of Massachusetts Boston

DAVID L. LEVINSON (2017)
Norwalk Community College

LYNN C. PASQUERELLA (2017)
Mount Holyoke College

President of the Commission
BARBARA E. BRITTINGHAM
bbrittingham@neasc.org

Senior Vice President of the Commission
PATRICIA M. O'BRIEN, SND
pobrien@neasc.org

Vice President of the Commission
CAROL L. ANDERSON
canderson@neasc.org

Vice President of the Commission
PAULA A. HARBECKE
pharbecke@neasc.org

Vice President of the Commission
TALA KHUDAIRI
tkhudairi@neasc.org

December 2, 2014

Mr. Ray M. Di Pasquale
President
Community College of Rhode Island
Knight Campus, Room 3328
400 East Avenue
Warwick, RI 02886

Dear President Di Pasquale:

I am pleased to inform you that at its meeting on September 18, 2014, the Commission on Institutions of Higher Education took the following action with respect to the Community College of Rhode Island:

> that Community College of Rhode Island be continued in accreditation;
>
> that the College submit a report for consideration in Spring 2017 that gives attention to the institution's progress in assessing student learning outcomes with an emphasis on using the results of assessment for continued improvement;
>
> that the College submit an interim fifth-year report for consideration in Spring 2019;
>
> that, in addition to the information included in all interim fifth-year reports, the College give emphasis to its success in:
>
> 1) continuing to implement a comprehensive approach to the assessment of student learning and using the results for improvement;
>
> 2) addressing ADA compliance issues identified in the College's Master Plan, with attention to considerations regarding space and staffing to meet the needs of students who require special accommodations;
>
> 3) evaluating the impact of changes in Rhode Island's governance of public higher education on the College;
>
> that the next comprehensive evaluation be scheduled for Spring 2024.

The Commission gives the following reasons for its actions.

Mr. Ray M. Di Pasquale
December 2, 2014
Page 2

Community College of Rhode Island (CCRI) is continued in accreditation because the Commission finds the institution to be substantially in compliance with the *Standards for Accreditation*.

The Commission commends the Community College of Rhode Island for submitting a thorough and candid self-study demonstrating its many accomplishments. As validated by the visiting team, the College is achieving its mission and strategic initiatives to meet the "wide-ranging educational needs" of its diverse student body through systematic, participatory, and thoughtful planning efforts, including the development of a new Strategic Plan that will guide the direction of the College over the next three years. We are gratified to learn that CCRI's leadership, faculty and staff are dedicated and committed to the success of the College and its students and, under the leadership of the Vice President of Academic Affairs, faculty who are qualified and sufficient in number develop and deliver high-quality academic programming to students in face-to-face and online formats. We are particularly pleased to learn from the team that over the last decade CCRI has made substantial progress toward the development of an effective system of academic oversight for the College's four campuses, two satellite locations, and distance learning programming. The self-study assures that courses offered online and at all of its campuses are equivalent in content and rigor and, as confirmed by the team, guidelines and rubrics for online course peer review have been developed. The College's Student Success Center provides academic and student services sufficient to support student needs, including tutoring, peer mentoring, study skills workshops, and career and educational counseling. An increase in retention among full-time degree-seeking students from 60% in FY2009 to 64% in FY2013 demonstrates the College's commitment to improving retention rates. Further, the results of a study conducted by the College in FY2013 indicating that 90% of CCRI's graduates are "either employed, continuing their education, or a combination of both six to eight months after graduation" support the effectiveness of the College's student success initiatives. Finally, we appreciate learning of the College's success in its fundraising efforts, including $5 million that was raised to restore the theater and other college projects and the generation of $4 million in revenue through the Center for Workforce and Community Education. With a competent leadership team in place combined with dedicated staff and faculty and a well-developed strategic plan that supports the institution's mission, the Community College of Rhode Island is well positioned for future success.

The item the institution is asked to report on in Spring 2017 is related to our standard on *The Academic Program*.

We concur with the observation of the visiting team that there is still work to be done in the assessment of student learning outcomes, particularly at the course level. We recognize that the College has made progress in this area and note favorably that "pockets" of faculty throughout the institution are working on program-and course-based learning outcomes. In particular, as part of a multi-state collaboration, about 50 of CCRI's faculty members are now using value rubrics to measure course-level student learning outcomes. In keeping with our standard on *The Academic Program*, we ask that the report submitted for consideration in Spring 2017 provide an update on CCRI's continued success in the assessment of student learning outcomes with an emphasis on using the results of assessment for continued improvement:

> The institution's approach to understanding student learning focuses on the course, program, and institutional level. Evidence is considered at the appropriate level of focus, with the results being a demonstrable factor in improving the learning opportunities and results for students (4.49).

