# EXHIBIT D



# COMMUNITY COLLEGE
## OF RHODE ISLAND

January 30, 2019

Timothy DelGuidice
Chairperson
Rhode Island Office of the Post-Secondary Council  **U.S. POST DATE/**
560 Jefferson Blvd, Suite 100  **HAND DELIVERED THIS DATE**
Warwick, RI 02886

RE: Committee of the Faculty pursuant to 16-33.1-1-3

Dear Chairperson DelGuidice:

I am writing on behalf of the CCRI Faculty Association (the "Union"). As you are aware, Rhode Island General Laws, §§ 16-33.1-2.1 and 16-33.1-3, establish "shared governance practices" at the Community College of Rhode Island ("CCRI"). These co-governance statutes further provide for the establishment of a committee of the faculty to share in said governance practices.

More specifically, §16-33.1-3 requires "… the president and a **committee of the faculty**, with the approval of the board of governors, to arrange courses of study, prescribe any qualifications for the admission of students in any rules of study, exercise, discipline, and government as the "president **and committee** may deem proper." (Emphasis added). Additionally, this shared governance practice is reinforced in Section 2 and 3 of the "RI Junior College Charter for the Faculty Concourse 1969."

Due to the College president's repeated unilateral actions we seek to establish the "committee of the faculty" pursuant to the above-referenced shared governance statutes, and further request that this matter be placed on the agenda of the Council's next meeting.

To the extent that the College might consider the lack of a committee of the faculty to constitute an ongoing past practice, please be advised that pursuant to RIGL §28-9-27 (b)(5)(e), the Union hereby serves notice that it no longer intends to abide by said past practice.

I would appreciate your immediate attention to this matter. I look forward to your reply.

Sincerely,

Steve Murray
President
CCRI Faculty Association

Copy to: Meghan Hughes, President, CCRI
Chris Cobleigh, Assistant Executive Director, NEARI

*Knight Campus · 400 East Avenue, Warwick, Rhode Island 02886-1807 · (401-825-2300)*



# COMMUNITY COLLEGE
## OF RHODE ISLAND

February 1, 2019

Barbara Cottam
Chairperson
Rhode Island Board of Education
Westminster Street
Providence, RI 02903

**U.S. POST DATE/**
**HAND DELIVERED THIS DATE**

RE:   Faculty concerns regarding current CCRI Administration

Dear Chairperson Cottam:

I am writing on behalf of the CCRI Faculty Association (the "Union"). As you are aware, Rhode Island General Laws, §§ 16-33.1-2.1 and 16-33.1-3, establish "shared governance practices" at the Community College of Rhode Island ("CCRI"). These co-governance statutes further provide for the establishment of a committee of the faculty to share in said governance practices.

More specifically, §16-33.1-3 requires "... the president and a **committee of the faculty**, with the approval of the board of governors, to arrange courses of study, prescribe any qualifications for the admission of students in any rules of study, exercise, discipline, and government as the "president **and committee** may deem proper." (Emphasis added). Additionally, this shared governance practice is reinforced in Section 2 and 3 of the "RI Junior College Charter for the Faculty Concourse 1969."

Due to the College president's repeated unilateral actions we have notified Timothy DelGuidice, Chair of the Postsecondary Council, that we, the faculty, seek to establish the "committee of the faculty" pursuant to the above-referenced shared governance statutes.

We ask that we be placed on the agenda for the next meeting of the Board of Education in order that we can more fully articulate our concerns about the repeated unilateral actions that prompt our efforts, including the recent Winter Intersession.

I would appreciate your immediate attention to this matter. I look forward to your reply.

Sincerely,

Steve Murray
President
CCRI Faculty Association

Copy to:   Meghan Hughes, President, CCRI
Chris Cobleigh, Assistant Executive Director, NEARI

*Knight Campus · 400 East Avenue, Warwick, Rhode Island 02886-1807 · (401-825-2300*