# EXHIBIT

# F

# Steven Murray

| | |
|---|---|
| **From:** | Costigan, Rosemary |
| **Sent:** | Tuesday, April 10, 2018 9:10 PM |
| **To:** | Robert C |
| **Subject:** | Re: Potential Teaching Position |

HI Rob!

So, good to hear from you. I am going to forward your information to Chairperson Steve Murray for his review. Thank you for keeping us in mind and appreciate your commitment to CCRI, as well as, our excellent Criminal Justice Program.

Rosemary A. Costigan, Ph.D., R.N.
Vice President for Academic Affairs
Community College of Rhode Island
Telephone: 401-825-2142, Fax: 401-825-2495

*This e-mail and any files transmitted with it may contain information that is confidential or privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any hard copies thereof, and notify the sender immediately. No confidentiality or privilege is waived by any such mistransmission*

**From:** Robert C <r_cardente@hotmail.com>
**Date:** Tuesday, April 10, 2018 at 12:40 PM
**To:** "rcostigan@ccri.edu" <rcostigan@ccri.edu>
**Subject:** Re: Potential Teaching Position

Dr. Costigan,

  I thought I would send you an email to stay in touch. I was asked to send my resume to Roger Williams University for a potential teaching position but still wanted to be express my interest in teaching at CCRI should the opportunity become available.

  I understand you are very busy but if a teaching position should open up and you would like to meet, I would love to express my interest in being part of the CCRI teaching staff.

  Thank you for your consideration and I appreciate you keeping me in mind. Take care!

Respectfully,
Robert Cardente
401-636-0784

**From:** Costigan, Rosemary <rcostigan@ccri.edu>
**Sent:** Sunday, September 10, 2017 10:04:00 PM
**To:** Robert C
**Cc:** Geraldo, Maya
**Subject:** Re: Potential Teaching Position

Hi Rob,

1

April 2020

Dear Steve,

This small token of appreciation is overdue, thanks to COVID-19. I always found TR's words, especially this, helpful in time of leadership challenges. We always were working towards the same thing — good teaching, successful students.



and a great faculty. Stay
well and hope to see you
soon. It takes guts to
do our jobs — and I'd say
we have them!
Best
Rosemary

MADE WITH PAPER FROM
WELL-MANAGED FORESTS

Steve