# EXHIBIT G

**From:** Abbascia, Tara
**To:** DiPaola, Kara
**Subject:** Fwd: Proposed TA
**Date:** Tuesday, February 28, 2023 10:04:59 AM

Hi Kara,

Here is the email the faculty received this morning. He is trying to rile up faculty when he knows what he is putting out there is not possible to get. He's again calling for my resignation. As you may or may not know, I will be leaving the college in June. Since making that announcement he has tried to discredit me and my ability to negotiate a contract, has tried to oust me as President, threatened me, and has tried to intimidate me.
I don't feel that I or anyone else should have to put up with this. I have been sent private emails and been stopped on campus by faculty saying how wrong his behavior is and they are sorry that I have to go through this. It has not gone unnoticed but unfortunately not many are willing to publicly stand up to him about his inappropriate workplace behavior.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI 02865
401-333-7244
tswift@ccri.edu


Begin forwarded message:

**From:** "Murray, Steven" <smurray@ccri.edu>
**Subject: Proposed TA**
**Date:** February 28, 2023 at 6:57:32 AM EST
**To:** "O'Neill, Daniel" <djoneill1@ccri.edu>, CCRI Faculty Association <ccrifa@ccri.edu>, Leslie Florio <lflorio@neari.org>

Dear Colleagues and Union Members,

With no message or explanation from our Union President to the members she represents, we have received a notice of an EC meeting next Monday evening to discuss and vote on another (lousy) proposed TA.

And of course, the meeting will not be in person, but by Zoom.

We talk about building unity amongst our members, yet many prefer what's most convenient, i.e., the DL /Zoom version of Union participation. Is that really how we best discuss our future and the terms of our livelihood?

In person discussion of what we agree upon and disagree upon is how we build understanding of the issues and how we see who's really involved in Union matters, and who perhaps sadly is anti-union or playing for the other team.

Agree or disagree, that ship has sailed as there will be no in person meeting to discuss the TA.

But ask yourself, what does that tell you about where we now are with our Union and the latest proposed TA?

Does it feel like our Union leadership and the Administration just want this to be over and done?

The Administration has NECHE at our doorstep. The Administration does not want an ongoing labor dispute. The language they wanted in the previous TA has been withdrawn. Was it ever that important to them? They offer us a few crumbs (2.5% raise on most, but not all of the financial issues), a "roll over" of the rest of the contract language, and achieve what they desire most with NECHE coming in.

They are betting that most of us will "roll over" and take the "crumbs." A compliant faculty and problem averted.

With a huge State budget surplus, our 10-year NECHE accreditation visit upon us, the Administration wanting a 7-week semester, a pro-Union Governor and a new boss/Chair of the Council on Postsecondary Education (David Caprio), we have leverage now that we rarely ever have had.

Should we eliminate "salary compression" and pay faculty fairly? Should we have a "step system" ? Should we be paid the same or at least closer to what URI and RIC receive for teaching identical courses to what we teach? Should our raises be tied more closely to the rampant inflation that exists? Should we receive a $3,000 retention "bonus"?

Please read the tea leaves as to what really matters to this Administration and how that will change your livelihood.

After their hand-picked "Working Group" recommends the 7-week semesters. whether faculty agree or not, the Administration will impose the 7-week semester upon us. The Administration will tell us as part of their "Management Rights" they have the power to do that, and they will ask for "Impact Bargaining" this summer.

Our Union will respond to the imposition of the 7-week semester by filing an Unfair Labor Practice or Grievance (those can take years to resolve), but on June 17, 2023. our President, Tara, will be gone. The by-laws state that our VP, Mazin Adam, becomes President (assuming he's willing to take that position) upon the resignation of the President and then the Nominating and Elections Committee schedules an election.

And when will that election be? The Fall of 2023?

Does anyone see this playing out poorly for the faculty?

Would it make more sense and be better for the faculty, that Tara resign now, so that we could have strong Union leadership and stability now to negotiate the good contract that we deserve, and be ready for the "Impact Bargaining" that's coming for arguably the biggest change (7-week semester) to our work conditions in the last 30 years?

Of course, if you are satisfied with a 2.5% raise on your base salary and a few hundred dollars more for the overload course you teach in the evening, then this might be a TA you'd vote for.

If you know you deserve better than this TA and you aren't willing to just be done with the big issues we face, then join me in voting "No."


Sincerely,
Steve Murray
Professor
Chair-CJLS

---

**From:** O'Neill, Daniel <djoneill1@ccri.edu>
**Sent:** Monday, February 27, 2023 7:16 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>; Leslie Florio <lflorio@neari.org>
**Subject:** CCRIFA Executive Committee Meeting

Dear CCRIFA Executive Committee,
This is a notice of a meeting of the CCRIFA Executive Committee (EC) to be held by Zoom video conference on Monday March 6th 2023 at 6:00pm. Only elected representatives to the EC may participate in EC meetings. Full-time faculty may attend to observe. Please read all the **Zoom Info** below to ensure that you can access the meeting.

**Executive Committee representatives:** https://www.ccri.edu/facultyassn/committee.html
**CCRIFA Bylaws:** https://www.ccri.edu/facultyassn/CCRIFA_Bylaws_March2015.pdf

**Zoom Info**

- Please attend with a functioning webcam and your full name on your Zoom profile so we may identify who is present.
- You must be logged into your CCRI Zoom account to attend this meeting.
- Registration in advance is required for this meeting. I recommend registering now, don't wait until the day of the meeting. If you have trouble registering, I cannot assist once the meeting has begun.
- The purpose of requiring registration is so that we all know who is in the meeting, and so accurate attendance can be taken.
- Registering will give you a unique meeting link which will only work for you on one device. There is not a general meeting link which can be shared.
- Registration Link:  https://ccri.zoom.us/meeting/register/tJIufu2rrzovE9O7jiQEmF7HYRqRR8RZElD4

**October 27th 2022 Executive Committee Meeting Agenda:**

1. Attendance
2. Approve Minutes from October 27th 2022. Minutes will be distributed before the meeting.
3. Presentation and Executive Committee Vote on 2022-2025 CCRIFA Contract Proposal. The full redline contract is attached (**CBA CCRIFA 2022-2025_Redline_v8.pdf**). Notable changes from the 2018-2021 Contract include:
    a. **III.B.2** (page 5): stricken. Throughout the contract, gendered pronouns are replaced with non-gendered pronouns or specific titles ("the employee", "a faculty member", etc.)
    b. **IV.A** (page 10): update to premium sharing amounts
    c. **VII.A.2** (page 25): calculation of contact hours for summer courses
    d. **VII.E** and **VIIF**: raises in overload pay rate
    e. **Appendix B**: raises in base salaries
    f. **Letter of Agreement #7**: updated list of Director positions
    g. Dates are updated throughout the contract.
    h. Formatting changes, which are not marked in red:
        1. Reformatted Article VI (turned some numbers into letters for consistency)
        2. Underlined all letter sections of articles (some were underlined, some were not)

3. Titled Article II.G "Curriculum Review Committee". (Previously it had no title. It was the only section with multiple parts that did not have a title)

Regards,
Daniel O'Neill
CCRIFA Secretary