# EXHIBIT H

# COMMUNITY COLLEGE
## OF RHODE ISLAND

**Office of Human Resources**

February 28, 2023

Steven D. Murray
39 Treasure Road
Narragansett, RI 02882-2011

Dear Professor Murray,

The Department of Institutional Equity and Human Resources has received notice of three complaints filed with regards to your behavior towards fellow employees.[1]  This letter serves as formal notification of the College's decision to place you on paid administrative leave effective immediately during the pendency of the investigation of these complaints.  This action is not a finding of responsibility.

Please refrain from contacting the Complainants through email, phone calls, messages communicated through others, or otherwise.  Note that the College prohibits retaliation against those involved in complaints, including witnesses, and retaliation shall be treated as a separate violation of College policy. Parties are advised to err on the side of caution and avoid any interactions that may be perceived as retaliatory.

Sincerely,

Sybil F. Bailey
Director of Institutional Equity and Human Resources

cc:   Rosemary Costigan, VP of Academic Affairs
      Kara DiPaola, Assistant Director, Affirmative Action & Equal Opportunity
      Leslie Florio, NEARI, Assistant Executive Director/UniServ

---

[1] See letter from Kara DiPaola, Title IX Coordinator dated February 28, 2023.