# EXHIBIT I



# COMMUNITY COLLEGE
## OF RHODE ISLAND
**Office of Institutional Equity**

# INCIDENT REPORT FORM

Reporting Party: Sandra Luzzi Sneesby          Date: 02/15/2023
Department: English                             Work Telephone: 401-825-3216
Home Address: 25 Roslyn Avenue                  Home Telephone: 401-473-1716
City: Providence                                State: RI     Zip: 02908
Are you a: ☐ student ■ employee ☐ job applicant ☐ other    Email: sluzzisneesby@ccri.edu
Name of immediate supervisor: William Stargard
Name of person(s) against whom the complaint is made: Steven Murray
Name of person(s) against whom the complaint is made is a:   ☐ student  ■ employee  ☐ other

If you are a student and the complaint is against your professor and occurred while you were taking a class, please provide the semester, class title and section number. _____

Where did the incident take place?    several times, including this month

**Basis of complaint:**
☐ Age
☐ Disability
■ Gender/Sex
☐ Gender Identity or Expression
☐ National Origin
☐ Pregnancy
☐ Race
☐ Religion
☐ Sexual Orientation
☐ Veteran Status
☐ Other _____

**Nature of allegations:**
☐ Access/accommodation
■ Discrimination/Harassment
☐ Hiring
■ Retaliation
■ Other Bullying

Name of witnesses, if any:
The entire full time faculty via email

Date of alleged incident:
Have you brought this concern to anyone else's attention?
■ Yes, to whom  Rosemary Costigan, Sybil Bailey, Jon Dorn, Bill Stargard, Alix Ogden    ☐ No

What action would you like taken?
Mr. Murray prohibited from sending mass emails regarding me and my work performance.
He should also be prevented from bullying me or anyone else during meetings and via email

12/2017

Please describe in detail the facts of the alleged incident(s). Please include dates, times, location of the incident(s). For the allegations of discrimination, please describe the difference in treatment.

Steve had emailed the faculty stating derogitory things about me or my performance in my work. I have asked him to stop and he has not.

Steve sends email to the faculty with falsehoods.

Steve bullies me and others in meetings. He is condesending and dismissive and particularly targets females.

_____          2-15-2023
Complainant Signature                  Date

**Please return the completed form to:**
Office of Institutional Equity
400 East Avenue, Warwick, RI 02886

**If you have any questions, please call 401-825-2311**

_____
Person Receiving Complaint
(Print Name, Signature, Position Title)