# EXHIBIT J

CCRI

## COMMUNITY COLLEGE
### OF RHODE ISLAND
**Office of Human Resources**

# COMPLAINT FORM

---

### *Complainant Information*

Name: <u>Tara Abbascia</u>                                   Date: <u>2/17/23</u>

E-mail address: <u>tswift@ccri.edu</u>                        Cell phone: <u>478-960-9554</u>

Home Address: <u>23 Spring Green Rd.</u>                      Home Telephone: <u>N/A</u>

City:<u>Lincoln</u>                                           State:<u>RI</u>            Zip:<u>02865</u>

Are you a:    ☐ student    ☑ employee    ☐ job applicant    ☐ other

Name and title of person(s) charged:  <u>Steve Murray- faculty member</u>

---

If you are a student and the alleged violation is against your professor and occurred while you were taking a class, please provide the semester, class title and section number.

Where did the alleged violation take place? <u>In emails</u>

---

Name of witnesses, if any:                    Date of alleged violation:
<u>CCRI Faculty Association</u>
                                              Have you brought this charge to anyone else's attention?
<u>Leslie Florio</u>
                                              ☐ Yes, to whom_____    ☑ No

Explain as briefly as possible the nature of your complaint and indicate who was involved.  Also, attach any written material pertaining to your case. If necessary, please attach sheets of paper.

<u>There have been multiple instances of bullying and trying to ruin my reputation through email where the CCRIFA,</u>

<u>myself and Leslie Florio (NEARI Uniserv).  He has called me a "lame duck" president and has called my ability t</u>

<u>continue doing my job as the union president into question upon my announcement to leave the college in June.</u>

<u>I feel as though the emails to the CCRIFA are unprofessional and bullying in nature.  He has called for my resign</u>

<u>and has verbally told faculty members that he is trying to "oust" me as CCRIFA President.  In the private email t</u>

<u>demanded that I make a statement to the faculty and when I refused he threatened to forward the email thread to</u>

<u>the CCRIFA.  I told him that he was more than welcome to forward that communication to whomever he felt it n</u>

<u>His interaction through email is inappropriate in a workplace.  Other faculty members have replied to his emails</u>

<u>unprofessional rhetoric. I feel that I have been targeted not only as the union president but also because I am a wo</u>

<u>other faculty members that have been affected by Mr. Murray's behavior over the years and this should not be all</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

What action would you like taken?

I believe that paid administrative leave pending investigation is an appropriate action.  Taking away his ability to

this complaint has been investigated, I feel is appropriate.

_____

_____

_____        _____
Complainant Signature                                              Date

---

**Please return the complete form to:**
Sybil F. Bailey
Director of Human Resources                    **If you have any questions, please call 401-825-2311**
400 East Avenue
Warwick, RI 02886

Tara Abbascia Complaint

Pg 1.

Explain as briefly as possible the nature of your complaint and indicate who was involved.  Also, attach any written material pertaining to your case.  If necessary, please attach sheets of paper.

There have been multiple instances of bullying and trying to ruin my reputation through email where the CCRIFA is included and in an private email thread with myself and Leslie Florio (NEARI Uniserv).  He has called me a "lame duck" president and has called my ability to continue doing my job as the union president into question upon my announcement to leave the college in June.  I feel as though the emails to the CCRIFA are unprofessional and bullying in nature.  He has called for my resignation and has verbally told faculty members that he is trying to "oust" me as CCRIFA President.  In the private email thread, Mr. Murray demanded that I make a statement to the faculty and when I refused he threatened to forward the email thread to the CCRIFA.  I told him that he was more than welcome to forward that communication to whomever he felt it necessary.  His interaction through email is inappropriate in a workplace.  Other faculty members have replied to his emails noting his bullying and unprofessional rhetoric.  I feel that I have been targeted not only as the union president but also because I am a woman.  I believe that there are several other faculty members that have been affected by Mr. Murray's behavior over the years and this should not be allowed to continue.

Pg 2.

What action would you like taken?

I believe that paid administrative leave pending investigation is an appropriate action.  Taking away his ability to use CCRI email to communicate with faculty until this complaint has been investigated, I feel is appropriate.

**CCRI**

### COMMUNITY COLLEGE
#### OF RHODE ISLAND
**Office of Institutional Equity**

# INCIDENT REPORT FORM

Reporting Party: Tara Abbascia                    Date: 2/17/23

Department: Dental                    Work Telephone: 333-7244

Home Address: 23 Spring Green Rd.                    Home Telephone:

City: Lincoln                    State: RI          Zip: 02865

Are you a: ☐ student ☒ employee ☐ job applicant ☐ other    Email:

Name of immediate supervisor: Suzanne Carr

Name of person(s) against whom the complaint is made: Steve Murray

Name of person(s) against whom the complaint is made is a:    ☐ student    ☒ employee    ☐ other

If you are a student and the complaint is against your professor and occurred while you were taking a class, please provide the semester, class title and section number.

