# EXHIBIT K

# State of Rhode Island: Transparency

RIJobs

## RI State Employee Payroll Search

*The data below reflects Fiscal Year 2022
Annualized Salary is available starting Fiscal Year 2016.
The CSV download file contains additional employee data.

[ Click here to search again ]

[ Download CSV file ]

### 1 Records Found

Sort by: Last Name ⦿ ASC ◯ DESC [Sort]

| Last Name | First Name | Department | Title | Reg. Earnings + | OT Earnings | Other Earnings + | Total Earnings | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| CAPRARO | ELIZABETH | COMMUNITY COLLEGE OF R I | NON CLASSIFIED | $60,922.98 | $0.00 | $576.90 | $61,499.88 | $61,499.88 |

# State of Rhode Island: Transparency

RIJobs

## RI State Employee Payroll Search

*The data below reflects Fiscal Year 2023
Annualized Salary is available starting Fiscal Year 2016.
The CSV download file contains additional employee data.

Click here to search again

Download CSV file

### 1 Records Found

Sort by: Last Name  ● ASC  ○ DESC  Sort

| Last Name | First Name | Department | Title | Reg. Earnings + | OT Earnings | Other Earnings + | Total Earnings | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| DEL SESTO | ELIZABETH | COMMUNITY COLLEGE OF R I | NON CLASSIFIED | $70,846.20 | $0.00 | $473.28 | $71,319.48 | $75,000.12 |