# EXHIBIT L



COMMUNITY COLLEGE
OF RHODE ISLAND

**Office of Human Resources**

# COMPLAINT FORM

## *Complainant Information*

Name: Elizabeth Del Sesto

Date: February 15, 2023

E-mail address: ecapraro@ccri.edu

Cell phone: (401) 829-5760

Home Address: 1384 Snake Hill Road

Home Telephone: N/A

City: North Scituate

State: RI Zip: 02857

Are you a: ☐ student ☑ employee ☐ job applicant ☐ other

Name and title of person(s) charged: Steven Murray, Department Chair/Professor of Criminal Justice & Legal Studies

---

If you are a student and the alleged violation is against your professor and occurred while you were taking a class, please provide the semester, class title and section number.

Where did the alleged violation take place? The alleged violation took place in my office - Knight Campus, room 4228.

---

Name of witnesses, if any:
Maya Geraldo

Date of alleged violation: January 20, 2023

Have you brought this charge to anyone else's attention?

☑ Yes, to whom VPAA Rosemary Costigan ☐ No

Explain as briefly as possible the nature of your complaint and indicate who was involved. Also, attach any written material pertaining to your case. If necessary, please attach sheets of paper.

On Thursday, January 19 at 15:53 I sent all department chairs an informational email (see attached) regarding the updates to the PTFA contract Article 11.7 and the effect such updates had on payroll that was to be submitted by chairs to their dean on Friday, January 20. Steven Murray replied to this email on Thursday, January 19 at 16:36 saying it was the first time he heard such information. On Friday, January 20 at 10:37, I replied with more detail and attached email exchanges we had months prior with the information of which he claimed he was unaware (see both emails attached). Almost immediately following my response sent at 10:37, Steven Murray unexpectedly came to my office to complain and vent about the email exchange we had related to the updated PTFA contract - something of which I had no control over, nor do I have control over now. From my perception, he came to my office angrily and unprofessionally, as he was red in the face, flailing his arms, and speaking loudly. He used phrases such as "This is ridiculous." "I'm not going to do it" "I'm still waiting on my dean...," insinuating that Dean Stargard had not done what he was supposed to do related to this matter. I cannot recall all of his exact words but in summary he was complaining and speaking negatively about the PTFA contract, administration, and the dean and his role. I was completely caught off guard by his unexpected visit and his demeanor. I am simply the subject matter expert in Academic

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

What action would you like taken?

_____

_____

_____

_____

_____                     February 15, 2023
Complainant Signature                                  _____
                                                       Date

**Please return the complete form to:**
Sybil F. Bailey
Director of Human Resources          **If you have any questions, please call 401-825-2311**
400 East Avenue
Warwick, RI 02886

| | |
|---|---|
| **Subject:** | Re: PTFA Article 11.7 Clarification -- Reduced Compensation Adjuncts |
| **Date:** | Friday, January 20, 2023 at 10:37:37 Eastern Standard Time |
| **From:** | Del Sesto, Elizabeth |
| **To:** | Murray, Steven, Stargard, William |
| **Attachments:** | PTFA CBA Informatoinal Meeting Notes Email.pdf, 2022-25 CCRIPTFA CBA Email.pdf |

Steve,

Do the low-enrolled courses that you offered to adjuncts meet all three of the following conditions:
1. enrollment is below the minimum number;
2. full-time faculty have maxed out their overload and, therefore, are unavailable to teach the course; and
3. it is not a low-enrolled course that needs to run due to students who need it to graduate, or it's only offered in the given semester.

If the courses do not meet all three conditions, then you do not need to reduce the compensation. If the courses do meet all three conditions, then it is the responsibility of the chair to offer the course to the adjunct at the appropriate reduced rate and reflect that rate on the payroll report.

This information was sent to you and all chairs on October 21, 2022, following an informational meeting with the VPAA. I have attached the email chain for your reference, that provided answers to your previous questions related to this article provision. Additionally, the link to the signed CCRIPTFA contract was sent to you on January 5, 2023. I have also attached the email for your reference.

Thank you,
Liz

---

**From:** Murray, Steven <smurray@ccri.edu>
**Date:** Thursday, January 19, 2023 at 16:36
**To:** Del Sesto, Elizabeth <ecapraro@ccri.edu>, Stargard, William <wstargard@ccri.edu>
**Subject:** Re: PTFA Article 11.7 Clarification -- Reduced Compensation Adjuncts

Liz + Bill,

As you know, there are a number of courses in CJLS that have less that 10 students enrolled.

