# EXHIBIT M

RE: [External]:Re: [External]:Re: request for a meeting

Stargard, William <wstargard@ccri.edu>
Thu 1/26/2023 10:47 AM
To: Murray, Steven <smurray@ccri.edu>;Leslie Florio <lflorio@neari.org>
Cc: Costigan, Rosemary <rcostigan@ccri.edu>

Dear Steve,

Today's meeting is not a disciplinary meeting. As I stated in my earlier email, "This is a counseling meeting to address Steve Murray's unprofessional tone and behavior with an Academic Affairs staff member in their office on the morning of Friday, 20 January 2023."

The purpose of the counseling meeting is for me to remind you that unprofessional tone and behavior (raising your voice, agitated demeanor, and directing your frustration to a staff member who has no authority to change academic policies) is unacceptable. Your unprofessional tone and behavior was witnessed by a second staff member in the office. In addition, a third staff member in a nearby office overheard your raised voice and was concerned about was going on.

There will be no disciplinary action taken for this incident. Progressive disciplinary action will occur only if a second incident of this type of unprofessional behavior occurs in the future.

Sincerely,
Bill

*William Stargard, Ph.D.*
*(he/him/his)*
*Dean of Arts, Humanities, and*
*Social Sciences*
*Community College of Rhode Island*
*Warwick, RI 02886*
*Office: 401-825-1189*
*Cell: 401-749-6547*
*wstargard@ccri.edu*


COMMUNITY COLLEGE OF RHODE ISLAND

---

**From:** Murray, Steven
**Sent:** Thursday, January 26, 2023 10:10 AM
**To:** Leslie Florio <lflorio@neari.org>
**Cc:** Stargard, William <wstargard@ccri.edu>; Costigan, Rosemary <rcostigan@ccri.edu>
**Subject:** Re: [External]:Re: [External]:Re: request for a meeting

Hi Bill,

I am writing to you again, since I have had no reply of any kind from you in regard to my email to you on January 24, 2023 @ 11:33am that requests information and documents.

Sincerely,

Steven Murray
Chair -- CJLS

**From:** Leslie Florio <lflorio@neari.org>
**Sent:** Tuesday, January 24, 2023 4:18 PM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** Stargard, William <wstargard@ccri.edu>; Costigan, Rosemary <rcostigan@ccri.edu>
**Subject:** [External]:Re: [External]:Re: request for a meeting

CAUTION: This email was generated from outside of CCRI. Please do not click on links or attachments unless you have verified legitimacy of this email.

Hi Bill,

I am available on Thursday at 11:00.

Best,
Leslie

Sent from my iPhone

> On Jan 24, 2023, at 11:33 AM, Murray, Steven <smurray@ccri.edu> wrote:
>
> Hi Bill,
>
> I'm available to meet on Thursday, 1/26/23, at the times you suggest.
>
> Please define for me what you mean by a "counseling meeting." Also, please provide any contract provision, law(s), policy(ies) that define, describe or detail a "counseling meeting" as you are using this term.
>
> To comply with my due process rights, before we meet, please provide me with a complete written detailed statement of facts made by the "staff member" who is making this allegation against me, and a complete written detailed statement of facts made by any witness to this alleged event. Please provide any other evidence that supports or is exculpatory of the "staff member's" allegations, including any audio, video or other recording. Also, please provide me with any and all email, text messages, letters, memoranda or any other form of record or document that anyone employed at the College has created, copied or sent, regarding the allegation made by the "staff member."
>
> Also, please provide me with the College's policy(ies) that detail, define and describe "unprofessional tone and [or] behavior" as it applies to employees of the College.
>
> Sincerely,
> Steven Murray
> Chair -- CJLS

**Sent:** Tuesday, January 24, 2023 10:48 AM
**To:** Leslie Florio <lflorio@neari.org>; Murray, Steven <smurray@ccri.edu>
**Subject:** RE: [External]:Re: request for a meeting

Hi Steve & Leslie,

I cannot meet today or Wednesday. I am available on Thursday, 26 January, 8 a.m. – 12 noon and after 3 p.m.

