# EXHIBIT N

**Subject:**   Fw: Faculty Senate
**Date:**      Wednesday, February 15, 2023 at 10:29:13 AM Eastern Standard Time
**From:**      Sneesby, Sandra
**To:**        Friel, Kerri
**Priority:**  High
**Attachments:** Outlook-signature_.png, Outlook-signature_.png

Best regards,
Sandra

**Professor Sandra Luzzi Sneesby, MFA**
Chair, English Department
Chair, Faculty Senate
Professor, Communication and Film/Media
Listen to: CCRI Radio
Connect with me on LinkedIn
Zoom personal room: https://ccri.zoom.us/j/2501272452
Email: sluzzisneesby@ccri.edu

 COMMUNITY COLLEGE OF RHODE ISLAND

**From:** Stockford, Jason <jastockford@ccri.edu>
**Sent:** Wednesday, February 15, 2023 7:26 AM
**To:** Sneesby, Sandra <sluzzisneesby@ccri.edu>; Kilduff, Raymond <rkilduff@ccri.edu>
**Subject:** Re: Faculty Senate

Hi Sandy,

My recollection was that the grading scale was introduced orally at our last committee meeting by Dean Nauman. Following the meeting, I put the grading scale into writing for the committee. My thought was that it would be further debated and refined in committee before going to the full Senate for consideration.

Let me know if you need anything further.

Jay

_____
Jason A. Stockford
Assistant Professor of Mathematics
Chair of CCRIFA Nominations-Elections Committee
Member of CCRI Faculty Senate

Community College of Rhode Island
Warwick Campus
jastockford@ccri.edu

*This e-mail and any files transmitted with it may contain information that is confidential or privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any hard copies thereof, and notify the sender immediately.  No confidentiality or privilege is waived by any such mistransmission*

---

**From:** Sneesby, Sandra <sluzzisneesby@ccri.edu>
**Sent:** Tuesday, February 14, 2023 5:27 PM
**To:** Stockford, Jason <jastockford@ccri.edu>; Kilduff, Raymond <rkilduff@ccri.edu>
**Subject:** Fw: Faculty Senate

Hi Jason and Ray,

I'm trying to understand what is behind Steve's accusation below.

I don't recall Barbara submitting legislation. Can you explain what happened?

Best regards,
Sandra

**Professor Sandra Luzzi Sneesby, MFA**
Chair, English Department
Chair, Faculty Senate
Professor, Communication and Film/Media
Listen to: CCRI Radio
Connect with me on LinkedIn
Zoom personal room: https://ccri.zoom.us/j/2501272452
Email: sluzzisneesby@ccri.edu

 COMMUNITY COLLEGE OF RHODE ISLAND

---

**From:** Murray, Steven <smurray@ccri.edu>
**Sent:** Tuesday, February 14, 2023 4:52 PM
**To:** Killgore, Leslie <lmkillgore@ccri.edu>; MacDougall, Sheryl <smacdougall@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>
**Subject:** Re: Faculty Senate

Dear Professor Killgore,

Please be advised, my "evidence" of the failure of the Faculty Senate can be found in the three "bills" (Work Based Learning; the LMS; and the Standardization of the Grading System) that  "require" faculty to take certain actions.

Again, the Faculty Senate should be making "recommendations", and not "requiring" faculty to act in areas that impede upon the Contract or Academic Freedom.

If a major purpose of the Faculty Senate is to provide a concrete example of "shared governance" for the upcoming NECHE accreditation visit, then in my opinion, it fails in that purpose, since it has no

power other than to give advice to the Administration.

It should also be noted that the "Bill to Standardize the Issuance of Letter Grades" was not introduced by Professor Kilduff or Professor Stockford, but rather by Dean Nauman.  Both Ray Kilduff and Jason Stockford verified that to me today.

Sincerely,
Steve Murray
Professor
Chair -- CJLS

---

**From:** Killgore, Leslie <lmkillgore@ccri.edu>
**Sent:** Tuesday, February 14, 2023 12:02 PM
**To:** Murray, Steven <smurray@ccri.edu>; MacDougall, Sheryl <smacdougall@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>
**Subject:** RE: Faculty Senate

Dear Prof. Murray,
I believe we are representing fundamentally different world views.

Yes, I acknowledge the importance you are attaching to legal "power," but I do not accept that it is the first and last stop in the relationship faculty have with Administration. Or with each other.

Prima facie, I do not accept that the Senate is a failure or a powerless newborn. These statements are unsupported by example or evidence. Nor is it clear what measure you are using to arrive at the conclusion.

There are many examples where Admin is partnering with faculty in ways that I believe represent shared governance. The AHAC group was driven primarily by faculty and its report formed the basis of the Academic Master Plan. The Academic Master Plan itself was drafted with substantial faculty input, then distributed for community review before it was formally adopted. The Strategic Plan was renewed after many meetings wherein staff and faculty could offer input; I attended at least three myself and there were a number of others offered. The Faculty Senate committees, by definition, are led by faculty with opportunities for staff and Admin to offer additional perspective. If there are readers of this email who have direct knowledge of substantial and enduring disagreements between faculty and Admin on Senate committees, I'd be interested in hearing about them. I'd hope that the committee minutes would describe the different perspectives in some detail. Absent that, I'd judge the in-committee discussions to represent "shared" governance when they produce policies for full Senate vote.

My measure of "shared governance", as I said in my previous email, is one in which I can be in the room and one in which my voice is heard. It does not mean I always "win," but with those two criteria, I believe I have a fair opportunity to shape the conversation and the decision that follows. In turn, I respect the reality that my perspective does not always prove to be the best one.

When Senate Chair Luzzi-Sneesby distributed the draft Grading policy, she invited comment. I personally would like to see the policy allow for greater flexibility, especially when that flexibility is associated with empirically tested alternative grading approaches leading to improved student success. I will communicate my specific views through the channels provided.

Respectfully,

Leslie

**From:** Murray, Steven <smurray@ccri.edu>
**Sent:** Tuesday, February 14, 2023 10:56 AM
**To:** Killgore, Leslie <lmkillgore@ccri.edu>; MacDougall, Sheryl <smacdougall@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** lflorio@neari.org
**Subject:** Re: Faculty Senate

Dear Professor Killgore,

Thank you for acknowledging that the Faculty Senate is merely an advisory body.

An advisory body by definition "gives advice"/ "makes recommendations", and has no power to "require" action be taken by those it advises.

Our Faculty Senate is a powerless newborn.

Shared governance means shared decision making, ie a partnership. Each partner in a partnership by definition has power in the decision making process.

The faculty are not partners with this Administration.

Please correct me if I'm wrong, but isn't the Syllabus Policy a requirement of our accrediting agency NECHE?

NECHE, in a sense, shares in the governance of CCRI, in that if we don't comply with its requirements it can remove our accreditation. That's power.

If you want to see shared governance, please review the relationship between the Faculty Senate at URI and the President of URI.

We need to realize our attempt at a Faculty Senate is a failure, and that we need to start over.

Sincerely,
Steve Murray
Professor
Chair -- CJLS

**From:** Killgore, Leslie <lmkillgore@ccri.edu>
**Sent:** Tuesday, February 14, 2023 10:27 AM
**To:** Murray, Steven <smurray@ccri.edu>; MacDougall, Sheryl <smacdougall@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>
**Subject:** RE: Faculty Senate

Dear Colleagues,
I have followed the recent thread regarding proposals before the Senate with interest and concern. I do not agree with the statements proposed in Prof. Murray's most recent email.

There are a variety of issues about which the governing statute and our contract are silent. Policies are adopted by all sorts of organizations and are intended to provide guidance toward agreed-upon goals. I do not believe that policies speaking to issues about which the contract is unspecific or silent violate the contract. For example, I am not aware of any contractual requirement that we distribute syllabi to students, but to argue that a syllabus policy is illegitimate strikes me as absurd. Similarly, I believe we should be informed by research that finds work-based learning improves student success and accept as legitimate policies that require us to offer students these experiences. The application of the policy means that faculty will submit course proposals (new or revised) to the Curriculum Review Committee that contain work-based learning experiences and the CRC will review and vote to approve or reject. The policy does not bypass or supercede the contract. Adding a work-based learning experience does not necessarily require a program to drop one course in favor of another.

CCRI's Mission directs us toward student success; its language may be found in the governing statute (RI 16-33), although the word "success" does not appear and the language is broad. I have yet to find any language in the contract that speaks to student success, but I personally am in no doubt that supporting student success is my purpose and responsibility at CCRI. I have often heard many of my colleagues speak in support of that goal as well.

Large organizations need structure in order to achieve their missions. Common among those structures is a form of governance. Embedded in governance structures are responsibilities for developing policy.

The faculty were presented with a proposal to form a Faculty Senate and were given opportunity to ask questions and to vote in favor or rejection. That vote was overwhelmingly in favor.

Faculty were presented with a Senate Constitution and ByLaws that describe how representatives would be elected from among the faculty. Those documents were approved by vote, as were the elections of Senators representing disciplines from across the college.

I don't personally agree with every decision made by the Faculty Senate, but I acknowledge that the Senate was created by democratic procedures that I do agree with. I have an opportunity to influence the Senators that represent me and who will vote on Senate policy. My perspective will not always be reflected in the

deciding vote, but that doesn't make the vote illegitimate.

