# EXHIBIT O

# CCRI

Community College of Rhode Island

March 8, 2023

To whom it may concern,

I am writing in regards to Professor Steven Murray, a fellow colleague and Professor in the Laws Department at CCRI. My desk is located in front of the Business/Laws Department and I have become very familiar with all the faculty. I have had the pleasure of working alongside Steve for the past 20 years and can attest to his exceptional teaching abilities, dedication to his students, and his contributions to the college. Professor Murray has always been very welcoming in every encounter I've had with him. He has a great work ethic and has always showed professionalism. I have seen him engage with faculty, staff, and students and have never witnessed any unprofessionalism. He is always there for faculty, staff and students and is willing to help in any capacity.

I am also writing this letter to express my support for Professor Steven Murray, who has been unfairly criticized in recent weeks. It is unfortunate that some individuals have chosen to attack Professor Murray. On Tuesday, Feb 14th the department chairs were about to start their meeting and when Professor Murray was entering the room, Sandra Sneesby yelled "Steve, I need to speak with you!" When she approached him, I could tell she was upset and she started making accusations that his emails were embarrassing her and he needs to say something to the faculty. His response was "Sandra I don't know what to say, but you need to tell them." She kept on yelling and he finally said, "well, I'm going into the meeting." On Thursday, February 16th around 1:30pm I was working at my desk and Professor Murray had received a call on his cell phone. I could hear a women's voice (Sandra), and I could immediately hear the echoes of the call from Professor Murray's office. I couldn't make out what was being said, but I could tell she was screaming so loud that I could hear her voice from my desk. I could hear him responding and he kept saying, "but Sandra you called me". I don't know what she was referring too, but I know he was very calm and didn't engage in any way that was being disrespectful or condescending.

In light of the recent events, I urge you to consider the impact that your actions may have on Professor Murray's career and reputation. He is a valuable member of the college community and deserves to be treated with the respect and dignity that he has shown to all faculty and staff.

Thank you for taking the time to read this letter and I hope you will take my words into consideration.

Sincerely,

Lolita Villanueva

Knight Campus • 400 East Avenue, Warwick, Rhode Island 02886-1805
Flanagan Campus • 1762 Louisquisset Pike, Lincoln, Rhode Island 02865-4585
Providence Campus • One Hilton Street, Providence, Rhode Island 02905

March 8, 2023

To whom it may concern,

I have worked for CCRI for 15 years. Previously, I worked in the Bookstore and now in the Criminal Justice/Legal studies Department. I have never had an issue with Professor Murray. He has always shown the utmost respect for me, the students, and our colleagues. Anytime Professor Murray has been presented with a question or concern, he has always gone out of his way to help in whatever way he was able.

What I have witnessed over the last few weeks from other faculty is beyond unprofessional and incredibly disheartening. On Thursday 2/16/23 around 1:30-1:45, I was sitting at my desk. His cell phone rang, and I could instantly hear a woman's voice screaming. It was Sandra Sneesby. After a few minutes of her screaming at Professor Murray he had asked her repeatedly to lower her voice. Professor Murray was trying to talk to her and figure out what the issue was. I could hear Sandra screaming at Professor Murray on the phone from my desk, which is outside of his office and across the hall, over my music. Professor Murray continued to calmly ask her multiple times to lower her voice, he could barely get any words in, as she did not stop screaming at him for over 10 minutes.

I hope hearing an bystander's view of the interaction helps you to understand the dynamics of the interaction between Sandra Sneesby and Professor Murray.

Tiffany Jones

(401)318-5282

# CCRI

Community College of Rhode Island

March 8, 2023

To Whom it May Concern,

I am writing to give my view on a phone conversation between Professor Steven Murray and Professor Sandra Sneesby. On Thursday, February 16th around 1:45 pm, I was approached by Professor Murray while he was on the phone with Professor Sneesby. He came to me looking to speak with Professor Ray Kilduff. Since Professor Kilduff was not on campus, I let Professor Murray know that Ray would be available tomorrow to speak with him. He was very polite and professional to me.

While he was asking me about Professor Kilduff, he had his phone pulled pretty far away from his ear, and I could hear a woman screaming through the phone. When he went back to speaking with Professor Sneesby, he kept repeating over and over "Sandy, it's nothing personal, we just don't agree." He never raised his voice to her and I continually heard him say, "Sandy, please lower your voice."

Around 2 PM, he got off the phone with Professor Sneesby and I let him know that Professor Kilduff was available on his cell phone and handed him the phone number. He then had a very calm conversation with Professor Kilduff about something Professor Sneesby claimed Professor Kilduff had said.

I hope this account of what I witnessed is helpful in understanding the situation further. Please don't hesitate to contact me for any further questions.

Thanks so much,

Lauren Nagel

lnagel@ccri.edu

(Office) 401.825.2222

(Mobile) 401.500.3727