# EXHIBIT P

# Response to emails to President Hughes

**Ogden, Alix** <aogden@ccri.edu>
Thu 12/19/2019 4:23 PM
To: Murray, Steven <smurray@ccri.edu>

Dear Steve,

President Hughes asked me to respond to your recent emails to her. In which you first express dissatisfaction with the recent decision from Director of Human Resources Bailey regarding your complaint against Chair Valicenti and second you assert that the President and Vice President for Academic Affairs are retaliating against you.

First, we take the issue of professional conduct of our employees very seriously and thoroughly vet any complaint to determine if there has been a violation of a college policy. After speaking with the witnesses and the respondent, Director Bailey determined that the behavior described was actually Chair Valicenti expressing her frustration with NEARI Representative John Leidecker's treatment of her and was venting to you, as president of the CCRIFA. The conduct you described is internal union business and, therefore, not a matter of college policy. We continue to believe that Director Bailey's determination is correct and consider the matter closed.

Second, it is my understanding that Assistant Dean McColl wishes to have a conversation with you in private about an interaction the two of you had at a Chairs meeting. You have not responded to her requests. It is difficult to understand how Assistant Dean McColl's actions made in an effort to resolve a matter between the two of you constitute harassment or could be characterized as retaliation encouraged by either President Hughes or Vice President Costigan.

We approach all matters with you, as union president or department chair or as a member of our faculty, with respect and always seek a productive working relationship with you on behalf of our faculty and our students.

I hope you have an enjoyable and restful holiday.

Sincerely,

Alix