# EXHIBIT Q

**November 20, 2019**

**In Regard to:  Murray-Valicenti Complaint**

Criminal Justice & Legal Studies Chair and CCRIFA President Steve Murray filed a complaint against Department Chair Soudabeh Valicenti in writing to then-Associate Vice President of Equity & Human Resources Elizabeth Canning that alleged the following:

> Sometime last year or so, there was a HR/ESPA Union meeting held in Room 3076 KC, involving Dawn (an assistant in the Math Department) – some of the people at the meeting were: Professor Valicenti, Dawn, Leslie Florio, John Leidecker and Sheri Norton. I was not involved in that meeting, but my office (3080) is nearby 3076. As the meeting in 3076 took place, I was meeting with Professor Renee Anderson in my office. Renee and I heard people loudly yelling in 3076. Renee and I went to the door of my office, looking towards 3076, when the door to 3076 suddenly opened and Professor Valicenti stormed out. Professor Valicenti looked directly at Renee and me and charged towards us. Professor Valicenti was very angry and she raised her finger and pointed it at us and in a very loud angry voice said, "You tell that cock sucker mother fucker John Leidecker that no one talks to me like that … " She then stormed off down the hallway. Renee and I were shocked by her anger and language.

**Steps taken to review the complaint included:**

- Interim Assistant Dean Barbara Nauman and Director of Human Resources Sybil Bailey met with Mr. Murray and Dr. Valicenti to review the complaint
- At the request of Mr. Murray, Ms. Nauman and Ms. Bailey spoke, individually, with four (4) witnesses for whom Mr. Murray said were in the vicinity of the incident:
    - Information Services Tech II Jo-Ann Albro
    - Technical Staff Assistant Dawn Lapre
    - Information Services Tech II Lauren Nagel
    - and, CCRIFA Secretary and English Professor Renee Anderson
- Research and review of policy violations.

**The outcomes are:**

Two (2) witnesses said they were in the area at the time of Dr. Valicenti's alleged outburst, but stated that they did not hear her use inappropriate language on that specific day. However, these witnesses did state that they have heard her use profanity in the past – specifically behind closed doors in her office and never in an open area.

One (1) witness said she was not in the area of the incident, but has heard Dr. Valicenti use foul language. When asked if this was in an open setting, she said, "No, it has been in the privacy of her office".

The fourth (4th) witness indicated that she was in Mr. Murray's office when Dr. Valicenti came in screaming. She stated that she was shocked at the language used, as she had never heard Dr. Valicenti use profanity at work. Her impression was that Dr. Valicenti was very upset with Union Leader John Liedecker, as she had just left a very heated meeting with him. She appeared angry and upset and she

perceived the situation as Dr. Valicenti going to Mr. Murray's office because he is "her union representative". The witness stated that Dr. Valicenti said to Mr. Murray, "that *cock sucker mother fucker*, does not represent me!" The witness stated that it sounded as though she was referring to John Liedecker and was sharing her feelings CCRIFA President Murray.

In reviewing the complaint with Dr. Valicenti, she admitted that she was extremely upset with Mr. Liedecker – claiming, he was inappropriate in the meeting that she had just left and that she went to Mr. Murray as a way to vent.

Since the incident, Mr. Liedeker has reached out to Dr. Valicenti and has apologized for his behavior toward her.

**The conclusion is:**

The College is sensitive to Mr. Murray's concerns regarding the tone and the use of inappropriate language in the workplace. It is the hope that employees do not speak to each other in that manner. Because both Dr. Valicenti and one witness have stated that the outburst was a means of venting to a Union representative, it is difficult for the College to take further action other than to ask Dr. Valicenti to me mindful not to use foul language in the workplace.



Dr. Valicenti has been made aware of the College's position and expectations on how all staff are to conduct themselves, which is in a professional manner at all times. Having said this, I do believe that this appears to be an internal union matter which the College cannot address, and which should be addressed by the union.

**Sybil F. Bailey**
Director of Human Resources
Community College of Rhode Island
Department of Institutional Equity and Human Resources
(401) 825-2311
sfbailey@ccri.edu