# EXHIBIT U



**COMMUNITY COLLEGE OF RHODE ISLAND**
**OFFICE OF HUMAN RESOURCES AND INSTITUTIONAL EQUITY**

October 2, 2023

Mr. Steven Murray
39 Treasure Road
Narragansett, RI 02882

Sent electronically to smurraylaw@cox.net

Re: Notice of Dismissal

**PERSONAL AND CONFIDENTIAL**

Dear Professor Murray:

The investigation of the formal complaints referenced in my February 28, 2023 (dated February 28, 2022 in error) correspondence to you has concluded, and the Final Investigation Report has been reviewed.

As you are aware, the complaints were investigated pursuant to the Council on Postsecondary Education's Title IX Sexual Harassment Policy and Procedures (the "Title IX Policy"). This policy prohibits all forms of unlawful sexual harassment occurring within the Community College of Rhode Island's ("CCRI") education programs or activities.

The complaints were also investigated pursuant to the Council on Postsecondary Education's Nondiscrimination Policy and Complaint Procedures (the "Nondiscrimination Policy"). This Policy prohibits students, employees, contractors, volunteers, and visitors from engaging in discrimination and harassment based on any individual's race, color, creed, national or ethnic origin, gender, gender identity or expression, religion, disability, age, sexual orientation, genetic information, marital status, citizenship status, veteran status, and any other legally protected characteristic.

Upon review of the complaints and the investigation report, it has been determined that the conduct reported does not fall within the scope of or constitute a violation of either the Title IX Policy or the Nondiscrimination Policy. Therefore, the matter is dismissed under these policies. However, as the alleged behavior may violate another policy, code, and/or standards of conduct of CCRI, the Title IX Coordinator hereby refers the complaint to the Office of Human Resources.

The College prohibits retaliation against those involved in complaints, including witnesses, and retaliation shall be treated as a separate violation of College policy. Parties are advised to err on the side of caution and avoid any interactions that may be perceived as retaliatory.

Sincerely,

*/s/ Kara DiPaola*

Kara DiPaola, Esq.
Assistant Director
Title IX & Section 504/ADA Coordinator

CC:   Sybil Bailey, Director of Human Resources
　　　Alix Ogden, Special Advisor to the President
　　　Fil Eden, NEARI, Assistant Executive Director UniServ
　　　Allyson Handley, Vice President for Academic Affairs

**Knight Campus**

400 East Avenue, Warwick, RI 02886-1807  P: 401.825.1126