# EXHIBIT V



**Office of Human Resources**

**ELECTONRICALLY DELIVERED - Email**

October 1, 2023

Professor Steven Murray
smurraylaw@cox.net
smurray@ccri.edu

RE: Paid Administrative Leave

Dear Professor Murray,

With the dismissal of the complaints against you under the Council on Postsecondary Education's Title IX and Nondiscrimination Policies, the complaint has been referred to Human Resources. As such, you will remain on paid administrative leave and with applicable benefits until Human Resources can complete its review.

The basis for your paid administrative leave is to allow us time to review whether your conduct rose to a manner that caused a substantial disruption to the operations of the Community College of Rhode Island, eroded the trust of the educational community you serve, violated the Standards of Conduct in conjunction of RIGL§ 36-14-1 and/or the Violence in the Workplace Policy.

Absent specific authorization from myself or my designee, you are expected to remain away from school property and have no contact with college employees or students during the period of your leave, excluding those communications connected to your union work.

Sincerely,

*Sybil F. Bailey*

Sybil F. Bailey
Director of Institutional Equity and Human Resources

SFB/mld

cc:   Allyson Handley, Interim Vice President for Academic Affairs
      Personnel File

**Knight Campus**

400 East Avenue, Warwick, RI 02886-1807  P: 401.825.2311  F: 401.825.2345