# EXHIBIT W

**From:** O'Neill, Daniel
**Sent:** Wednesday, June 21, 2023 7:48:57 AM
**To:** CCRI Faculty Association <ccrifa@ccri.edu>
**Cc:** Leslie Florio <lflorio@neari.org>
**Subject:** summer 2023 update CCRIFA leadership

*Sent on behalf of Mazin Adam*

Dear CCRIFA Members,

Tara Swift has resigned as CCRIFA president effective June 17th. Please join me in thanking Tara for her service as CCRIFA President. Upon Tara's resignation, I assumed the CCRIFA Presidency on an interim basis. In Spring 2024, the CCRIFA Nominating-Elections Committee will hold elections for CCRIFA President, Vice-President, Treasurer and Secretary. With counsel from NEARI, in accordance with CCRIFA by-laws and keeping with CCRIFA past practice (Parker/Sneesby/Tessier 2015), I appoint Steven Murray as Vice President of CCRIFA, to serve on an interim basis until the conclusion of the Spring 2024 elections.

Thanks,

Mazin

*Mazin Adam*

*Professor of Art*

*Art, Art History & Design*


--
Daniel O'Neill
dan-oneill.com
danoneillart@gmail.com