# EXHIBIT X

---------- Original Message ----------
From: Fil Eden <feden@neari.org>
To: "Heimel, Rebecca" <rheimel@ccri.edu>
Date: 10/02/2023 2:18 PM EDT
Subject: RE: [External]:RE: 7week compressed term

Hi Rebecca,

Can you please send us the schedule for the committee? The Union obviously gets to determine who represents us on the committee, having that schedule will help us make a determination.

Thanks,
Fil

**From:** Heimel, Rebecca <rheimel@ccri.edu>
**Sent:** Friday, September 29, 2023 3:35 PM
**To:** Fil Eden <feden@neari.org>
**Subject:** Re: [External]:RE: 7week compressed term

Hi Fil,
Looking forward to meeting in October.

Since he is on paid administrative leave, Professor Murray is not able to serve. Art Professor Mark Zellers represented CCRIFFA on the original Compressed Terms Work Group, he is the logical person to join the Implementation Team since Mazin is unavailable.

Best,
Rebecca

**From:** Fil Eden <feden@neari.org>
**Date:** Thursday, September 28, 2023 at 11:05 AM
**To:** Heimel, Rebecca <rheimel@ccri.edu>
**Subject:** [External]:RE: 7week compressed term

CAUTION: This email was generated from outside of CCRI. Please do not click on links or attachments unless you have verified legitimacy of this email.

Hi Rebecca, I know we haven't gotten to meet yet, but I wanted to express our position that Steve should be allowed to serve on this committee. We understand he's on administrative leave pending the outcome of the investigation, but there have been no allegations proven against him and no decision made. In the meantime, he continues to perform union duties as Vice President. Just this morning he attended a hearing and he has been handling grievances.

I understand the administration's position that he can't be on campus, but if that's the concern, perhaps the meetings could be held at the OPC? We could also use NEARI if there are rooms available.

The issue is, Mazin has a lot of responsibilities as President and has the right to deputize folks to take on other responsibilities. Steve, as VP, makes a lot of sense because this committee's work is so important to the working conditions of faculty.

Thanks,
Fil

Begin forwarded message:

> **From:** "Heimel, Rebecca" <rheimel@ccri.edu>
> **Date:** September 27, 2023 at 18:50:38 EDT
> **To:** "Adam, Mazin" <madam@ccri.edu>
> **Cc:** "Handley, Allyson" <ahhandley@ccri.edu>
> **Subject: Re: 7week compressed term**
>
> Dear Mazin,
> I have been informed by CCRI HR that Professor Murray is presently on paid administrative leave and is therefore not able to serve at this time. Please let me know if you are willing to serve on the 7-week classes implementation team.
>
> Best, Rebecca
>
> ---
>
> **From:** Adam, Mazin <madam@ccri.edu>
> **Sent:** Wednesday, September 27, 2023 10:30 AM
> **To:** Heimel, Rebecca <rheimel@ccri.edu>; Fil Eden <feden@neari.org>; Murray Steve <smurraylaw@cox.net>; Handley, Allyson <ahhandley@ccri.edu>
> **Subject:** Re: 7week compressed term
>
> Hi Dean Heimel,

Thanks for the material, looking forward to reviewing it.

Please note that CCRIFA is requesting to have representation on the "Implementation Team" for the 7week group, the union feels that it's important that Steve Murray, VP of CCRIFA, be member on the implementation team, if this request could be met, that you would be great.

Thanks,
Mazin

*Mazin Adam*
*Professor of Art*
*Art, Art History & Design*

Community College of Rhode Island
Knight Campus
401-825-2220

[madam@ccri.edu](madam@ccri.edu)

---

**From:** Heimel, Rebecca <[rheimel@ccri.edu](rheimel@ccri.edu)>
**Sent:** Friday, September 22, 2023 4:22 PM
**To:** Adam, Mazin <[madam@ccri.edu](madam@ccri.edu)>; Fil Eden <[feden@neari.org](feden@neari.org)>; Murray Steve <[smurraylaw@cox.net](smurraylaw@cox.net)>
**Cc:** Handley, Allyson <[ahhandley@ccri.edu](ahhandley@ccri.edu)>
**Subject:** Re: 7week compressed term

Dear Mazin,
Please find the requested materials attached.

Best,
Rebecca

---

**From:** Adam, Mazin <[madam@ccri.edu](madam@ccri.edu)>
**Date:** Friday, September 15, 2023 at 7:37 AM
**To:** Heimel, Rebecca <[rheimel@ccri.edu](rheimel@ccri.edu)>, Fil Eden <[feden@neari.org](feden@neari.org)>, Murray Steve <[smurraylaw@cox.net](smurraylaw@cox.net)>
**Subject:** 7week compressed term

Good morning Dean Heimel,

Please note that CCRIFA is requesting a copy of the report, minutes and any other related materials the committee on compressed terms has

produced. Please send as soon as possible.

Many thanks
Mazin