UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN D. MURRAY, | : | |
| *Plaintiff* | : | |
| v. | : | C.A. No. 23-cv- |
| | : | |
| COMMUNITY COLLEGE OF | : | <u>Jury trial demanded</u> |
| RHODE ISLAND, alias, COUNCIL ON | : | |
| POST SECONDARY EDUCATION, alias,: | | |
| and ROSEMARY COSTIGAN, alias, | : | |
| in her individual and official capacities, | : | |
| *Defendants* | : | |

<u>PLAINTIFF'S RECORD APPENDIX IN SUPPORT OF HIS REPLY TO DEFENDANTS'
OBJECTION TO HIS MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTIVE RELIEF</u>

| <u>Exhibit No.</u> | <u>Description</u> |
|---|---|
| Y. | Affidavit of Mazin Adam ("Adam Aff."), December 22, 2023. |
| Z. | Affidavit of Steven D. Murray ("Murray Aff."), December 22, 2023. |
| AA. | Emails from Mickey Dargon. "Re: [External]: Steven D. Murray." November 21, 2023 and November 29, 2023. |
| BB. | Steven Murray Interview Transcript with Community College of Rhode Island ("CCRI") Human Resources ("Murray Interview"). December 7, 2023. |
| CC. | Letter from Peter J. Harrington to Meghan Hughes Regarding Interpretation of Violence in the Workplace Prevention Policy ("July 14, 2017 Harrington Letter"). July 14, 2017. |
| DD. | Murray Personnel File. |
| EE. | NECHE 2019 Interim Fifth-Year Report. January 15, 2019. |
| FF. | CCRI NEASC 2014 Accreditation Report.  2014. |
| GG. | CCRI Report on the Establishment of Academic Programming Offered Through Distance Education ("CCRI 2009 Distance Education Report"). October 2009. |
| HH. | Email from Sybil Bailey.  "Email Communications." Received by Steven D. Murray, Dated August 10, 2023. |
| II. | Confidential Investigation and Report to Community College of Rhode Island Concerning Steven D. Murray.  Raymond A. Marcaccio, Esq. September 21, 2023. |

Plaintiffs,
By their attorney,
**SINAPI LAW ASSOCIATES, LTD.**

Date:  December 22, 2023          **/s/ Richard A. Sinapi**
                                 **Richard A. Sinapi, Esq.  (#2977)**
                                 **Chloe A. Davis, Esq. (#9334)**
                                 2374 Post Road Suite 201
                                 Warwick, RI  02886
                                 Phone: (401) 739-9690;  FAX: (401) 7394-9040
                                 Email: ras@sinapilaw.com