Mr. Ray M. Di Pasquale
December 2, 2014
Page 3

> The institution's approach to understanding what and how students are learning and using the results for improvement has the support of the institution's academic and institutional leadership and the systematic involvement of faculty (4.51).

Commission policy requires an interim fifth-year report of all institutions on a decennial evaluation cycle. Its purpose is to provide the Commission an opportunity to appraise the institution's current status in keeping with the Policy on Periodic Review. In addition to the information included in all interim reports the College is asked, in Spring 2019, to report on three matters related to our standards on *The Academic Program, Students,* and *Organization and Governance.*

At noted above, we acknowledge that CCRI is progressing in its efforts toward the assessment of student learning outcomes. The Commission also recognizes that developing and implementing a comprehensive approach to the assessment of student learning outcomes and using the results of assessment to inform decision-making and continued improvement will take the institution's continued attention over time. We look forward, in the interim report submitted for consideration in Spring 2019, to learning of the institution's continued progress in assessing student learning outcomes with an emphasis on using the results of assessment for continued improvement. Our standard on *The Academic Program* (cited above) can be used to inform this portion of the report.

We note with favor that, since the time of the team visit, CCRI has corrected issues noted in the College's Master Plan and in the team report related to compliance with the American with Disability Act (ADA). We are gratified to learn that steps were taken to ensure that space accommodations are sufficient and that full-time staff is in place to support students with special needs. We understand that the College intends to monitor these issues carefully in the future to ensure students' needs are met appropriately, and we look forward to learning, in Spring 2019 of the institution's continued success in assuring compliance with ADA requirements as evidence that "[f]acilities are constructed and maintained in accordance with legal requirements to ensure access, safety, security, and a healthful environment…" (8.3).

As the College candidly acknowledged in its self-study, the Rhode Island Board of Education governance model has "changed repeatedly in the past several years" and the impact on institutions of higher education in the state of Rhode Island "remains to be seen." We ask that the College apprise the Commission, in the Spring 2019 interim report, on the impact of changes in Rhode Island's governance of public higher education on CCRI. Our standard on *Organization and Governance* provides guidance here:

> The authority, responsibilities, and relationships among the governing board, administration, faculty, and staff are clearly described in the institution's by-laws, or an equivalent document, and in a table of organization that displays the working order of the institution. The board, administration, staff, and faculty understand and fulfill their respective roles as set forth in the institution's official documents and are provided with the appropriate information to undertake their respective roles. The institution's organizational structure, decision-making processes, and policies are clear and consistent with its mission and support institutional effectiveness. The institution's system of governance involves the participation of all appropriate constituencies and includes regular communication among them (3.1).

> In multi-campus systems organized under a single governing board, the division of responsibility and authority between the system office and the institution is clear. Where system and campus boards share governance responsibilities or dimensions of authority, system policies and procedures are clearly defined and equitably administered (3.11).

The scheduling of a comprehensive evaluation in Spring 2024 is consistent with Commission policy requiring each accredited institution to undergo a comprehensive evaluation at least once every ten years.

You will note that the Commission has specified no length or term of accreditation. Accreditation is a continuing relationship that is reconsidered when necessary. Thus, while the Commission has indicated the timing of the next comprehensive evaluation, the schedule should not be unduly emphasized because it is subject to change.

The Commission expressed appreciation for the self-study prepared by Community College of Rhode Island and for the report submitted by the visiting team. The Commission also welcomed the opportunity to meet with you, Dr. Greg LaMontagne, Vice President of Academic Affairs, and Dr. Carole Cowan, team chair, during its deliberations.

You are encouraged to share this letter with all of the institution's constituencies. It is Commission policy to inform the chairperson of the institution's governing board of action on its accreditation status. In a few days, we will be sending a copy of this letter to Ms. Eva-Marie Mancuso. The institution is free to release information about the evaluation and the Commission's action to others, in accordance with the enclosed policy on Public Disclosure of Information about Affiliated Institutions.

The Commission hopes that the evaluation process has contributed to institutional improvement. It appreciates your cooperation with the effort to provide public assurance of the quality of higher education in New England.

If you have any questions about the Commission's action, please contact Barbara Brittingham, President of the Commission.

Sincerely,

*Patricia Maguire Meservey*
Patricia Maguire Meservey

PMM/sjp

Enclosures

cc: Ms. Eva-Marie Mancuso
    Visiting team