Where did the incident take place?    Email

**Basis of complaint:**
- ☐ Age
- ☐ Disability
- ☒ Gender/Sex
- ☐ Gender Identity or Expression
- ☐ National Origin
- ☐ Pregnancy
- ☐ Race
- ☐ Religion
- ☐ Sexual Orientation
- ☐ Veteran Status
- ☐ Other

**Nature of allegations:**
- ☐ Access/accommodation
- ☒ Discrimination/Harassment
- ☐ Hiring
- ☒ Retaliation
- ☐ Other

Name of witnesses, if any:
CCRIFA
Leslie Florio

Date of alleged incident:

Have you brought this concern to anyone else's attention?

☐ Yes, to whom                    ☒ No

What action would you like taken?
Paid administrative leave.

12/2017

Please describe in detail the facts of the alleged incident(s).  Please include dates, times, location of the incident(s). For the allegations of discrimination, please describe the difference in treatment.

Please see the attached emails with dates and times.

I feel that I am being target as the president of the union and as a woman. I feel that he does not go aft

in the same disparaging way in email that he does women.  Other women in the faculty have called hin

I am no longer willing to tolerate his unprofessional, bullying, threatening, tone in emails.

_____        _____
Complainant Signature                                    Date

---

**Please return the completed form to:**
Office of Institutional Equity
400 East Avenue, Warwick, RI 02886

**If you have any questions, please call 401-825-2311**        _____
                                                               Person Receiving Complaint
                                                               (Print Name, Signature, Position Title)

Tara Abbascia Incident Report Form

Page 2

Please describe in detail the facts of the alleged incident(s).  Please include dates, times, location of the incident(s).  For the allegations of discrimination, please describe the difference in treatment.

RESPONSE:

Please see attached emails with dates and times.

I feel that I am being target as the president of the union and as a woman.  I feel that he does not go after men in the same disparaging way in email that he does women.  Other women in the faculty have called him out for his bullying behavior towards women.  I am no longer willing to tolerate his unprofessional, bullying, threatening, tone in emails.

President.

In my opinion, you have weakened our bargaining position with the Administration by announcing your upcoming resignation.

Having served on the previous two contract negotiations teams and as the lead negotiator on the last team, for the benefit of all faculty, I have offered to serve as the lead negotiator on the current contract negotiations team, and you have rejected my offer.

I ask you to reconsider that decision, and I wish you nothing but great success and happiness in whatever new "venture" you are undertaking.

Best,

Steve Murray
Chair -- CJLS

---

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Monday, January 30, 2023 12:27 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>
**Subject:** Announcement

Dear Colleagues,
I will be moving on from CCRI to another venture upon the completion of this semester. I will continue my duties as President until 6/17/23. We will work with the election committee to arrange a special election in April to fill my seat.
Sincerely, Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI 02865
401-333-7244
tswift@ccri.edu

negotiations. I have served with Steve on a previous contract negotiation team and have seen from first-hand experience that he works tirelessly for nothing but the benefit of our students and faculty. Steve is a strong advocate and is an asset to our union. I strongly encourage CCRIFA members to express their support of Steve's appointment to this position to Tara.

Sincerely,
D. Matthew Rieger, PhD
Professor & Chair
Physics and Engineering Department

**From:** Murray, Steven
**Sent:** Tuesday, January 31, 2023 12:45 PM
**To:** Abbascia, Tara <tswift@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>
**Subject:** Re: Announcement

Dear Tara,

Good afternoon.

As we all know, you and the other CCRIFA officers were elected to serve a two-year term beginning in April 2022.

I am writing to ask for some clarification based upon your announcement : "I will be moving on from CCRI to another venture upon the completion of this semester. I will continue my duties as President until 6/17/23. We will work with the election committee to arrange a special election in April to fill my seat."

The CCRIFA Constitution/Bylaws (Article IV, 4.4, e) address the situation you present of ""In the case of ... unexpected retirement by the president, [the vice-president] assumes the presidency on an interim basis until the Nominating- Elections Committee arranges voting for a new president."

Based upon your announcement, " I will continue my duties as President until 6/17/23", you are not resigning/retiring from your role as President until 6/17/23, and according to our Constitution/Bylaws, on 6/17/23 our Vice President, Mazin Adam, will then assume the role of President on an interim basis.

After 6/17/23, the Nominating- Elections Committee will arrange voting for a new president to complete the two-year term that you were elected to serve beginning in the Spring of 2022.

Your announcement also raises issues of concern re the ongoing contract negotiations that you currently lead.

By announcing now that you are resigning as President effective June 17, 2023, you have in effect made yourself a "Lame Duck" President.

In my opinion, you have weakened our bargaining position with the Administration by announcing your upcoming resignation.