The Administration has decided over a period of time, with enrollment ever in flux, to run those courses.

Previous to receiving this email, I reached out to adjuncts to fill courses that start in 2 business days.

I was fortunate at this late hour to be able to get adjuncts to accept these assignments.

Since this email is the first time the Administration has raised with me the possibility of paying adjuncts this semester at a reduced rate, and there are exceptions listed in your email, that was not discussed when adjuncts were offered a course.

If the Administration wants to pay adjuncts at a reduced rate at this last moment in the process, I think

the Administration needs to specifically decide which courses they are going to apply the reduced rate to, and then contact the individual adjunct faculty members to decide if they will accept the course under that reduced compensation condition.

Sincerely,
Steve Murray

---

**From:** Del Sesto, Elizabeth <ecapraro@ccri.edu>
**Sent:** Thursday, January 19, 2023 3:53 PM
**To:** Murray, Steven <smurray@ccri.edu>; Sneesby, Sandra <sluzzisneesby@ccri.edu>; Kilduff, Raymond <rkilduff@ccri.edu>; Godo-Solo, Hossiri <hhgodosolo@ccri.edu>; Orellana, Walter <woorellana@ccri.edu>; Coclin, Maria <mcoclin@ccri.edu>; Jones, Tiffany <tdlang@ccri.edu>; Arendt, Elizabeth <earendt@ccri.edu>; Crawford, Kevin <kcrawford@ccri.edu>; Valicenti, Soudabeh <svalicenti@ccri.edu>; Albro, Jo-Ann <jalbro@ccri.edu>; Bull, Michelle <mbull@ccri.edu>; Nelligan, Jennifer <jnelligan@ccri.edu>; Amante y Zapata, Joseph <amante@ccri.edu>; Parker, Shawn <sgparker@ccri.edu>; MacInnes, Maryhelen <mdmacinnes@ccri.edu>; Salisbury, James <jfsalisbury@ccri.edu>; Plouffe, Meaghan <meplouffe@ccri.edu>; Yanku, Gail <gyanku@ccri.edu>; Potvin, Jean <jepotvin@ccri.edu>; Vicente, Sharyn <svicente@ccri.edu>; Villanueva, Lolita <llvillanueva@ccri.edu>; Turenius-Bell, Christine <citureniusbell@ccri.edu>; Rieger, Matthew <drieger@ccri.edu>; Bouchard, Karen <kbouchard@ccri.edu>; Vargas, Carmen <crodas@ccri.edu>; Lapre, Dawn <dlapre@ccri.edu>; Arruda, Paula <parruda1@ccri.edu>; Josephs, Maddie <mjosephs@ccri.edu>; Abbascia, Tara <tswift@ccri.edu>; Koropey, Caren <ckoropey@ccri.edu>; Souza, Karen <ksouza2@ccri.edu>; Musard, Brian <bmusard@ccri.edu>; Scattone, Donna <dscattone@ccri.edu>
**Cc:** Stargard, William <wstargard@ccri.edu>; Nauman, Barbara <bnauman@ccri.edu>; Carr, Suzanne <scarr7@ccri.edu>; Quaratella, Deborah <dquaratella@ccri.edu>; Devine, Karen <kedevine@ccri.edu>
**Subject:** PTFA Article 11.7 Clarification

Dear Chairs and Admins,

I have received many inquiries regarding Article 11.7 of the CCRIPTFA CBA. During the week before classes, if you have unassigned courses that are low-enrolled (under 10 and no less than 5) and are subject to cancelation, you may offer those courses to your adjuncts for reduced compensation per Article 11.7.

As a reminder, for adjuncts who are offered and elect to teach a course that would have otherwise been cancelled, for most courses, 10 will be the minimum enrollment number for reduced compensation rates. The conditions for this are as follows: (1) enrollment is below the minimum number; (2) full-time faculty have maxed out their overload and, therefore, are unavailable to teach the course; and (3) it is not a low-enrolled course that needs to run due to students who need it to graduate, or it's only offered in the given semester.