This is a counseling meeting to address Steve Murray's unprofessional tone and behavior with an Academic Affairs staff member in their office on the morning of Friday, 20 January 2023.

Sincerely,
Bill

*William Stargard, Ph.D.*
*(he/him/his)*
*Dean of Arts, Humanities, and*
*Social Sciences*
*Community College of Rhode Island*
*Warwick, RI 02886*
*Office: 401-825-1189*
*Cell: 401-749-6547*
*wstargard@ccri.edu*

<image002.jpg>

---

**From:** Leslie Florio <lflorio@neari.org>
**Sent:** Monday, January 23, 2023 6:53 PM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** Stargard, William <wstargard@ccri.edu>
**Subject:** [External]:Re: request for a meeting

CAUTION: This email was generated from outside of CCRI. Please do not click on links or attachments unless you have verified legitimacy of this email.

Hi Bill,

I am available tomorrow between 1:30-3:00pm.

Please provide in writing specifically what the allegations are. It's difficult for me to prepare if I don't know ahead of time what the allegations are.

Best,
Leslie

Sent from my iPhone

> On Jan 23, 2023, at 6:40 PM, Murray, Steven <smurray@ccri.edu> wrote:

HI Bill.
I'm available tomorrow.
I will copy Leslie Florio on this.
Steve Murray

---

**From:** Stargard, William <wstargard@ccri.edu>
**Sent:** Monday, January 23, 2023 5:37 PM
**To:** Murray, Steven <smurray@ccri.edu>
**Subject:** request for a meeting

Dear Steve,

Please see my attached letter.

Sincerely,
Bill


*William Stargard, Ph.D.*
*(he/him/his)*
*Dean of Arts, Humanities, and*
*Social Sciences*
*Community College of Rhode Island*
*Warwick, RI 02886*
*Office: 401-825-1189*
*Cell: 401-749-6547*
*wstargard@ccri.edu*

# Re: [External]:Re: [External]:Re: request for a meeting

**Murray, Steven**
To: Stargard, William; Leslie Florio <lflorio@neari.org>
Cc: Costigan, Rosemary; Hughes, Meghan; Costigan, Rosemary

Thu 1/26/2023 1:21 PM

Dear Bill,

As we discussed at today's meeting (11:00 am), neither I nor Leslie Florio received your email (sent by you today 1/26/23 at 10:47am) until after the meeting began.

Your email states that the meeting "is not a disciplinary meeting."

At no point have you provided Leslie or me with a written statement from the person who is making an allegation against me, nor have you provided any of the other information and documents that I requested in my earlier email.

The meeting was very confusing and you contradicted yourself a number of times regarding the purpose of the meeting.

It is my understanding that this matter is now closed.

As I stated at the meeting, I view this as part of an ongoing pattern of conduct in further retaliation against me for my actions as President of the CCRIFA and other CCRIFA involvement. Such retaliation as you know is illegal and I ask you and the CCRI Administration to stop this type of action against me.

In the future, I ask that all meetings with me not take place in the Academic Affairs suite, but rather in a conference room or other location, and if possible/available I will be bringing a witness with me.

Sincerely,
Steven Murray
Chair -- CJLS

---

**From:** Stargard, William <wstargard@ccri.edu>
**Sent:** Thursday, January 26, 2023 10:47 AM
**To:** Murray, Steven <smurray@ccri.edu>; Leslie Florio <lflorio@neari.org>
**Cc:** Costigan, Rosemary <rcostigan@ccri.edu>
**Subject:** RE: [External]:Re: [External]:Re: request for a meeting

Dear Steve,

Today's meeting is not a disciplinary meeting. As I stated in my earlier email, "This is a counseling



**COMMUNITY COLLEGE OF RHODE ISLAND**

23 January 2023

Professor Steven Murray
Chair, Criminal Justice and
Legal Studies

Dear Steve,

I am requesting a meeting in my office to discuss a meeting that occurred between you and an Academic Affairs staff member in the Academic Affairs suite on the morning of Friday, 20 January 2023. Please note that this is a counseling session and you are welcome to bring union representation to this meeting.

Please let me know your availability to meet this week. Thank you.

Sincerely,

William Stargard, Ph.D.

Dean, AHSS