Academic freedom is often tossed around as a reason faculty should be able to do more/less whatever they want. I do not believe this is an appropriate application of academic freedom. The principle was created in order to protect faculty in their pursuit of knowledge that might challenge prevailing social norms or values. It should, I believe, protect me if I choose to teach sociological principles by discussing with students controversial subjects such as structural racism or the use of hormonal therapy in support of their gendered identities. I believe it is inappropriate to claim academic freedom as a reason not to employ pedagogical techniques designed to increase student success.

Do I agree that the Faculty Senate has no power to "require" faculty members to take any type of action regarding the curriculum and issues involving Academic Freedom? No, I do not.

Do I agree that the Faculty Senate is merely an advisory body to the College President, and it has no power to compel the College President to adopt any policy the Faculty Senate creates? Sure, but I have yet to see why this is or has ever been an actual problem.

Do I agree that the Faculty does not have an active role in "shared governance" with the Administration? No, I do not agree. Faculty have a role inasmuch as they choose to have. Most of the meetings where Administration brings information to faculty or the groups to which faculty are invited to participate are poorly attended relative to the total number of faculty. I believe that being in the room and having an opportunity to voice my perspective is far more important than the bottom line vote.

Sincerely,
Leslie Killgore
Professor of Sociology and
Director of General Education

---

**From:** Murray, Steven <smurray@ccri.edu>
**Sent:** Monday, February 13, 2023 7:11 PM
**To:** MacDougall, Sheryl <smacdougall@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** lflorio@neari.org
**Subject:** Faculty Senate

Dear Colleagues,

I'm awaiting a statement from Union leadership regarding the Union's position on this important matter.

Are we in agreement that the Faculty Senate has no power to "require" faculty members to take any type of action regarding the curriculum and issues involving Academic Freedom?

Are we in agreement that the Faculty Senate is merely an advisory body to the College President, and it has no power to compel the College President to adopt any policy the Faculty Senate creates?

Are we in agreement that the Faculty does not have an active role in "shared governance" with the Administration?

Sincerely,
Steve Murray
Professor
Chair -- CJLS

---

**From:** MacDougall, Sheryl <smacdougall@ccri.edu>
**Sent:** Monday, February 13, 2023 9:39 AM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** MacDougall, Sheryl <smacdougall@ccri.edu>
**Subject:** Work Based Learning

Good Morning to Faculty; My name is Sheryl MacDougall, I am a professor in the CJLS Department and have been at CCRI for almost 30 years. I am also on the CCRI Faculty Senate. Those who are also on the Senate and attended the session in which the Work Based Learning Bill (WBL) was proposed know that I objected to it and explained why. I feel compelled to share this information with the entire faculty. Three years ago, I ran and was elected to this inaugural faculty senate. I ran because a close colleague of mine, the late Dan Donovan, had fought for faculty to have an equal part in governance at CCRI. I felt I was honoring him and helping to get this started. I am an attorney and so I am always trying to look at the work and proposals of the senate in legal terms and trying at all times to have a senate that makes a difference, but keeps in mind we are under a hard-fought contract that we must respect as it is THE legal document that protects us and sets out the terms of our duties and rights.
The proposal that was voted on attempts to make Work-based Learning a requirement for all majors of study. At the meeting we were initially told that meant departments would have to decide what requirement(s) to drop to add this new class. By the end of the meeting senators were asking if a field trip would qualify. We did not have a definitive answer, and I am not certain we do now.
I would like to point out that this requirement clearly changes our curriculum. Per our contract any curriculum change starts within the department and then must be presented to the CRC for approval. When the senate votes on bills they do not change our contract. The contract must be followed. When we allow any group, including the Senate to violate our contract, we weaken our governance power, and we violate our own contract. The senate, legally, does not have the power of law.
I also objected at the meeting on the grounds that I believe this Bill completely ignores the realty of who we serve. Our students come from a variety of situation and circumstances. Many work full or near, full-time jobs. Many use the buses as transportation. Have we lost sight of our mission?
Do any of us believe that if this Senate introduced and passed a Bill to end Distance Learning Courses or end Mid-term grades, that the administration would follow that Bill? Governance is a 2-way street, and our contract takes precedence.
Professor Sheryl MacDougall

**Subject:** Is "TIme of the Essence" ???

**Date:** Friday, November 20, 2015 at 8:19:10 AM Eastern Standard Time

**From:** Murray, Steven

**To:** Abbate, Maureen, Abiri, Kathryn, Adam, Mazin, Allen, Joseph, Allen, Karen, Alteri, Nicholas, Amante y Zapata, Joseph, Amaral, Lilia, Amato-Vealey, Elaine, Amore, Anthony, Anderson, Renee, Andrade, Brenda, Andreozzi-Fontaine, Lynne, Angell, Robert, Anish, Beth, Ankrom, Raymond, Apshaga, Susan, Archambault, Richard, Arendt, Elizabeth, Arsenault, Joseph, Ashworth, Donna, Austin, James, Baghdadi, Michelle, Banerjee, Pranab, Banna, Cynthia, Basilico, Anthony, Beauchene, Kathleen, Berard, Marcel, Bernardini, Jerry, Bettencourt, Frances, Billerbeck, Jean, Blasing, Randolph, Blessing, Kathryn, Bower, Gary, Boyajian, Melissa, Boyle, Dale, Bradley, Barbara, Brewer, Cassandra, Britton, Brendan, Brooks, John, Brousseau, Gerard, Brown, Susan, Bull, Michelle, Burdon, Michael, Burke, Margaret, Burns, Emily, Buss, Thomas, Cardillo, Paula, Carlin, David, Carroll, Joseph, Catanzarite, Ely, Chaves, Amy, Christensen, Janet, Cichon, Sarah, Clark, Rebecca, Clement, Theodore, Cobb, Regina, Coclin, Maria, Coletta, Natalie, Collins, John, Connell, Margaret, Connell, Roberta, Corrente, Linda, Corry, Karen, Corsetti, Maria, Costa, Mary, Craig, Alfred, Crowley, Joseph, Cullen, H., Cummiskey, Emily, DaCosta, Elizabeth, Dalessio, William, Dan, Liliana, DeCoffe, Jean, DelNero, Christine, DelPrete, Alberta, Devine, Fatima, Dolan, Leslie, Domenico, Paula, Donovan, Cheryl, Doolittle, Kathleen, Doran, Gerald, D'Souza, Alwyn, Dummer Foley, Kristin, Dunnigan, Kathleen, Duquette, Melinda, England, Mark, Ethier, Linda, Every, John, Faraone-Wolff, Leslie, Ferro, Kristine, Flynn, Mary, Folcarelli, Thomas, Fontes, Donald, Forleo, Steven, Fox, Christine, Friel, Kerri, Furtado, Debra, Gaboury, Renee, Gadoury, Linda, Galleshaw, Julie, Gatewood, Linda, Gazzola, Kathleen, Geary, William, Gelinas, Mary Ellen, Glickman, James, Godo-Solo, Hossiri, Goffe, Eylana, Gomes, Helen, Gorman, Patricia, Gousie, Alan, Grande, Debra, Griscom, Karen, Grist, Candace, Hallene, Pamela, Haller, Dorcas, Hamill, Ronald, Hanrahan, Edward, Hansen, Cindy, Hartshorn, Mark, Hassoun, Linda, Hastings, Carlton, Hatfield, Jerry, Henry, Heidi, Huda, Safiul, Humble, Roberta, Hurrell, Jennifer, Igliozzi, David, Jacobs, Joanne, Jansson, Hilary, Johnson, Catherine, Johnson, Cynthia, Johnson, William, Jon Q. Lu, Jones, William, Josephs, Madalena, Jurkowitz, Don, Kaiser, Audrey, Kappler, Kathleen, Kelling, Patricia, Kelly, Michael, Kelman, Maureen, Kilduff, Raymond, Knowles, Francine, Kortz, Karen, Korzeniowski, Shannon, Kreiser, Ralph, Kundig, Mark, Lajoie, Stephen, Lally, Melanie, Lamiroy, Laura, Laurent, Marisa, Lazo, Denise, Leasher, Barbara, Leclerc, Paul, Leonard, Yvonne, LeVasseur, Marc, LeVasseur, Valerie, Levitre, Geraldine, Lilli, Debra, Linton, Todd, Liu, Hsin-Yi, Lucas, Patricia, Luizzi-Bench, Francine, Lyon, Alicia, Macaruso, Paul, MacDougall, Sheryl, Mace, Vernon, MacInnes, Maryhelen, Madonna, Edward, Malaret, Luis, Mansella, Maria, Marcello, Paula, Markward, Cheri, Martin, Leigh, Martone-Roberts, Lori, McColl, Jeanne, McCormack, Suzanne, McGovern, Helen, McGrath, John, Megerdichian, Sandra, Melucci, Robert, Micheletti, Brenda, Miele, Paul, Miller, James, Miller, Philip, Minuto, James, Montalbano, John, Montgomery, Karen, Morais, Elizabeth, Morgan, Charles, Morgan-Gardner, Inglish, Morrissey, Thomas, Mossberg, Arthur, Mowry, John, Mroz, Ellen, Mugnai, Metello, Mullaney, Jeanne, Murphy, Kelly (kmmurphy2), Murphy, Lisa, Murray, Steven, Mycroft, Mary, Najarian, Dennis, Nardone, Michael, Noel, Emily, Nordquist, Jeanne, Norquist, Marjorie, Notarianni-Girard, Deborah, O'Leary, Ann, Omollo, Ann, Orabone, Joanne, O'Rourke, Karin, Orsinelli-Jordan, Melissa, Owens, John, Pacitti, William, Panaccione, Carol, Panoutsopoulos, Basile, Paquet, Donald, Parker, Shawn, Parks, Amy, Parrillo, Denise, Parys, Joseph, Patnaude, Carol, Pellicio, William, Pelto, Wendy, Pendola, Richard, Penta, Elizabeth, Pepe, Beverly, Perkins, Sharon, Peterson, Christine, Petro, Allison, Pettis, Douglas, Pezzillo, Maria, Pezzillo, Robert, Poirier, Catherine, Powis, Dale, Prisco, Rosemary, Pulver, Ruth, Rajotte, Donna, Rameika, Anne Marie, Rapczak, John, Rashid, Tony, Read, Elisabeth, Remillard, Sharon, Renza, Gerald, Renza, John, Ribezzo, John, Rieger, Duayne, Rivera, Ricardo, Roberti, Cecile, Rogers, Rachel, Rood, John, Rouillier, Kimberly, Rowey, Carol, Royal, Lewis, Ruggieri, Sasha, Ryan, Laura, Salisbury, James, Santoro, Gina, Saris-Baglama, Renee, Scally, Donna, Scally, Keith, Seyler, Michele, Sherman, Laurie, Sienkiewicz, Susan, Silverberg, Berthold, Skelly, Ramona,