Having served on the previous two contract negotiations teams and as the lead negotiator on the last team, for the benefit of all faculty, I have offered to serve as the lead negotiator on the current contract negotiations team, and you have rejected my offer.

I ask you to reconsider that decision, and I wish you nothing but great success and happiness in whatever new "venture" you are undertaking.

Best,

Steve Murray
Chair -- CJLS

---

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Monday, January 30, 2023 12:27 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>
**Subject:** Announcement

Dear Colleagues,
I will be moving on from CCRI to another venture upon the completion of this semester. I will continue my duties as President until 6/17/23. We will work with the election committee to arrange a special election in April to fill my seat.
Sincerely, Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike

**Sent:** Tuesday, January 31, 2023 1:27 PM
**To:** Ryan, Laura <ljryan@ccri.edu>
**Cc:** Rieger, Matthew <drieger@ccri.edu>; Murray, Steven <smurray@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>; Leslie Florio <lflorio@neari.org>
**Subject:** Re: Announcement

Dear Colleagues,

First and foremost, you cannot nominate Steve as the "lead negotiator." I have not stepped down as President and will continue in that role until June. We anticipate having a TA by that time. We have an intact negotiating team that will continue working to negotiate in the best interest of the faculty.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI 02865
401-333-7244
tswift@ccri.edu

On Jan 31, 2023, at 1:00 PM, Ryan, Laura <ljryan@ccri.edu> wrote:

Second

Laura Ryan

--------------------------------------------
Laura J. Ryan, MLIS
Professor Librarian
Community College of Rhode Island Library
1 Hilton Street
Providence RI 02905
tel 401 455 6105
--------------------------------------------

**From:** Rieger, Matthew <drieger@ccri.edu>
**Sent:** Tuesday, January 31, 2023 12:57 PM
**To:** Murray, Steven <smurray@ccri.edu>; Abbascia, Tara <tswift@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>
**Subject:** RE: Announcement

Dear Colleagues,

As a member of CCRIFA, I want to publicly endorse Steve Murray's appointment as lead negotiator for the on-going contract negotiations. I have served with Steve on a previous contract negotiation team and have seen from first-hand experience that he works tirelessly for nothing but the benefit of our students and faculty. Steve is a strong advocate and is an asset to our union. I strongly encourage CCRIFA members to express their support of Steve's appointment to this position to Tara.

Sincerely,
D. Matthew Rieger, PhD
Professor & Chair
Physics and Engineering Department

**From:** Murray, Steven
**Sent:** Tuesday, January 31, 2023 12:45 PM
**To:** Abbascia, Tara <tswift@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>
**Subject:** Re: Announcement

Gratefully your colleague,
Sandra

**Professor Sandra Luzzi Sneesby, MFA**

Chair, English Department

Chair, Faculty Senate

Professor, Communication and Film/Media
Listen to CCRI Radio

Connect with me on LinkedIn

Zoom personal room: https://ccri.zoom.us/j/2501272452

Email: sluzzisneesby@ccri.edu

<image002.png>

---

**From:** Murray, Steven <smurray@ccri.edu>
**Sent:** Tuesday, January 31, 2023 7 43 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>, Abbascia, Tara <tswift@ccri.edu>, lflorio@neari.org <lflorio@neari.org>
**Subject:** Faculty Contract

Dear Colleagues,

I appreciate the support and kind words from those who have added to this thread, but please realize that this is not at all about me, and it's not at all about Tara as a person.

It is about "business", and each of our financial futures and the conditions under which we go to work every day.

The issue before us is the consequence(s) to all of us that result from Tara's decision, in the midst of contract negotiations, to announce, 5 months before it is to occur, her resignation as President of the CCRIFA.

Let me state the obvious -- our Contract defines our working conditions and pay, and this Administration has for years been trying to redefine those conditions in ways that most of us do not approve of.

Does anyone believe that Tara's decision will strengthen or in any way benefit our position in contract negotiations?

Tara has told the Administration and all of us that she's done as of June 17th. -- she is now in effect a "lame duck" president.

By definition a "lame duck" is ineffective and lacks the ability to effect change.

Assuming nothing changes in Tara's plans, on June 17th, Mazin becomes our President, on an interim basis until a successor can be elected.

This is not happening in a vacuum.

The TA that was brought to us was voted down for good reason by a wide margin, and there are a number of issues that need to be addressed in our new contract.

For example, this semester the Administration continued to misinterpret the contract as it relates to overload, resulting in faculty not being able to teach the number of overload hours that the contract allows costing faculty to lose thousands of dollars in overload pay. Clarification of this language needs to be accomplished.

If the "plan" is to negotiate a simple "rollover of the contract" with 2.5% raises, without addressing flaws in the contract, that shouldn't be the solution here.