If you are assigning adjuncts at reduced compensation, please adjust their workload in Banner according to the attached Excel spreadsheet. If an adjunct agrees to teach at reduced compensation, it is not subject to change.

Please provide me a list of those adjuncts and their assigned courses that are teaching at a reduced rate. If you have any questions, please let me know.

Thank you,
Liz
--
Elizabeth E. (Capraro) Del Sesto, M.B.A.
Coordinator, Academic Affairs
Adjunct Faculty, Business & Professional Studies
Community College of Rhode Island
400 East Avenue, Warwick, RI 02886
E: [ecapraro@ccri.edu](mailto:ecapraro@ccri.edu) P: (401) 825-1012

| | |
|---|---|
| **Subject:** | Re: PTFA CBA Informational Meeting Notes |
| **Date:** | Monday, October 24, 2022 at 18:37:04 Eastern Daylight Time |
| **From:** | Costigan, Rosemary |
| **To:** | Murray, Steven, Capraro, Elizabeth, Parker, Shawn, Sneesby, Sandra, Patnaude, Carol, Godo-Solo, Hossiri, Austin, James, Amante y Zapata, Joseph, Kilduff, Raymond, MacInnes, Maryhelen, Turenius-Bell, Christine, Coclin, Maria, Arendt, Elizabeth, Crawford, Kevin, Valicenti, Soudabeh, Rieger, Matthew, Josephs, Maddie, Abbascia, Tara, Bull, Michelle, Sienkiewicz, Susan |
| **CC:** | Stargard, William, Nauman, Barbara, Carr, Suzanne, Devine, Karen, Geraldo, Maya, lflorio@neari.org |
| **Attachments:** | image001.png |

Dear Steve,
I have responded to your questions in red. I will be out of the office for the remainder of the week, if you need immediate assistance, please contact Liz. I hope the responses address your questions.

Sincerely,
Rosemary

Rosemary A. Costigan Ph.D., RN
Vice President for Academic Affairs



---

**From:** Murray, Steven <smurray@ccri.edu>
**Date:** Sunday, 1 Aban 1401 AP at 08:49
**To:** Capraro, Elizabeth <ecapraro@ccri.edu>, Parker, Shawn <sgparker@ccri.edu>, Sneesby, Sandra <sluzzisneesby@ccri.edu>, Patnaude, Carol <cpatnaude@ccri.edu>, Godo-Solo, Hossiri <hhgodosolo@ccri.edu>, Austin, James <jfaustin@ccri.edu>, Amante y Zapata, Joseph <amante@ccri.edu>, Kilduff, Raymond <rkilduff@ccri.edu>, MacInnes, Maryhelen <mdmacinnes@ccri.edu>, Turenius-Bell, Christine <citureniusbell@ccri.edu>, Coclin, Maria <mcoclin@ccri.edu>, Arendt, Elizabeth <earendt@ccri.edu>, Crawford, Kevin <kcrawford@ccri.edu>, Valicenti, Soudabeh <svalicenti@ccri.edu>, Rieger, Matthew <drieger@ccri.edu>, Josephs, Maddie <mjosephs@ccri.edu>, Abbascia, Tara <tswift@ccri.edu>, Bull, Michelle <mbull@ccri.edu>, Sienkiewicz, Susan <ssienkiewicz@ccri.edu>, Costigan, Rosemary <rcostigan@ccri.edu>
**Cc:** Stargard, William <wstargard@ccri.edu>, Nauman, Barbara <bnauman@ccri.edu>, Carr, Suzanne <scarr7@ccri.edu>, Devine, Karen <kedevine@ccri.edu>, Geraldo, Maya <mrgeraldo@ccri.edu>, lflorio@neari.org <lflorio@neari.org>
**Subject:** Re: PTFA CBA Informational Meeting Notes

Dear Rosemary,

Please be advised that I have read the new PTFA contract and the email from Liz that details the "highlights" to the changes re assigning courses to adjuncts, and I have a few questions that will help me in applying these new PTFA contract terms to scheduling of adjunct faculty.