Smith, Cynthia, Sneesby, Sandra, Soffientino, Bruno, Soter, Melanie, St. Pierre, Debra, St. Pierre, Kerry, Steele, Richard, Stockford, Jason, Stone, Nancy, Suglia, Cheryl, Suits, Wayne, Sullivan, Cynthia, Sullivan, Melissa, Susi, Holly, Sutherland, Luke, Terezakis, Emanuel, Tessier, Richard, Thibeault, Christopher, Thomson, Betty, Townsend, Heather, Traficante, Regina, Trainor, Kira, Trombetti, Isabel, Tullie, Joan, Valicenti, Soudabeh, Vanner, Amanda, Verdi, Genevieve, Vigneault, Martha, Villarica, Gina Lyn, Vitale, William, Vito, David, Wallace, Marla, Walsh, Evelyn, Warila, Robert, Warren, JoAnn, White, Paul, Willard, Ellen, Williams, Gerald, Winmill, Beth, Wood, Pamela, Worsley, John, Wyllie, Nancy, Yordy, Denise, Younkin, Robyn, Zannella, Edward, Zellers, Mark, Zuromski, Edmond

**CC:**    mgursky@rilaborlaw.com

To All,

In both the Presidential Search and in our Contract Negotiations/Union business, the Board and our Union Leadership have utilized the strategy of delay and further delay to weaken the faculty's position.

There was a meeting between the Department Chairs and Mr. Foulkes on October 6, 2015, where the Department Chairs requested that the entire College be invited to open inclusive forums to meet with the candidates before one was selected to be our next President. We have all seen how that scenario has played out and how we just received (two days before the forums) the names of the three finalists and their brief bios before today's forums. By delaying as long as they could, will we the faculty be adequately prepared to address the qualifications of the three finalists? The search committee for our next President has already been disbanded. Will our opinions matter and who will here them?  Or is this already a done deal?

We've had numerous EC meetings after the Tentative Agreement was presented to all of us on August 27th when NEARI and our Union leadership tried to get it quickly and without any real discussion approved. At a subsequent EC meeting, when our UniServe, Jay Walsh, mentioned the debacle that occurred back on March 17th when the TA with the change to 15/16 hours was signed without Shawn being present many of our eyes were opened to how our Union leadership and NEARI had let us down.  Our Union leadership never told us what happened on March 17th and if Walsh hadn't let it slip we'd still never know about it.
The need for outside legal advice was then obvious and on October 1st a group of 5 of us (including our Union leadership) met with Attorney Gursky. Gursky was very clear to us with what he needed to evaluate our legal rights and options. Nothing was done by our Union leadership until November 17th to obtain what Gursky needed and NEARI's response (if you haven't read what NEARI sent us you should read it -- 11/18/15 email from Sandy Sneesby to all of us) to what was requested is completely inadequate. Will we ever get the information Gursky needs from NEARI and our Union leadership?  Does delay with  providing this information hurt us and protect others??
The bylaws are clear -- our Union President is an INTERIM President and there should be an election scheduled in the near term to elect a President. By delaying the election until next Spring who does that help?
If Sandy Sneesby believes she has the support of the faculty she should call for an election before the end of this semester.

Yes, in a perfect world where people do the right things for the right reasons and don't play the game of delay, I'd like to be able to go to the Presidential Search forums and the EC meetings today in their entirety. Instead, I'll go to the Search forums beginning at 1pm and then the EC meeting next door at 2pm and then I'll return to the Search forums.

Apparently, "time is of the essence" only when it benefits our Union leadership (or the Board) -- delay seems to be more their strategy...

Steven Murray

**From:** Rieger, Duayne
**Sent:** Thursday, November 19, 2015 12:48 PM
**To:** Killgore, Leslie; Lilli, Debra; Skelly, Ramona; Murray, Steven; Anderson, Renee; Steve Forleo; Crawford, Kevin
**Cc:** Johnson, William; Justman, Amy; Norquist, Marjorie; Apshaga, Susan; White, Paul; Rouillier, Kimberly; Friel, Kerri; Perkins, Sharon; England, Mark; Burdon, Michael; Folcarelli, Thomas; Paquet, Donald; Morais, Elizabeth; Billerbeck, Jean; DaCosta, Elizabeth; Ribezzo, John; Robinson, Jody; Rashid, Tony; Bradley, Barbara; Melucci, Robert; Gazzola, Kathleen; Mowry, John; Adam, Mazin; Panaccione, Carol; Sutherland, Luke; Johnson, Catherine; Allen, Joseph; Josephs, Madalena; Ryan, Laura; Pezzillo, Maria; Linton, Todd; Powis, Dale; Scally, Donna; Scally, Keith; Lazo, Denise; Miele, Paul; Salisbury, James; Rood, John; Sneesby, Sandra; Anthony Amore; Ruggieri, Sasha; Marc LeVasseur
**Subject:** Re: 11/20 Special Meeting

Hello Leslie,

There is no antagonistic message being sent.  The EC meeting was scheduled first and it is understandable to honor a previously made commitment.  However, what is antagonistic is unilaterally canceling a union meeting, particularly when the person canceling the meeting did not even call the meeting.  Even with the EC meeting, there is no reason why faculty members can not participate in both.  The open presidential forums are schedule in time blocks throughout the entire afternoon.  The scheduled EC meeting will only partially interfere with the second candidate's time block from 2:30 - 4pm.  I doubt that the EC meeting will last long enough to prevent faculty members form participating in the forum for the second candidate.

One of the reason for the urgency is that several agenda items of the special meeting are time sensitive.  Mainly:

Agenda Item 1)  Discussion of formulating a new negotiating team and new chair of the team.
 - we need to determine when and how this vote will take place.  The sooner we have a negotiating team together, the better.
Agenda Item 2)  The CCRIFA President's update on all requests that were motions at meetings, including CCRIFA meeting notes, timelines relating to Attorney Gursky's request, and all negotiating notes pertaining to NEARI UniServ.
   - This is vital information needed to proceed into the next step, whether it be renegotiations, mediation/arbitration.  The sooner wet all of this information, the sooner we can begin formulating our strategy.
 Agenda Item 4)  Discussion of strategy pertaining to the upcoming Council on Postsecondary Education Meeting on December 2, 2015.
   - If the EC meeting is postponed until Dec. 4th, this agenda item is completely useless.  We need to discuss how we will respond to the potential outcome of this meeting.  It is better to be proactive, than reactive!  In addition, we need a strong presence at that meeting, with many faculty members in attendance in order to demonstrate our solidarity.   It is at this scheduled meeting that the EC will discuss all of these important issues.

This meeting was called for November 20th for a reason.  It is unfortunate that the open presidential forums where scheduled for the same day.  But there is no reason why faculty members can not participate in both.  Our union is also an important issue.  The contract that our union will eventually ratify will set the ground rules for our working relationship with the new president.  For that reason, time sensitive contract matters carry an equal weight of importance as the presidential forums.
Regards,
Duayne

On 11/19/15 10:06 AM, Killgore, Leslie wrote:

    I recognize the urgency with which some members of the EC wish to

I would like to see us find a reasonable compromise that serves al

Finally, for those who are more familiar with Robert's Rules, can

Respectfully,
Leslie

_____

From: Lilli, Debra
Sent: Thursday, November 19, 2015 9:26 AM
To: Skelly, Ramona; Murray, Steven; Anderson, Renee; Steve Forleo;
Cc: Johnson, William; Justman, Amy; Norquist, Marjorie; Apshaga, S
Subject: RE: 11/20 Special Meeting

My name was on the EC special meeting request, and I plan on being

Thank you,

Deb

_____

From: Skelly, Ramona
Sent: Thursday, November 19, 2015 8:00 AM
To: Murray, Steven; Anderson, Renee; Steve Forleo; Crawford, Kevin
Cc: Johnson, William; Justman, Amy; Norquist, Marjorie; Apshaga, S
Subject: RE: 11/20 Special Meeting

I fully agree. Time is a-wasting. Please note in one of Steve Murr
Ramona

_____

From: Murray, Steven
Sent: Thursday, November 19, 2015 3:52 AM
To: Anderson, Renee; Steve Forleo; Crawford, Kevin
Cc: Johnson, William; Justman, Amy; Norquist, Marjorie; Apshaga, S
Subject: RE: 11/20 Special Meeting

To All,
The EC meeting on Friday should go forward as originally scheduled
Steve Murray

_____

From: Anderson, Renee
Sent: Wednesday, November 18, 2015 10:47 PM
To: Steve Forleo; Crawford, Kevin
Cc: Johnson, William; Justman, Amy; Norquist, Marjorie; Apshaga, S
Subject: 11/20 Special Meeting

Hi, all.