Tara has every right to do what's best for her, and whatever "venture" she has decided to undertake beginning on June 17th is none of anyone's business but her own, and I truly wish her well.

But right now, we need leadership that isn't one step out the door.

Leadership is defined by results, and the results of this contract negotiation will have long lasting impact on every one of our lives.

I have full confidence in Mazin to lead us as President at this moment.

Tara should resign as President effective immediately, and Mazin as President should appoint a Chairperson of the Contract Negotiating Committee.

The Negotiating Committee and all of us then need to be ready to do all that it takes to get the contract that we deserve.

Sincerely,

Steve Murray

---

**From:** Abbascia, Tara <tswift@ccri.edu>

**From: Abbascia, Tara** tswift@ccri.edu
**Subject:** Re: Faculty Contract
**Date:** February 1, 2023 at 2:54 PM
**To:** Tyler, Gaines gatyler@ccri.edu
**Cc:** CCRI Faculty Association ccrifa@ccri.edu, lflorio@neari.org



Steve and Colleagues,

Steve. I appreciate the heartfelt well wishes. I can sleep at night knowing your attack on my ability to continue as President in contract negotiations is not personal.

The drama and hysterics can end now. I will not be resigning. I will continue to perform the duties as President until my departure, the same as if I had not decided to leave CCRI. My decision to let the membership know now was out of respect. My department would have known, and it wouldn't be a secret I'd ask them to keep. I imagine I would have been accused of not being transparent had my decision gotten around in the rumor mill. In trying to be transparent, I'm now labeled as a "lame duck" and not fit to continue negotiating on behalf of the faculty.

Just so that it's clear to all, I don't make unilateral decisions in the negotiation process. There is a team of 6 other faculty members that have a say, and we work together to come to a consensus on each proposal put before us and what we propose to the other side. Why would I not continue to work in the membership's best interest?

I will continue to work tirelessly for you.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI 02865
401-333-7244
tswift@ccri.edu

On Feb 1, 2023, at 1:06 PM, Tyler, Gaines <gatyler@ccri.edu> wrote

<image001.png>

**From:** Sneesby, Sandra
**Sent:** Wednesday, February 1, 2023 12:30 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** lflorio@neari.org
**Subject:** Re: Faculty Contract

Dear Colleagues,

Some years ago, I served as union President and faced a barrage of toxicity when I stepped in during a difficult contract negotiation. You may know my reputation as someone who gets things done at the college despite the challenges, and even with that trying situation, I did just that, got us a contract, something that had eluded the faculty for five years prior.

As I read the threads that are going around, I am reminded of that time, and how I was treated during that difficult contract. I do not hold any animosity toward those that criticized me, because I realize that when it comes to someone's livelihood and the fear of losing it, our better nature can often take a back seat. However, there is no room in the academy for bullying and while we may be passionate about forging a contract, we do not need to vilify or humiliate our very own to achieve that. I cannot stay silent and watch a mob form or a witch hunt held and see another woman vilified.

Unions gave us the weekends off, competitive pay, and many other things that we take for granted today. All of that can be easily lost if we don't remain vigilant. Across the country faculty rights are being eroded and an administrative industrial complex now runs this college for all intents and purposes.

As a union, we rarely mobilize until a contract is up for renewal. And even then, some only show up when it's time to vote. In a union, we need to be united and active if we want to hold onto what we have. The faculty that came before us fought very, very hard to earn the rights that we now enjoy, and it is our responsibility to carry that torch. Freedoms that we have had for years are being slowly and meticulously eroded, faculty responsibilities are being replaced by administrators and staff members who are paid much higher.

What we do need is to come together and fight for what we deserve:

1. Ways to increase our pay, beyond the state 2.5% cap
2. Ability to earn extra money to provide for our families via overtime
3. Maintaining our faculty rights
4. Academic Freedom
5. Freedom of Speech
6. Strong shared governance

Everyone needs to participate, not just the 50 or so members that consistently show up to meetings. There are 300 of us, and we should all be working, lending our time and talent. You cannot be fired for union activity; federal law protects unions.

I have offered Tara my support, willingness to help and to stand up to the challenge before us. I hope you do as well. Let's come together and fight the real enemy, not one other. If we want change, we must be the change.

Gratefully your colleague,



From: **Murray, Steven** smurray@ccri.edu
Subject: Re: Faculty Contract
Date: February 1, 2023 at 3:35 PM
To: Abbascia, Tara tswift@ccri.edu, Tyler, Gaines gatyler@ccri.edu
Cc: CCRI Faculty Association ccrifa@ccri.edu, lflorio@neari.org

Tara,

Leaders should know when it's over --- ask Tom Brady.

And sorry, but there's no drama, hysterics, attacks, mobs, bullying, misogyny or other "crutch" that is real here -- those are the words of the drowning person who uses them as a life ring in an attempt to keep afloat.