Please clarify the following issues in the new PTFA contract for us :

1. "All adjuncts can teach up to 3 courses in a semester, given that those 3 courses do not exceed ==8.5 hours.==" Is the 8.5 hour maximum "Clock hours" or "Contact hours" ? For full-time faculty, the Contract section that deals with Overload courses states that faculty can teach 21 **contact** hours in an Academic year and a contact hour is defined in the Contract. The PTFA contract does not define "hour", nor does it state "clock" or "contact" hours, and both are defined differently in our contract. If we apply "contact" hours to this part of the PTFA contract, then an adjunct can teach three 3 credit courses ( 3 x 2.5 contact hours = 7.5 contact hours), and if we apply "clock" hours to this part of the PTFA contract, then an adjunct is unable to teach three 3 credit courses (3 x 3 clock hours = 9 hours). Please advise, whether Chairs should use the "Contact hour" or "Clock hour" definition to this part of the PTFA contract?
   <span style="color:red">Adjuncts hours have always been calculated on contact hours.</span>

2. In regard to the section of the PTFA contract that reads : " For adjuncts who are offered and elect to teach a course that would have otherwise been cancelled, for most courses, 10 will be the minimum enrollment number for reduced compensation rates.
   - The conditions for this are as follows: (1) enrollment is below the minimum number; (2) full-time faculty have maxed out their overload and, therefore, are unavailable to teach the course; and (3) it is not a low-enrolled course that needs to run due to students who need it to graduate, or it's only offered in the given semester. "

   In light of this new provision to the PTFA contract, how will it impact on Full time faculty's right to teach "Overload" courses each semester? Do you intend to continue to routinely grant full time faculty "Overload exceptions" to the contract maximum? How is the term "maxed out" their overload, as applied to full time faculty defined? Will 10 enrolled students be the minimum to run a course taught by full time faculty in Spring 2023? As a result of this new PTFA provision, will adjuncts be offered courses that full time faculty were not offered due to enrollment size?

<span style="color:red">Adjuncts would only be offered this option if full-time contractual obligations have been met, meaning all eligible full-time faculty have reached their contractual maximum allotment for overload assignment (6 courses or 21 contact hours). As stated in my call with chairs on Tuesday, last week, multiple variables factor into whether a course is offered or not. Factors include needed for graduation; offered only once a year and could delay graduation; campus offering is limited, to name a few.
Overload exceptions are only approved when no other faculty member or adjunct is available to teach a scheduled course. As OL exceptions are for emergency situations only, every effort should be made to award the course to those not exceeding contractual limits.</span>

With this semester quickly headed to conclusion and preparation for the Spring 2023 semester already underway, including scheduling of both full time and adjunct faculty, thank you in advance for clarifying these issues for Department Chairs.

Thank you.

Steve Murray

---

**From:** Capraro, Elizabeth <ecapraro@ccri.edu>
**Sent:** Friday, October 21, 2022 12:34 PM
**To:** Parker, Shawn <sgparker@ccri.edu>; Murray, Steven <smurray@ccri.edu>; Sneesby, Sandra <sluzzisneesby@ccri.edu>; Patnaude, Carol <cpatnaude@ccri.edu>; Godo-Solo, Hossiri <hhgodosolo@ccri.edu>; Austin, James <jfaustin@ccri.edu>; Amante y Zapata, Joseph <amante@ccri.edu>; Kilduff, Raymond <rkilduff@ccri.edu>; MacInnes, Maryhelen <mdmacinnes@ccri.edu>; Turenius-Bell, Christine <citureniusbell@ccri.edu>; Coclin, Maria <mcoclin@ccri.edu>; Arendt, Elizabeth <earendt@ccri.edu>; Crawford, Kevin <kcrawford@ccri.edu>; Valicenti, Soudabeh <svalicenti@ccri.edu>; Rieger, Matthew <drieger@ccri.edu>; Josephs, Maddie <mjosephs@ccri.edu>; Abbascia, Tara <tswift@ccri.edu>; Bull, Michelle <mbull@ccri.edu>; Sienkiewicz, Susan <ssienkiewicz@ccri.edu>
**Cc:** Stargard, William <wstargard@ccri.edu>; Nauman, Barbara <bnauman@ccri.edu>; Carr, Suzanne <scarr7@ccri.edu>; Devine, Karen <kedevine@ccri.edu>; Geraldo, Maya <mrgeraldo@ccri.edu>
**Subject:** PTFA CBA Informational Meeting Notes

Dear Chairs,

Thank you for meeting with VP Costigan on Tuesday, October 18 to discuss the changes in the 2022-25 PTFA CBA. Please see the highlights from the meeting, as discussed, below. I have also attached the document provided to you from the VPAA as a reference.