The special meeting should take place. Ten members called it; ther

Also, if we wait until 12/4, what happens to this agenda item:

4)  Discussion of strategy pertaining to the upcoming Council on P


Renée

_____
From: Steve Forleo [sfforleo.unfilteredlens@gmail.com]
Sent: Wednesday, November 18, 2015 5:50 PM
To: Crawford, Kevin
Cc: Johnson, William; Justman, Amy; Norquist, Marjorie; Apshaga, S
Subject: Re: Survey and Vital Information

Colleagues,
The interim CCRIFA president just canceled a meeting in which she

The former president did exactly the same back in March or April.

Roberts Rules mandates a meeting called must happen. If the CCRIFA

This special meeting was called by ten plus signatures. It is a va

This CCRIFA interim president must now place in writing her standi

Be well.
SF

Sent from my iPhone...
          but then
nobody's perfect.


    On Nov 16, 2015, at 9:55 AM, "Crawford, Kevin" <kcrawford@ccri

    Hi,

    I find it interesting that we having a Research Committee, how

    Also we are having a vote for the Negotiating Committee, which

    Are we going to get informed on who is on the committee? Per o

    I know an agenda item for Friday's meeting is increasing our d
    Just my food for thought as I know it doesn't mean much coming

    Kevin

    Kevin Crawford

Engineering and Technology Department
Community College of Rhode Island
400 East Ave
Warwick, RI 02886
401-825-1149
_____

From: Steve Forleo [sfforleo.unfilteredlens@gmail.com]
Sent: Monday, November 16, 2015 6:14 AM
To: Johnson, William; Tessier, Richard; Justman, Amy; Norquist
Subject: Survey and Vital Information

Dear CCRIFA President, EC Colleagues,

According to CCRIFA bylaw 5.2e1, it is vital to the upcoming E

Also, the CCRIFA president just sent out an email regarding a

Be well.
SF

Sent from my iPhone...
        but then
nobody's perfect.


--
Duayne M. Rieger, Ph.D.
Assistant Professor
Physics Department
Community College of RI

Thursday, May 11, 2023 at 16:32:48 Eastern Daylight Time

**Subject:** RE: CCRIFA
**Date:** Wednesday, May 4, 2016 at 4:12:37 PM Eastern Daylight Time
**From:** Murray, Steven
**To:** Sneesby, Sandra

Sandy,
I was elected, you were appointed…

---

**From:** Sneesby, Sandra
**Sent:** Wednesday, May 04, 2016 4:12 PM
**To:** Murray, Steven
**Subject:** RE: CCRIFA

Steve,
You will be afforded the same respect that was shown me when I assumed the presidency. And the same positive way you moved forward at that point as well.
Sandra


_____
Sandra Luzzi Sneesby, MFA
Associate Professor of Computer Studies
Adjunct Professor of New Media Communication

---

**From:** Murray, Steven
**Sent:** Wednesday, May 04, 2016 4:05 PM
**To:** Sneesby, Sandra
**Subject:** RE: CCRIFA

Sandy,
The election is over.  Move forward in a positive way.
Best,
Steve

---

**From:** Sneesby, Sandra
**Sent:** Wednesday, May 04, 2016 4:03 PM
**To:** Murray, Steven
**Cc:** Rood, John; John Walsh; John Leidecker; Tessier, Richard
**Subject:** RE: CCRIFA

Steve,

You are the one responsible for the "endless insults", negativity and lies spread over the past 6 months or more, as evidenced by your numerous email rants. Sadly, in my opinion, your lack of self-reflection will poorly serve the faculty.

Just like I did, you will have to do the hard work of managing the union. Nothing was given to me when I started as President, and there is nothing on my computer that belongs to the union.

Please provide the number of "ballots" you created, the names of faculty that you gave said "ballots" to and the names of faculty you collected completed votes from. Also, provide the names of faculty that you or anyone

working in your stead personally delivered "ballots" to and asked to vote for you.

Sandra

_____
Sandra Luzzi Sneesby, MFA
Associate Professor of Computer Studies
Adjunct Professor of New Media Communication

---

**From:** Murray, Steven
**Sent:** Wednesday, May 04, 2016 3:47 PM
**To:** Sneesby, Sandra
**Cc:** Rood, John; John Walsh; John Leidecker
**Subject:** RE: CCRIFA

Sandy,

Please, take a deep breath.
It's Wednesday during the last week of classes. Faculty (including me + you) are busy wrapping up the semester. You wrote to me 2 days ago about returning your key to the CCRIFA office to security. I don't have a key to that office so I can't get in their yet. I'm sure you can get the key issued to you back to security. The endless insults from you should please stop immediately.

Also, please provide electronic copies of all data contained on your computer (or in any other form) that was used in regard to the business of the CCRIFA.

Best,
Steve Murray
CCRIFA
President

---

**From:** Sneesby, Sandra
**Sent:** Wednesday, May 04, 2016 3:09 PM
**To:** Murray, Steven
**Cc:** Tessier, Richard; Rood, John; Martin, Leigh; John Walsh; Salvatore, Marilyn
**Subject:** RE: CCRIFA

Dear Steve and John,

Seeing that neither of you had the professional courtesy of responding to my most recent emails, I will attend to the matter of the office key return myself.

Looks like you are starting your first days as officers with the same lack of integrity you so shamelessly displayed during the past several years and during the election process.

Sandra

_____
Sandra Luzzi Sneesby, MFA
Associate Professor of Computer Studies
Adjunct Professor of New Media Communication

---

**From:** Sneesby, Sandra
**Sent:** Monday, May 02, 2016 1:42 PM
**To:** Murray, Steven
**Cc:** Tessier, Richard; Rood, John; Martin, Leigh; John Walsh; Salvatore, Marilyn
**Subject:** Re: CCRIFA

All,

I passed onto Leigh Martin all passwords as the secretary has historically done all that work. The CCRI based site requires IT login setup and file access. You have to put in a request. Hostgater is the vendor for CCRIFA.org - separate login.  Leigh has that info.

There is a Twitter and Instagram. The Facebook is linked to my Facebook so you'll have to make a new one. It should be a page - standalone. I'll delete the one linked to me.

In terms of grievances/disciplined  - Jay/Rich will have the most up to date status. Disciplinary actions come in frequently as do grievances.

Contract is with Anne Marie Coleman. She is finalizing.

Bills - John Ribezzo

Legislative - had planned to meet with NEARI lobbyist this week to get salary study in budget. RIC got it and we should get it too. We requested it but Raimondo cut it out. She doesn't have the last word though, the legislature does-

We don't have computers or printers - I brought in my own. I asked IT but they said no. Maybe you'll have better luck.

Phone isn't hooked up. Never looked into that.

I ordered 2 brand new filing cabinets (black)  - the old ones were rusty and falling apart - we have slowly been cleaning out the files and re-filing. It's a slog - there is a lot of old stuff - on the small desk - to go through/file. Same for cabinet. Good summer project now that the contract is done- there will be time to attend to that stuff.

Grievances are on top drawer of black cabinet closest to door. There are a couple of folders on the shelf above it to file. Rest of files are alpha starting with top drawer nearest to window that overlooks great hall. You can always shift the sequence to something that makes more sense.

Hope that helps. Good luck.

Best,
Sandra


Sent from my iPhone
On May 2, 2016, at 11:55 AM, Murray, Steven <smurray@ccri.edu> wrote:

Sandy and Richard,

Please send me the passwords and any other information needed to access any CCRIFA computers, the CCRIFA website and any CCRIFA social media accounts.

I would also appreciate a detailed written status report in regard to any pending CCRIFA union matters, including but not limited to: grievances + arbitrations; the faculty contract; outstanding bills or invoices; and any legislative initiatives.