Deflect, deflect...

You announced 5 months before your departure that you are leaving the employ of the College. You are a "lame duck" leader. Is it too much for us to want our leader to have "skin in the game"?

You are now going to zealously perform your duties to get a contract that won't even apply to you?

I have no doubt that the Administration is thrilled with your decision.

I really hope you prove me (and the many others who privately criticize your performance to date as President) wrong and deliver the best contract we've ever gotten.

Steve Murray

---

From: Abbascia, Tara <tswift@ccri.edu>
Sent: Wednesday, February 1, 2023 2:54 PM
To: Tyler, Gaines <gatyler@ccri.edu>
Cc: CCRI Faculty Association <ccrifa@ccri.edu>; lflorio@neari.org <lflorio@neari.org>
Subject: Re: Faculty Contract

Steve and Colleagues,
Steve, I appreciate the heartfelt well wishes. I can sleep at night knowing your attack on my ability to continue as President in contract negotiations is not personal. The drama and hysterics can end now. I will not be resigning. I will continue to perform the duties as President until my departure, the same as if I had not decided to leave CCRI. My decision to let the membership know now was out of respect. My department would have known, and it wouldn't be a secret I'd ask them to keep. I imagine I would have been accused of not being transparent had my decision gotten around in the rumor mill. In trying to be transparent, I'm now labeled as a "lame duck" and not fit to continue negotiating on behalf of the faculty. Just so that it's clear to all, I don't make unilateral decisions in the negotiation process. There is a team of 6 other faculty members that have a say, and we work together to come to a consensus on each proposal put before us and what we propose to the other side. Why would I not continue to work in the membership's best interest?
I will continue to work tirelessly for you.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI 02865
401-333-7244
tswift@ccri.edu

On Feb 1, 2023, at 1:06 PM, Tyler, Gaines <gatyler@ccri.edu> wrote:

<image001.png>

From: Sneesby, Sandra
Sent: Wednesday, February 1, 2023 12:30 PM
To: CCRI Faculty Association <ccrifa@ccri.edu>
Cc: lflorio@neari.org
Subject: Re: Faculty Contract

Dear Colleagues,

Some years ago, I served as union President and faced a barrage of toxicity when I stepped in during a difficult contract negotiation. You may know my reputation as someone who gets things done at the college despite the challenges, and even with that trying situation, I did just that, got us a contract, something that had eluded the faculty for five years prior.

**From:** Susi, Holly hsusi@ccri.edu
**Subject:** Re: Faculty Contract
**Date:** February 1, 2023 at 3:39 PM
**To:** Abbascia, Tara tswift@ccri.edu, Tyler, Gaines gatyler@ccri.edu
**Cc:** CCRI Faculty Association ccrifa@ccri.edu, lflorio@neari.org

Tara, I appreciate all that you have done as union president and negotiation team member. I also appreciate your transparency.

By the way, being a lame duck has its advantages. It allows a person a sense of freedom to worry less about what will happen to them personally as it provides opportunities to go after what really matters...which is exactly the person I've known you to be even before this.

I'm so happy to hear you are resolute in doing your work as president until it's time to move on to a new job. Please let faculty know if there's anything we can do to support you and the negotiation team as you continue your important work.

Holly Susi

Holly J. Susi, M.A.
Professor, English/Communication
ACUE Fellow / Safe-Zone Certified
Trauma-Informed Care Champion
Nationally-certified Developmental Education Specialist

Room 3566, Knight Campus, Warwick RI

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Wednesday, February 1, 2023 2:54:27 PM
**To:** Tyler, Gaines <gatyler@ccri.edu>
**Cc:** CCRI Faculty Association <ccrifa@ccri.edu>; lflorio@neari.org <lflorio@neari.org>
**Subject:** Re: Faculty Contract

Steve and Colleagues,

Steve, I appreciate the heartfelt well wishes. I can sleep at night knowing your attack on my ability to continue as President in contract negotiations is not personal.

The drama and hysterics can end now. I will not be resigning. I will continue to perform the duties as President until my departure, the same as if I had not decided to leave CCRI. My decision to let the membership know now was out of respect. My department would have known, and it wouldn't be a secret I'd ask them to keep. I imagine I would have been accused of not being transparent had my decision gotten around in the rumor mill. In trying to be transparent, I'm now labeled as a "lame duck" and not fit to continue negotiating on behalf of the faculty.

Just so that it's clear to all, I don't make unilateral decisions in the negotiation process. There is a team of 6 other faculty members that have a say, and we work together to come to a consensus on each proposal put before us and what we propose to the other side. Why would I not continue to work in the membership's best interest?