- The assignment of adjuncts is based on qualifications, seniority, and availability.
- The next vetting of seniority lists in the removal of adjuncts who have not maintained their bargaining status will be at the end of the contract's period in 2025.
    - If an adjunct does not teach an equivalent of 2, 3-credit courses over the term of the contract, they will be removed from the seniority list by our office in conjunction with HR.
- All adjuncts can teach up to 3 courses in a semester, given that those 3 courses do not exceed 8.5 hours.
- When following the order of assignments, you must start at the top and move down the seniority list assigning 2 courses at a time unless (a) the adjunct(s) only requested to teach 1 course or (b) 2 courses in your department are greater than 8.5 hours.
    - When additional courses that were not on the original schedule are added, they will be assigned based on seniority where you left off in the order of assignments.
- Adjuncts will no longer be compensated if their course is canceled prior to the start of classes.
- For adjuncts who are offered and elect to teach a course that would have otherwise been cancelled, for most courses, 10 will be the minimum enrollment number for reduced compensation rates.

- - The conditions for this are as follows: (1) enrollment is below the minimum number; (2) full-time faculty have maxed out their overload and, therefore, are unavailable to teach the course; and (3) it is not a low-enrolled course that needs to run due to students who need it to graduate, or it's only offered in the given semester.
    - I will work with you and the deans to track these potentially canceled courses and is working with payroll to develop the process to pay adjuncts at such reduced rates.
  - All adjuncts who are currently at 200+ hours of seniority will automatically move to step 2 of the three-tiered pay schedule – I will provide you with a list of these adjuncts next week.
    - For any adjunct with 100-199 hours, they will need to have two successful evaluations before moving to step 2.
    - For any adjunct with 200+ hours automatically moving to step 2 will need to have two successful evaluations before moving to step 3.
  - I will seek to form an adjunct evaluation committee, similar to that of the Evaluation Review Committee, to address the evaluation process, timeline, forms, etc. related to Appendices A and B.

Thanks,
Liz
--
Elizabeth E. (Capraro) Del Sesto, M.B.A.
Coordinator, Academic Affairs
Adjunct Faculty, Business & Professional Studies
Community College of Rhode Island
400 East Avenue, Warwick, RI 02886
E: ecapraro@ccri.edu P: (401) 825-1012

Friday, January 20, 2023 at 10:31:41 Eastern Standard Time

**Subject:** 2022-25 CCRIPTFA CBA
**Date:** Thursday, January 5, 2023 at 13:13:35 Eastern Standard Time
**From:** Del Sesto, Elizabeth
**To:** Murray, Steven, Sneesby, Sandra, Kilduff, Raymond, Godo-Solo, Hossiri, Orellana, Walter, Coclin, Maria, Jones, Tiffany, Arendt, Elizabeth, Crawford, Kevin, Valicenti, Soudabeh, Albro, Jo-Ann, Bull, Michelle, Nelligan, Jennifer, Amante y Zapata, Joseph, Parker, Shawn, MacInnes, Maryhelen, Salisbury, James, Plouffe, Meaghan, Yanku, Gail, Potvin, Jean, Vicente, Sharyn, Villanueva, Lolita, Turenius-Bell, Christine, Rieger, Matthew, Bouchard, Karen, Vargas, Carmen, Lapre, Dawn, Arruda, Paula, Josephs, Maddie, Abbascia, Tara, Koropey, Caren, Souza, Karen, Musard, Brian, Scattone, Donna
**CC:** Stargard, William, Nauman, Barbara, Carr, Suzanne, Quaratella, Deborah, Devine, Karen

Dear Chairs and Admins,

I hope this email finds you well. I wanted to share with you the signed 2022-25 CCRIPTFA Collective Bargaining Agreement has been posted to the HR website, which you may find [here](). Please let me know if you have any questions.

Thank you,
Liz
--
Elizabeth E. (Capraro) Del Sesto, M.B.A.
Coordinator, Academic Affairs
Adjunct Faculty, Business & Professional Studies
Community College of Rhode Island
400 East Avenue, Warwick, RI 02886
E: ecapraro@ccri.edu P: (401) 825-1012