Best,

Steve Murray

CCRIFA President

**Subject:** Fw: Removal of Dean Sabbagh as Chair of the CRC
**Date:** Tuesday, October 30, 2018 at 11:53:25 PM Eastern Daylight Time
**From:** Salvatore, Marilyn
**To:** Sneesby, Sandra
**Priority:** High

S -- Mr. Murray has publicly called out those of us on the CRC who have not responded about Dean Sabbagh. I have no intention of joining in this. If a vote is forced, I will abstain. I feel that I am not well-versed enough about this situation to cast a vote one way or another. I am not going to speak out on something that I don't fully understand. Also, I do not enjoy the comfort and protection of tenure and I will not do anything to jeopardize my getting tenure in three years. They do not need my vote to do what they want to do.  *"Please do not condone nor accept his actions by remaining silent."* I resent Mr. Murray's assumption that I condone and/or accept Dean Sabbagh's behavior simply because I am saying nothing. That is inflammatory language, and I don't appreciate it.
What do you think?
-marilyn-

_____

**Marilyn Salvatore, MFA**
Assistant Professor of Theatre/Costume Designer
Guided Pathways Committee
CCRI Faculty Association Executive Committee Member
Curriculum Review Committee Member

Community College of Rhode Island
400 East Avenue
Warwick, Rhode Island 02886
msalvatore@ccri.edu
marilynsalvatore.com

_____

**From:** Murray, Steven
**Sent:** Sunday, October 28, 2018 1:49 PM
**To:** Blessing, Kathryn; Cardillo, Paula; Cichon, Sarah; Coclin, Maria; Killgore, Leslie; Knibb, Jana; Murray, Steven; Salvatore, Marilyn; Saris-Baglama, Renee; Stockford, Jason; Swift, Tara; Vigneault, Martha; White, Paul
**Subject:** FW: Removal of Dean Sabbagh as Chair of the CRC

Dear Faculty Members of the CRC,

So far, myself, Leslie Killgore, Jana Knibb, Paul White and Tara Swift have publicly called for the removal of Dean Sabbagh as Chair of the CRC.

I thank each one of those members who did so, and I strongly encourage the remaining members ( Kathy Blessing, Paula Cardillo, Maria Coclin, Sara Cichon, Marilyn Salvatore, Renee Saris-Baglama, and Martha Vigneault) who have not publicly stated their position on this very important issue to do so.

The two emails below set forth the reasoning for the call to remove Dean Sabbagh.

Please do not condone nor accept his actions by remaining silent.

Steve Murray

---

**From:** Killgore, Leslie
**Sent:** Friday, October 26, 2018 7:51 AM
**To:** Murray, Steven
**Cc:** Blessing, Kathryn; Cardillo, Paula; Coclin, Maria; Killgore, Leslie; Knibb, Jana; Stockford, Jason; Cichon, Sarah; Salvatore, Marilyn; Saris-Baglama, Renee; Swift, Tara; Vigneault, Martha; White, Paul; CCRI Faculty Association; John Leidecker; Chris Cobleigh
**Subject:** RE: Removal of Dean Sabbagh as Chair of the CRC

Dear Steve,
I agree with your request to ask that Dean Sabbagh be removed as chair from CRC for three specific reasons:

-    The revisions to course proposals were made at some point _after_ the chair/department submitted them to CRC.  These revisions were applied by Dean Sabbagh unilaterally, rather than sending the proposals back to the originating proposer.  Interestingly, of the 14 course proposals, Dean Sabbagh revised 7 of them.  Clearly, he made some kind of judgement about the 7 that he felt did not apply to the remaining 5 that bear his signature (the additional two were signed by Dean Jansson).  This emphasizes to me his intent to both pre-empt the committee's expertise and deceive the committee.
-    In addition (or despite) Dean Sabbagh's revisions, he also signed off on proposals that were largely incomplete.  The committee was asked to review and approve proposals that did not contain student learning objectives and/or essential elements of the syllabus that would demonstrate how those SLOs were to be achieved.  The role of the dean, as I understand it, is to ensure that what goes forward to the CRC is complete and meets the standards of the college; my own dean has emphasized that fact to me personally.  Dean Sabbagh has demonstrated a failure to meet his obligations in his position as dean by sending forward proposals that were incomplete to the point that the committee had to vote to table the items until the necessary information is provided.  Notice that this is a failure in Dr. Sabbagh's role as dean, not necessarily in his role as chair of the CRC. Although I've found no particular description of the chair's role, I would think that the 5-week lead time by which proposals must be submitted (following the dean's signature) is intended to give the chair time to conduct another level of review of ALL proposals.  In this case, again, the review did not result in the proposals being sent back to the department for completion.
-    As you know, I have been deeply concerned by the lack of written policies that guide the CRC's process and rules.  With repeated urging, Dean Sabbagh did schedule an extra meeting in September that was to be devoted to such a conversation.  I was unable to attend because of a death in my immediate family.  I understand that the meeting did not result in any productive decisions or plans to make such decisions.  If that is true, we continue to do our work without guidance, but there has been no attempt by the chair to schedule another meeting.  I attempted to schedule a meeting on this subject with Dean Sabbagh, but the message, "We'll get back to you" has been standing since September 27.  The lack of policy leaves the members of the CRC to

conduct its review of curriculum on an ad hoc basis.  It also allows the chair to impose rules on an ad hoc basis.  These rules do not make sense, nor can they be referred to or challenged.  I believe it is the role of the chair to provide leadership; we have not had this kind of leadership from Dean Sabbagh.

Sincerely,
Leslie

---

**From:** Murray, Steven
**Sent:** Thursday, October 25, 2018 6:36 PM
**To:** Blessing, Kathryn <kblessing@ccri.edu>; Cardillo, Paula <pcardillo@ccri.edu>; Coclin, Maria <mcoclin@ccri.edu>; Killgore, Leslie <lmkillgore@ccri.edu>; Knibb, Jana <jknibb@ccri.edu>; Stockford, Jason <jastockford@ccri.edu>; Cichon, Sarah <socichon@ccri.edu>; Salvatore, Marilyn <msalvatore@ccri.edu>; Saris-Baglama, Renee <rsarisbaglama@ccri.edu>; Swift, Tara <tswift@ccri.edu>; Vigneault, Martha <mvigneault@ccri.edu>; White, Paul <pdwhite1@ccri.edu>
**Cc:** CCRI Faculty Association <ccrifa@ccri.edu>; John Leidecker <jleidecker@neari.org>; Chris Cobleigh <ccobleigh@neari.org>
**Subject:** Removal of Dean Sabbagh as Chair of the CRC
**Importance:** High

Dear Faculty Members of the Curriculum Review Committee,

I am writing to ask you to join me in requesting that Dean Sabbagh be removed immediately as Chair of the Curriculum Review Committee.

Dean Sabbagh has not been an effective leader of the CRC and what was exposed at the CRC meeting on October 19, 2018 is completely unacceptable.  You are in receipt of my and Chair Roberti's emails of October 22, 2019, and those of you who were present on October 19, 2018 witnessed firsthand what he admitted doing.

How could it be possible for us to continue to work with him on the CRC?

The thirteen faculty members of the CRC and the entire faculty deserve better.

Please join me by responding to this email, and by showing your fellow faculty members who you represent on the CRC, that you refuse to condone what he did.

Sincerely,
Steve Murray
Member, CRC

**Subject:** Re: Faculty Contract

**Date:** Wednesday, February 1, 2023 at 3:19:56 PM Eastern Standard Time

**From:** Susi, Holly

**To:** Sneesby, Sandra

**Attachments:** Outlook-signature_.png

Sandy, so well said. Thank you for writing this. Our union work is so important. Please let me know how I can help.

Holly

Holly J. Susi, M.A.
Professor, English/Communication
ACUE Fellow / Safe-Zone Certified
Trauma-Informed Care Champion
Nationally-certified Developmental Education Specialist

Room 3566, Knight Campus, Warwick RI

---

**From:** Sneesby, Sandra <sluzzisneesby@ccri.edu>
**Sent:** Wednesday, February 1, 2023 12:29:41 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>
**Subject:** Re: Faculty Contract

Dear Colleagues,

Some years ago, I served as union President and faced a barrage of toxicity when I stepped in during a difficult contract negotiation. You may know my reputation as someone who gets things done at the college despite the challenges, and even with that trying situation, I did just that, got us a contract, something that had eluded the faculty for five years prior.

As I read the threads that are going around, I am reminded of that time, and how I was treated during that difficult contract. I do not hold any animosity toward those that criticized me, because I realize that when it comes to someone's livelihood and the fear of losing it, our better nature can often take a back seat. However, there is no room in the academy for bullying and while we may be passionate about forging a contract, we do not need to vilify or humiliate our very own to achieve that. I cannot stay silent and watch a mob form or a witch hunt held and see another woman vilified.

Unions gave us the weekends off, competitive pay, and many other things that we take for granted today. All of that can be easily lost if we don't remain vigilant. Across the country faculty rights are being eroded and an administrative industrial complex now runs this college for all intents and purposes.

As a union, we rarely mobilize until a contract is up for renewal. And even then, some only show up when it's time to vote. In a union, we need to be united and active if we want to hold onto what we have. The faculty that came before us fought very, very hard to earn the rights that we now enjoy, and it is our responsibility to carry that torch. Freedoms that we have had for years are being slowly

and meticulously eroded, faculty responsibilities are being replaced by administrators and staff members who are paid much higher.

What we do need is to come together and fight for what we deserve:

1. Ways to increase our pay, beyond the state 2.5% cap
2. Ability to earn extra money to provide for our families via overtime
3. Maintaining our faculty rights
4. Academic Freedom
5. Freedom of Speech
6. Strong shared governance

Everyone needs to participate, not just the 50 or so members that consistently show up to meetings. There are 300 of us, and we should all be working, lending our time and talent. You cannot be fired for union activity; federal law protects unions.

I have offered Tara my support, willingness to help and to stand up to the challenge before us. I hope you do as well. Let's come together and fight the real enemy, not one other.  If we want change, we must be the change.