I will continue to work tirelessly for you.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI 02865
401-333-7244
tswift@ccri.edu

On Feb 1, 2023, at 1:06 PM, Tyler, Gaines <gatyler@ccri.edu> wrote:

<image001.png>

**From:** Sneesby, Sandra
**Sent:** Wednesday, February 1, 2023 12:30 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** lflorio@neari.org
**Subject:** Re: Faculty Contract

Dear Colleagues,

Some years ago, I served as union President and faced a barrage of toxicity when I stepped in during a difficult contract negotiation. You may know my reputation as someone who gets things done at the college despite the challenges, and even with that trying situation, I did just that, got us a contract, something that had eluded the faculty for five years prior.

As I read the threads that are going around, I am reminded of that time, and how I was treated during that difficult contract. I do not hold any animosity toward those that criticized me, because I realize that when it comes to someone's livelihood and the fear of losing it, our better nature can often take a back seat. However, there is no room in the academy for bullying and while we may be passionate about forging a contract, we do not need to vilify or humiliate our very own to achieve that. I cannot stay silent and watch a mob form a witch hunt held and see another woman vilified.

Unions gave us the weekends off, competitive pay, and many other things that we take for granted today. All of that can be easily lost if we don't remain vigilant. Across the country faculty rights are being eroded and an administrative industrial complex now runs this college for all intents and purposes.

**From: MacInnes, Maryhelen** mdmacinnes@ccri.edu
**Subject:** Re: Faculty Contract
**Date:** February 1, 2023 at 4:09 PM
**To:** Susi, Holly hsusi@ccri.edu, Murray, Steven smurray@ccri.edu, Abbascia, Tara tswift@ccri.edu, Tyler, Gaines gatyler@ccri.edu
**Cc:** CCRI Faculty Association ccrifa@ccri.edu, lflorio@neari.org

Thank you, Susi, for expressing that so clearly.

As professionals and colleagues, this level of disrespect is ridiculous. There is a procedure in place for this situation, and it does not require Tara to step down. You don't like the rules? Work to change them. Dislike the leadership? Run for a leadership position.

This whole mocking tone and disrespecting a coworker thing? It isn't a good look for us

Get Outlook for iOS

---

**From:** Susi, Holly <hsusi@ccri.edu>
**Sent:** Wednesday, February 1, 2023 3:56:03 PM
**To:** Murray, Steven <smurray@ccri.edu>; Abbascia, Tara <tswift@ccri.edu>; Tyler, Gaines <gatyler@ccri.edu>
**Cc:** CCRI Faculty Association <ccrifa@ccri.edu>; lflorio@neari.org <lflorio@neari.org>
**Subject:** Re: Faculty Contract

· those are the words of the drowning person who uses them as a life ring in an attempt to keep afloat.

Deflect, deflect..."

Steve, your rhetoric is disrespectful and does nothing to provide solutions or bring people together.

I sat on a negotiation team with you. I was witness to your bullying and your disparaging comments to your own colleagues. At one point, you turned your attention to me and I quietly told you that I. Do. Not. Answer. To. You. That still holds true. And I know that many are also quietly saying the very same thing now.

If you feel you want to do more, you can run for president of the union when the times come and see if you have the support. Until then, please take a breath and let the team do its work. And for goodness sake, tone down the vitriol.

Best,
Holly Susi

Holly J. Susi, M.A.
Professor, English/Communication
ACUE Fellow / Safe-Zone Certified
Trauma-Informed Care Champion
Nationally-certified Developmental Education Specialist

Room 3566, Knight Campus, Warwick RI

---

**From:** Murray, Steven <smurray@ccri.edu>
**Sent:** Wednesday, February 1, 2023 3:35:05 PM
**To:** Abbascia, Tara <tswift@ccri.edu>; Tyler, Gaines <gatyler@ccri.edu>
**Cc:** CCRI Faculty Association <ccrifa@ccri.edu>; lflorio@neari.org <lflorio@neari.org>
**Subject:** Re: Faculty Contract

Tara,

Leaders should know when it's over --- ask Tom Brady.

And sorry, but there's no drama, hysterics, attacks, mobs, bullying, misogyny or other "crutch" that is real here -- those are the words of the drowning person who uses them as a life ring in an attempt to keep afloat.

Deflect, deflect...

You announced 5 months before your departure that you are leaving the employ of the College. You are a "lame duck" leader. Is it too much for us to want our leader to have "skin in the game"?

You are now going to zealously perform your duties to get a contract that won't even apply to you?

I have no doubt that the Administration is thrilled with your decision.

I really hope you prove me (and the many others who privately criticize your performance to date as President) wrong and deliver the best contract we've ever gotten.