Gratefully your colleague,
Sandra

**Professor Sandra Luzzi Sneesby, MFA**
Chair, English Department
Chair, Faculty Senate
Professor, Communication and Film/Media
Listen to: CCRI Radio
Connect with me on LinkedIn
Zoom personal room: https://ccri.zoom.us/j/2501272452
Email: sluzzisneesby@ccri.edu

 COMMUNITY COLLEGE OF RHODE ISLAND

**From:** Murray, Steven <smurray@ccri.edu>
**Sent:** Tuesday, January 31, 2023 7:43 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>; Abbascia, Tara <tswift@ccri.edu>; lflorio@neari.org <lflorio@neari.org>
**Subject:** Faculty Contract

Dear Colleagues,

I appreciate the support and kind words from those who have added to this thread, but please realize that this is not at all about me, and it's not at all about Tara as a person.

It is about "business", and each of our financial futures and the conditions under which we go to work every day.

The issue before us is the consequence(s) to all of us that result from Tara's decision, in the midst of

contract negotiations, to announce, 5 months before it is to occur, her resignation as President of the CCRIFA.

Let me state the obvious -- our Contract defines our working conditions and pay, and this Administration has for years been trying to redefine those conditions in ways that most of us do not approve of.

Does anyone believe that Tara's decision will strengthen or in any way benefit our position in contract negotiations?

Tara has told the Administration and all of us that she's done as of June 17th. -- she is now in effect a "lame duck" president.

By definition a "lame duck" is ineffective and lacks the ability to effect change.

Assuming nothing changes in Tara's plans, on June 17th, Mazin becomes our President, on an interim basis until a successor can be elected.

This is not happening in a vacuum.

The TA that was brought to us was voted down for good reason by a wide margin, and there are a number of issues that need to be addressed in our new contract.

For example, this semester the Administration continued to misinterpret the contract as it relates to overload, resulting in faculty not being able to teach the number of overload hours that the contract allows costing faculty to lose thousands of dollars in overload pay. Clarification of this language needs to be accomplished.

If the "plan" is to negotiate a simple "rollover of the contract" with 2.5% raises, without addressing flaws in the contract, that shouldn't be the solution here.

Tara has every right to do what's best for her, and whatever "venture" she has decided to undertake beginning on June 17th is none of anyone's business but her own, and I truly wish her well.

But right now, we need leadership that isn't one step out the door.

Leadership is defined by results, and the results of this contract negotiation will have long lasting impact on every one of our lives.

I have full confidence in Mazin to lead us as President at this moment.

Tara should resign as President effective immediately, and Mazin as President should appoint a Chairperson of the Contract Negotiating Committee.

The Negotiating Committee and all of us then need to be ready to do all that it takes to get the contract that we deserve.

Sincerely,

Steve Murray

---

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Tuesday, January 31, 2023 1:27 PM
**To:** Ryan, Laura <ljryan@ccri.edu>
**Cc:** Rieger, Matthew <drieger@ccri.edu>; Murray, Steven <smurray@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>; Leslie Florio <lflorio@neari.org>
**Subject:** Re: Announcement

Dear Colleagues,

First and foremost, you cannot nominate Steve as the "lead negotiator."  I have not stepped down as President and will continue in that role until June.  We anticipate having a TA by that time.  We have an intact negotiating team that will continue working to negotiate in the best interest of the faculty.

Tara


Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI  02865
401-333-7244
tswift@ccri.edu

On Jan 31, 2023, at 1:00 PM, Ryan, Laura <ljryan@ccri.edu> wrote:

Second

Laura Ryan


---------------------------------------------------
Laura J. Ryan, MLIS
Professor/Librarian
Community College of Rhode Island Library
1 Hilton Street
Providence RI  02905
tel: 401.455.6105
---------------------------------------------------

**From:** Rieger, Matthew <drieger@ccri.edu>
**Sent:** Tuesday, January 31, 2023 12:57 PM
**To:** Murray, Steven <smurray@ccri.edu>; Abbascia, Tara <tswift@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>
**Subject:** RE: Announcement

Dear Colleagues,

  As a member of CCRIFA, I want to publicly endorse Steve Murray's appointment as lead negotiator for the on-going contract negotiations.  I have served with Steve on a previous contract negotiation team and have seen from first-hand experience that he works tirelessly for nothing but the benefit of our students and faculty.  Steve is a strong advocate and is an asset to our union.  I strongly encourage CCRIFA members to express their support of Steve's appointment to this position to Tara.

Sincerely,
D. Matthew Rieger, PhD
Professor & Chair
Physics and Engineering Department

**From:** Murray, Steven
**Sent:** Tuesday, January 31, 2023 12:45 PM
**To:** Abbascia, Tara <tswift@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>
**Subject:** Re: Announcement

Dear Tara,

Good afternoon.

As we all know, you and the other CCRIFA officers were elected to serve a two-year term beginning in April 2022.

I am writing to ask for some clarification based upon your announcement : "I will be moving on from CCRI to another venture upon the completion of this semester. I will continue my duties as President until 6/17/23. We will work with the election committee to arrange a special election in April to fill my seat."

The CCRIFA Constitution/Bylaws (Article IV, 4.4, e) address the situation you present of ""In the case of ... unexpected retirement by the president, [the vice-president] assumes the presidency on an interim basis until the Nominating- Elections Committee arranges voting for a new president."

Based upon your announcement, " I will continue my duties as President until 6/17/23", you are not resigning/retiring from your role as President until 6/17/23, and according to our Constitution/Bylaws, on 6/17/23 our Vice President, Mazin Adam, will then assume the role of President on an interim basis.

After 6/17/23, the Nominating- Elections Committee will arrange voting for a new president to complete the two-year term that you were elected to serve beginning in the Spring of 2022.

Your announcement also raises issues of concern re the ongoing contract negotiations that you currently lead.

By announcing now that you are resigning as President effective June 17, 2023, you have in effect made yourself a "Lame Duck" President.

In my opinion, you have weakened our bargaining position with the Administration by announcing your upcoming resignation.

Having served on the previous two contract negotiations teams and as the lead negotiator on the last team, for the benefit of all faculty, I have offered to serve as the lead negotiator on the current contract negotiations team, and you have rejected my offer.

I ask you to reconsider that decision, and I wish you nothing but great success and happiness in whatever new "venture" you are undertaking.

Best,

Steve Murray
Chair -- CJLS

---

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Monday, January 30, 2023 12:27 PM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>
**Subject:** Announcement

Dear Colleagues,
I will be moving on from CCRI to another venture upon the completion of this semester. I will continue my duties as President until 6/17/23. We will work with the election committee to arrange a special election in April to fill my seat.
Sincerely, Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI  02865
401-333-7244
tswift@ccri.edu

**Subject:** Re: Senate bill to standardize the issuance of letter grades
**Date:** Sunday, February 12, 2023 at 2:02:33 PM Eastern Standard Time
**From:** James, Eileen
**To:** Sneesby, Sandra, Hart, Roger, Holcomb, Kathleen, Josephs, Maddie, Levitre, Dina, Friel, Kerri
**Attachments:** Outlook-signature_.png, Outlook-signature_.png, Outlook-signature_.png

In response to your request, Sandy, I wanted to weigh in:

My two cents is that we would be a stronger faculty if we as a body embraced all our areas of influence and worked to strengthen our overall position (fighting for reasonable overload opportunities and equitable opportunities for receiving stipends and releases, etc.). It seems like faculty factions are fighting for scraps of power, while the administration watches a divided faculty go in circles. A thoughtfully united CCRIFA, Faculty Senate, and CRC would be an unimaginable force. Sadly, it's about power for some people and not solidarity.

(Sorry for my tone; I am adjusting to a time change.)

Talk to you all tomorrow,

Eileen


Eileen M. James
Assistant Professor of Writing and Literature
English Department
Community College of Rhode Island
Knight Campus, 3222
400 East Avenue
Warwick, RI 02886

"All Power to the People"

**From:** Sneesby, Sandra <sluzzisneesby@ccri.edu>
**Sent:** Sunday, February 12, 2023 11:18 AM
**To:** James, Eileen <emjames@ccri.edu>; Hart, Roger <rmhart1@ccri.edu>; Holcomb, Kathleen <kholcomb@ccri.edu>; Josephs, Maddie <mjosephs@ccri.edu>; Levitre, Dina <glevitre@ccri.edu>; Friel, Kerri <kfriel@ccri.edu>
**Subject:** Fw: Senate bill to standardize the issuance of letter grades

Hi All,

Note the email below. We will discuss this issue at leadership tomorrow. Please send me your thoughts for a response ahead of our meeting.