**From:** Abbascia, Tara tswift@ccri.edu
**Subject:** Re: Faculty Senate
**Date:** February 15, 2023 at 10:54 AM
**To:** Parker, Shawn sgparker@ccri.edu



Thanks, Shawn. Appreciate the support

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisqusset Pike
Lincoln, RI 02865
401-333-7244
tswift@ccri.edu

---

On Feb 15, 2023 at 10:27 AM Parker, Shawn <sgparker@ccri.edu> wrote:

Tara,
Nice call-out there "for what apparently was not a quick enough response to Steve's demand that I communicate the union's position."
I appreciate that you are working on it and trying to get reasonable answers before getting sucked into the vortex.
Supportively,
Shawn

---

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Wednesday, February 15, 2023 10:06 AM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** CCRI Faculty Association <ccrifa@ccri.edu>; lflorio@neari.org <lflorio@neari.org>
**Subject:** Re: Faculty Senate

Dear Colleagues,
I do apologize for what apparently was not a quick enough response to Steve's demand that I communicate the union's position
I am a co-sponsor and the LMS bill, and here's why; consistency for students  This bill does not require faculty to use Blackboard, only to have a link in Blackboard to whatever LMS system they are using  We are here for student success, so why not make navigating their courses easier? When Jason approached me about co-sponsoring the bill last April, I acted as a faculty member, not the union president  Did I think about possible discipline associated with non-compliance? No, I did not  Violation of academic freedom? In my opinion, no
As the union president, regardless of my personal position, I must ensure there are no contractual violations  I am working with the NEARI uniserv to look at the bills to determine where possible violations lie and then act accordingly
As of now, I have withdrawn as a co-sponsor of the LMS bill while I work with our partners at NEARI to resolve the issues  While I personally support this bill, it has become a conflict of interest
On another note, there are those that find it necessary to spread lies  If you hear something and you wonder if it's true, contact me directly
Tara
Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisqusset Pike
Lincoln, RI 02865
401-333-7244
tswift@ccri.edu

---

On Feb 15, 2023, at 9:23 AM, Murray, Steven <smurray@ccri.edu> wrote:

Dear Colleagues,

We still await a response/explanation from Tara  as to our Union's response to the issues I and others have raised concerning the role of the Faculty Senate

Is the Union going to file a Class Action Grievance (Violation of the Contract -- related to provisions involving the contract language on the CRC and/or Academic Freedom) and/or an Unfair Labor Practice Complaint with the RI Labor Board (Un-bargained Change in Work Conditions) as a result of the actions taken by the Faculty Senate to "require" Work Based Learning be made part of our Curriculum and the other two most recent "bills" that "require" faculty to take action that we have discussed on this thread?

I have had productive conversations with our NEARI UniServe, Leslie Florio, on this matter, but we have heard nothing from

Is the Union going to file a Class Action Grievance (Violation of the Contract -- related to provisions involving the contract language on the CRC and/or Academic Freedom) and/or an Unfair Labor Practice Complaint with the RI Labor Board (Unbargained Change in Work Conditions) as a result of the actions taken by the Faculty Senate to "require" Work Based Learning be made part of our Curriculum and the other two most recent "bills" that "require" faculty to take action that we have discussed on this thread?

I have had productive conversations with our NEARI UniServe, Leslie Florio, on this matter, but we have heard nothing from Lara our Union President.

Likewise, I have had detailed conversations with the President of the Faculty Senate, Professor Sandra Sneesby, on these matters, and I would ask her to respond in this email thread to the issues that I and others have raised.

Now that we know the "Standardized Grading" bill was not introduced by faculty members, Kilduff and Stockford, but instead by Dean Nauman, doesn't that just exemplify the problem here?

The "Faculty" Senate in that instance appears to be an instrument of the Administration to introduce policy that "requires" faculty to adopt a standardized grading policy.

Is that a "success" for faculty?

Is that "shared governance"?

Is that what you envision as the role of the Faculty Senate?

Sincerely,
Steve Murray
Professor
Chair -- CJLS

---

From: Murray, Steven <smurray@ccri.edu>
Sent: Monday, February 13, 2023 7:10 PM
To: MacDougall, Sheryl <smacdougall@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
Cc: lflorio@neari.org <lflorio@neari.org>
Subject: Faculty Senate

Dear Colleagues,

I'm awaiting a statement from Union leadership regarding the Union's position on this important matter.

Are we in agreement that the Faculty Senate has no power to "require" faculty members to take any type of action regarding the curriculum and issues involving Academic Freedom?

Are we in agreement that the Faculty Senate is merely an advisory body to the College President, and it has no power to compel the College President to adopt any policy the Faculty Senate creates?

Are we in agreement that the Faculty does not have an active role in "shared governance" with the Administration?