Thank you!
Sandy


Best regards,
Sandra

**Professor Sandra Luzzi Sneesby, MFA**
Chair, English Department
Chair, Faculty Senate
Professor, Communication and Film/Media
Listen to: CCRI Radio
Connect with me on LinkedIn
Zoom personal room: https://ccri.zoom.us/j/2501272452
Email: sluzzisneesby@ccri.edu

 COMMUNITY COLLEGE OF RHODE ISLAND

**From:** Sneesby, Sandra <sluzzisneesby@ccri.edu>
**Sent:** Sunday, February 12, 2023 11:14 AM
**To:** Friel, Kerri <kfriel@ccri.edu>
**Subject:** Fw: Senate bill to standardize the issuance of letter grades

Best regards,
Sandra

**Professor Sandra Luzzi Sneesby, MFA**
Chair, English Department
Chair, Faculty Senate
Professor, Communication and Film/Media
Listen to: CCRI Radio
Connect with me on LinkedIn
Zoom personal room: https://ccri.zoom.us/j/2501272452
Email: sluzzisneesby@ccri.edu

 COMMUNITY COLLEGE OF RHODE ISLAND

**From:** Sneesby, Sandra <sluzzisneesby@ccri.edu>
**Sent:** Sunday, February 12, 2023 11:14 AM
**To:** Costigan, Rosemary <rcostigan@ccri.edu>; Ogden, Alix <aogden@ccri.edu>; Cavallaro, Ronald <rcavallaro@ccri.edu>
**Subject:** Fw: Senate bill to standardize the issuance of letter grades

Dear all,

Fyi-

This email was sent to all union faculty.

Best regards,
Sandra

**Professor Sandra Luzzi Sneesby, MFA**
Chair, English Department

Chair, Faculty Senate
Professor, Communication and Film/Media
Listen to: CCRI Radio
Connect with me on LinkedIn
Zoom personal room: https://ccri.zoom.us/j/2501272452
Email: sluzzisneesby@ccri.edu

 COMMUNITY COLLEGE OF RHODE ISLAND

**From:** Murray, Steven <smurray@ccri.edu>
**Sent:** Sunday, February 12, 2023 10:49 AM
**To:** Burke, Margaret <mburke1@ccri.edu>; CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** lflorio@neari.org <lflorio@neari.org>
**Subject:** Re: Senate bill to standardize the issuance of letter grades

Dear Colleagues,

I am writing to support the comments made by Maggie Burke (and others) on this thread in regard to "policies" that have recently been sent to us from the Faculty Senate, including the "requirement" that every program have a Work Based Learning component, the "letter grades bill" and the bill requiring faculty to use the College's LMS.

I join other faculty in questioning the Faculty Senate's authority to require faculty to comply with "policies" it creates.

Please don't conflate a Faculty Senate with a governmental Senate (US Senate) that actually makes laws.

"Policies" are not laws.

Our important role as faculty at the College is governed by the statute that created the College, the Faculty Contract, "*Past Practice*" involving the Faculty Contract, and other laws (state and federal) that apply to us.

"Policies", whether created by the Administration or a Faculty Senate are always subordinate to the language of the Faculty Contract.

I'm sure those involved in creating these "policies" have the best of intentions, but we all should realize the true role of our newly created Faculty Senate . The Faculty Senate is an advisory body, and its actions do not supersede the language of the Faculty Contract, including our right to "Academic Freedom" in teaching our courses.  Likewise, the Faculty Senate does not supersede the so called "Contractual Committees", such as the CRC.

My understanding is that the College was awarded a grant that requires each program at the College to include a Work Based Learning component to the curriculum of each program. The Faculty Senate subsequently passed a bill/created a policy that "requires" each department program to include WBL into their curriculum.

Faculty should remember the oft quoted "Faculty own the curriculum."

The Faculty Senate does not own the curriculum.

The Faculty Contract lays out the process for the creation and modification of curriculum, and nowhere in that process is there a role for the Faculty Senate.  Curriculum is created by faculty within a department, and not by a Faculty Senate.

In the department I am a member of, CJLS, we have as an elective a WBL option for students who want to take an internship. A number of years ago, the decision to add that course elective was made by the department faculty following the process set forth in the Faculty Contract (the CRC). The Faculty Senate has no authority to "require" my department or any other department to modify our curriculum in any way.

Likewise, the Faculty Senate has no authority to require the use of a LMS or a particular grading system.

Sincerely,

Steve Murray
Professor
Chair -- CJLS

---

**From:** Burke, Margaret <mburke1@ccri.edu>
**Sent:** Friday, February 10, 2023 8:46 AM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Subject:** Senate bill to standardize the issuance of letter grades

Dear Colleagues,

Yesterday we were sent two bills from the senate for public comment. Please look at the bills and fill out the comment form if you have thoughts about either (or both) of the bills.

I submitted comments on the issuance of letter grades bill, and I would like to share my thoughts with you here.  Pre-senate, I sat on the academic advisory committee, and we discussed a standardized percentage-to-letter-grade in that committee.  There were many objections.  The academic advisory committee was a large committee with representation from many departments (perhaps all; I don't remember the composition).  The faculty senate committees are very small, with limited representation from across divisions.  This small committee size was a recommendation from the consultant hired by the administration to advise on the formation of the senate.  The idea is that policy will be produced more quickly.  Policy does then go to the full senate, and so hopefully there is a robust discussion from a multi-disciplinary

perspective in the senate, and any flaws in a bill will be amended.

We can contribute to and enrich this process by reading through the policies that are sent to us and offering our own perspectives on the bills.  If we see flaws, we should speak up!

I object to having a standardized percentage-to-letter-grade conversion imposed upon us.  This frankly does not work for the way I grade my courses -- I have a calculated percentage, I have nearly the same table in my syllabi (except mine includes fractions of percentages -- I'm not sure what 92.4, for example, maps to for a letter grade in the policy table).  But, after teaching at CCRI for over a decade, I've come up with a system that is a combination of percentage and requirements -- without the requirements being met, the percentage is not valid.  It doesn't fall neatly into this system.

If you have a grading scheme that doesn't fall neatly into this cookie-cutter system, please speak up!  Help the senators represent us.

Here's what I suggest:

A standardized percentage-to-letter grade conversion IN LIEU OF a stated grading system in the syllabus, so in other words, the table is the standard UNLESS OTHERWISE STATED IN THE SYLLABUS.

Our syllabi should be the final word here, in my opinion.

Please share your thoughts.  If I'm the only one, then so be it, I'll solve this problem for myself, again, under the new restrictions.  But if I'm not the only one, please speak up! Thank you.  :)

Respectfully,
Maggie

--
Maggie Burke • Professor Computer Studies
Community College of Rhode Island • 401.825.2058

--
This email has been checked for viruses by Avast antivirus software.
https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.avast.com%2F&data=05%7C01%7Csmurray%40ccri.edu%7Cc1f09b80d74f4c3c1f1508db0b6d3f27%7Caf75351b37eb4405bf7a7327cec380a5%7C0%7C0%7C638116336077366348%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=HJyrhA1oyiSZaNeBuZEsvTXa06MhpvXyt6tpvByijs0%3D&reserved=0

Thursday, May 11, 2023 at 16:29:51 Eastern Daylight Time

**Subject:** Faculty Senate
**Date:** Thursday, February 16, 2023 at 4:27:29 PM Eastern Standard Time
**From:** Murray, Steven
**To:** CCRI Faculty Association, Sneesby, Sandra, Kilduff, Raymond, Stockford, Jason
**CC:** lflorio@neari.org

Dear Colleagues;


Please be advised that today I received a call from Faculty Senate President Sandra Sneesby where she said I misrepresented to you what Ray Kilduff and Jason Stockford had told me on Tuesday, February 14, 2023, in reference to the travel of the "Bill to Standardize the Issuance of Letter Grades", and that I relayed to all of you in my email of the same day:

My email to you on 2-14-23:

Dear Professor Killgore,


Please be advised, my "evidence" of the failure of the Faculty Senate can be found in the three "bills" (Work Based Learning; the LMS; and the Standardization of the Grading System) that "require" faculty to take certain actions.

Again, the Faculty Senate should be making "recommendations", and not "requiring" faculty to act in areas that impede upon the Contract or Academic Freedom.

If a major purpose of the Faculty Senate is to provide a concrete example of "shared governance" for the upcoming NECHE accreditation visit, then in my opinion, it fails in that purpose, since it has no power other than to give advice to the Administration.

It should also be noted that the "Bill to Standardize the Issuance of Letter Grades" was not introduced by Professor Kilduff or Professor Stockford, but rather by Dean Nauman. Both Ray Kilduff and Jason Stockford verified that to me today.

Sincerely,
Steve Murray
Professor
Chair -- CJLS


**To insure the record is clear, and that we all have a true understanding of how the Faculty Senate is actually functioning, I ask that Ray and Jason confirm that we discussed this on 2-14-23 and I did not misrepresent what they told me about the travel of that "bill", and that they also tell all of us in complete detail the travel of that "bill" which was not sponsored/introduced by them.**

Sincerely,
Steve Murray
Professor
Chair -- CJLS

**Subject:** Re: Faculty Senate

**Date:** Thursday, February 16, 2023 at 3:29:51 PM Eastern Standard Time

**From:** Murray, Steven

**To:** Sneesby, Sandra

**Attachments:** Outlook-signature_.png

Dear Sandy,

 When you called me today, you repeatedly yelled at me.  Please don't do that again.

Previous to today, you have called me more than once to discuss the Faculty Senate, and on Tuesday of this week when I was at the meeting of "Little Chairs" you arrived at the meeting late and demanded that I leave the meeting to talk with you about the Faculty Senate. You and I then went out in the hallway and discussed the Faculty Senate. After that discussion, we both went to the "Little Chairs" meeting.

You have made a number of statements about the Faculty Senate to me, and none of those statements are confidential.

You also accused me today of telling a lie in regard to my conversation with Ray Kilduff re the "Standardized Grading" bill.  I asked Ray's assistant, Lauren, to have Ray call me. Ray called me and we had a lengthy conversation. He told me that you called him yesterday, and that you were very upset about the "Standardized Grading" bill.  Ray told me he never told you that I lied about anything.

Sincerely,
Steve

---

**From:** Sneesby, Sandra <sluzzisneesby@ccri.edu>
**Sent:** Thursday, February 16, 2023 2:18 PM
**To:** Murray, Steven <smurray@ccri.edu>
**Subject:** Re: Faculty Senate

Dear Steve,

Per our phone conversation, do not use my name in any emails to faculty or anyone else. You are not my spokesperson, and you cannot compel me to speak at your command.

Best regards,
Sandra

**Professor Sandra Luzzi Sneesby, MFA**
Chair, English Department
Chair, Faculty Senate
Professor, Communication and Film/Media
Listen to: CCRI Radio
Connect with me on LinkedIn
Zoom personal room: https://ccri.zoom.us/j/2501272452

Email: sluzzisneesby@ccri.edu

 COMMUNITY COLLEGE OF RHODE ISLAND

**From:** Murray, Steven <smurray@ccri.edu>
**Sent:** Thursday, February 16, 2023 1:08 PM
**To:** Sneesby, Sandra <sluzzisneesby@ccri.edu>
**Subject:** Faculty Senate

Hi Sandy,

After the conversations you and I have recently had re the Faculty Senate, I've been waiting for you as the President of the Senate to address the entire faculty on what we've discussed.

Are you going to do that?

Some of the things that you've told me that I think you should share with everyone:

      -- The Faculty Senate is dominated by Meghan and Rosemary
      -- The Faculty Senate has no real power and is merely advisory to Meghan
      -- The Faculty Senate is being used by Meghan and Rosemary to complete their agenda
      -- The only way to have a real Faculty Senate that has "shared governance" would be to go to the RI Legislature and get them to pass a law that gives power/shared governance to a         newly created Faculty Senate modeled on the URI Faculty Senate

As you and I also discussed, no one should view you personally as a failure for what the current Faculty Senate is -- you did your best and put a lot of time into trying to create a Faculty Senate that worked. It's about moving forward to create a new Faculty Senate that actually has shared power with the Administration.

Steve

**Subject:** Fw: Work-Based Learning Policy

**Date:** Monday, February 20, 2023 at 9:58:39 AM Eastern Standard Time

**From:** Anish, Beth

**To:** Sneesby, Sandra

Hi Sandy,

This was the e-mail from Tara re: WBL, before it went before the full Senate. My exchange with Steve is below that.

Beth

---

**From:** Abbascia, Tara <tswift@ccri.edu>
**Sent:** Wednesday, November 30, 2022 8:36 AM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** Anish, Beth <boanish@ccri.edu>; Costigan, Rosemary <rcostigan@ccri.edu>; Stargard, William <wstargard@ccri.edu>; lflorio@neari.org <lflorio@neari.org>; Adam, Mazin <madam@ccri.edu>
**Subject:** Re: Work-Based Learning Policy

Hi Steve,

Academic policy is within the scope of the Senate.  If, as Rosemary stated, there are changes to course outcomes or the need to add courses, those changes would need to come before the CRC for approval.  This is not a Union issue.  Contact Sandy for clarification regarding Senate purview.

Tara

Tara Abbascia CDA, DHSc
President, CCRIFA
Chair, Dental Health Department
Associate Professor, Dental Assisting
Community College of Rhode Island
Flanagan Campus
1762 Louisquisset Pike
Lincoln, RI  02865
401-333-7244
tswift@ccri.edu

On Nov 28, 2022, at 11:57 PM, Murray, Steven <smurray@ccri.edu> wrote:

Hi Beth,

I don't see the role that the Senate has in creating curriculum.

The curriculum proposal/change process is set out in the Contract, and there is no role for the Senate other than perhaps making suggestions to faculty about curriculum development.

I would urge you to rethink this.

Best,
Steve Murray

---

**From:** Anish, Beth <boanish@ccri.edu>
**Sent:** Monday, November 21, 2022 8:58 AM
**To:** Murray, Steven <smurray@ccri.edu>
**Cc:** Costigan, Rosemary <rcostigan@ccri.edu>; Stargard, William <wstargard@ccri.edu>; lflorio@neari.org; Abbascia, Tara <tswift@ccri.edu>; Adam, Mazin <madam@ccri.edu>
**Subject:** RE: Work-Based Learning Policy

Good morning, Steve.

Thank you for this question and your input. We considered the CRC in the implementation steps. We would want to work with the CRC to add a field to both the program and course proposal/change forms for experiential learning. We also realized that there would be an uptick in program changes going before the CRC for just such scenarios as you mentioned. That's why we found it so important to get this moving through the Senate now. We don't want another few months going by before departments start to consider what, if any, changes need to be made to their curriculum. We know departments will need time next year to move new courses or changes to existing curriculum through the CRC. Our aim would be to get all of those changes made before the 2024-2025 catalog publication date.

I hadn't considered the need to bring the whole policy before the CRC. Who is the best person for me to talk to about it?

Thanks again,

Beth

---

**From:** Murray, Steven
**Sent:** Friday, November 18, 2022 3:58 PM
**To:** Anish, Beth <boanish@ccri.edu>
**Cc:** Costigan, Rosemary <rcostigan@ccri.edu>; Stargard, William <wstargard@ccri.edu>; lflorio@neari.org; Abbascia, Tara <tswift@ccri.edu>; Adam, Mazin <madam@ccri.edu>
**Subject:** Re: Work-Based Learning Policy

Hi Beth,

Thank you for the update.

Have you considered whether this proposal needs to go before the CRC?

Currently, my department has as an elective, in both Paralegal and Law Enforcement , LIBA 1010 (Co-op/Internship).

To require this course would be a change in our curriculum that would need to follow the process for curriculum changes, ie individual department approval, submission to the CRC, approval by the CRC etc...

A "policy" crafted by the Senate would not alter the curriculum proposal policy process set out in our Contract.

Thanks
Steve Murray

---

**From:** Anish, Beth <boanish@ccri.edu>
**Sent:** Friday, November 18, 2022 1:40 PM
**To:** Josephs, Maddie <mjosephs@ccri.edu>; Parker, Shawn <sgparker@ccri.edu>; Turenius-Bell, Christine <citureniusbell@ccri.edu>; Coclin, Maria <mcoclin@ccri.edu>; Arendt, Elizabeth <earendt@ccri.edu>; Crawford, Kevin <kcrawford@ccri.edu>; Murray, Steven <smurray@ccri.edu>; Abbascia, Tara <tswift@ccri.edu>; Sneesby, Sandra <sluzzisneesby@ccri.edu>; Patnaude, Carol <cpatnaude@ccri.edu>; Austin, James <jfaustin@ccri.edu>; Valicenti, Soudabeh <svalicenti@ccri.edu>; Bull, Michelle <mbull@ccri.edu>; Sienkiewicz, Susan <ssienkiewicz@ccri.edu>; Amante y Zapata, Joseph <amante@ccri.edu>; Rieger, Matthew <drieger@ccri.edu>; Kilduff, Raymond <rkilduff@ccri.edu>; MacInnes, Maryhelen <mdmacinnes@ccri.edu>; Godo-Solo, Hossiri <hhgodosolo@ccri.edu>
**Cc:** Galleshaw, Julie <jgalleshaw@ccri.edu>; Giordano, Elizabeth <ergiordano@ccri.edu>
**Subject:** Work-Based Learning Policy

Dear Academic Department Chairs,

I'm writing with news that the Student and College Success (SCS) subcommittee of the Faculty Senate has advanced a work-based learning (WBL) bill to the full senate, with the hopes that it will be on the senate agenda on December 2. The subcommittee moved the bill forward with the understanding that Liz Giordano and I would do more work to engage you all on this bill in the intervening weeks.

Liz is Director of Career Services and Experiential Learning. She will supervise the new Work-Based Learning Manager, who starts her position on Monday. Liz and I both started in our current roles this summer. We have been working on this policy (originally written by Jessica Wilkie and Stacy Sullivan) since then. The policy itself is one of the three main

deliverables of the Title III Pathways grant. It is meant to be implemented for incoming students in Fall 2024 and beyond. Liz and I have worked with the SCS subcommittee to tweak language and address their concerns since September. One remaining concern was that Department Chairs had not been fully engaged in the conversation.

I would like to rectify that now. I am happy to meet with any of you who have questions and concerns. Currently my calendar is wide open on Tuesday 11/22 until 1:00, and all day Wednesday 11/23 (virtually), Monday 11/28 (virtually), Wednesday 11/30, and Thursday, 12/1. On the non-virtual days I'm based in Providence but can travel to any campus.

I am attaching the bill currently moving through the senate, and additional supporting information (policy implementation plan, draft of WBL rubric and WBL certification form, and a draft program audit). As you can see by the initial pass at a program audit, many of your programs already have an experience built in that qualifies. Please also refer to the bill itself for definitions/examples of WBL experiences.

I look forward to hearing from you. Please do reach out, if you're interested, so we can schedule a time to talk.

All my best,
Beth

Beth O'Leary Anish, PhD
Interim Director of Guided Pathways
Community College of Rhode Island
Liston Campus (Providence), room 2227
boanish@ccri.edu
(401) 455-6010