Sincerely,
Steve Murray
Professor
Chair -- CJLS

---

From: MacDougall, Sheryl <smacdougall@ccri.edu>
Sent: Monday, February 13, 2023 9:39 AM
To: CCRI Faculty Association <ccrifa@ccri.edu>
Cc: MacDougall, Sheryl <smacdougall@ccri.edu>
Subject: Work Based Learning

Good Morning to Faculty. My name is Sheryl MacDougall. I am a professor in the CJLS Department and have been at CCRI for almost 30 years. I am also on the CCRI Faculty Senate. Those who are also on the Senate and attended the session in which the Work Based Learning Bill (WBL) was proposed know that I objected to it and explained why. I feel compelled to share this information with the entire faculty.
Three years ago, I ran and was elected to this inaugural faculty senate. I ran because a close colleague of mine, the late Dan Donovan, had fought for faculty to have an equal part in governance at CCRI. I felt I was honoring him and helping to get this started. I am an attorney and so I am always trying to look at the work and proposals of the senate in legal terms and trying at all times to have a senate that makes a difference, but keeps in mind we are under a hard-fought contract that we must respect as it is THE legal document that protects us and sets out the terms of our duties and rights.
The proposal that was voted on attempts to make Work-based Learning a requirement for all majors of study. At the meeting

**From:** **Murray, Steven** smurray@ccri.edu
**Subject:** Re: Re:
**Date:** February 15, 2023 at 11:13 AM
**To:** Abbascia, Tara tswift@ccri.edu
**Cc:** lflorio@neari.org

Tara

If you are not accusing me then please clarify your email to the entire faculty immediately.

Steve

---

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Wednesday, February 15, 2023 10:53 AM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>
**Subject:** Re:

Steve,

I wasn't accusing you of anything.  There's a lot of misinformation out there, and it was a blanket statement to everyone. Even if that statement was pointed at someone specifically, I would not embarrass them in front of the entire faculty by calling them out by name.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI  02865
401-333-7244
tswift@ccri.edu

On Feb 15, 2023, at 10:26 AM, Murray, Steven <smurray@ccri.edu> wrote:

Tara,

Are you accusing me of "spreading lies" ?

If so, have the backbone to publicly do so and tell the world what "lie" I'm spreading.

And if it's someone else you are accusing, have the backbone to name them.

Steve Murray

**From:** **Abbascia, Tara** tswift@ccri.edu
**Subject:** Re:
**Date:** February 15, 2023 at 11:38 AM
**To:** Murray, Steven smurray@ccri.edu
**Cc:** lflorio@neari.org

I'm not going to clarify anything. Why are you taking the statement personally? I think it's clear that it was a blanket statement. The email was not addressed to you but to everyone.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI  02865
401-333-7244
tswift@ccri.edu

On Feb 15, 2023, at 11:13 AM, Murray, Steven <smurray@ccri.edu> wrote:

Tara

If you are not accusing me then please clarify your email to the entire faculty immediately.

Steve

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Wednesday, February 15, 2023 10:53 AM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>
**Subject:** Re:

Steve,

I wasn't accusing you of anything. There's a lot of misinformation out there, and it was a blanket statement to everyone. Even if that statement was pointed at someone specifically, I would not embarrass them in front of the entire faculty by calling them out by name.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI  02865
401-333-7244

**From:** **Murray, Steven** smurray@ccri.edu
**Subject:** Re: Re:
**Date:** February 15, 2023 at 12:00 PM
**To:** Abbascia, Tara tswift@ccri.edu
**Cc:** lflorio@neari.org



Tara

Your email was directed at me and any reasonable person reading it would conclude your statement about "spreading lies" was also directed at me.

I am giving you the opportunity to correct this in your own words.

Would you prefer that I just forward this email thread to everyone?

Steve

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Wednesday, February 15, 2023 11:37 AM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>
**Subject:** Re:

I'm not going to clarify anything. Why are you taking the statement personally? I think it's clear that it was a blanket statement. The email was not addressed to you but to everyone.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI  02865
401-333-7244
tswift@ccri.edu

On Feb 15, 2023, at 11:13 AM, Murray, Steven <smurray@ccri.edu> wrote:

Tara

If you are not accusing me then please clarify your email to the entire faculty immediately.

Steve

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Wednesday, February 15, 2023 10:53 AM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>

From: **Abbascia, Tara** tswift@ccri.edu
Subject: Re:
Date: February 15, 2023 at 12:09 PM
To: Murray, Steven smurray@ccri.edu
Cc: lflorio@neari.org

Steve,

Go ahead and forward this email thread to the faculty if you wish.  I have nothing to hide.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI  02865
401-333-7244
tswift@ccri.edu

On Feb 15, 2023, at 12:00 PM, Murray, Steven <smurray@ccri.edu> wrote:

Tara

Your email was directed at me and any reasonable person reading it would conclude your statement about "spreading lies" was also directed at me.

I am giving you the opportunity to correct this in your own words.

Would you prefer that I just forward this email thread to everyone?

Steve

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Wednesday, February 15, 2023 11:37 AM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>
**Subject:** Re:

I'm not going to clarify anything. Why are you taking the statement personally?  I think it's clear that it was a blanket statement.  The email was not addressed to you but to everyone.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike