# EXHIBIT AA

**From:** Dargon, Mickey <mdargon@ccri.edu>
**Sent:** Wednesday, November 29, 2023 12:02 PM
**To:** Richard Sinapi <ras@sinapilaw.com>
**Cc:** mazinadam@yahoo.com; Bailey, Sybil <sfbailey@ccri.edu>; Steven Richard (srichard@nixonpeabody.com) <srichard@nixonpeabody.com>; Cavallaro, Ronald <rcavallaro@ccri.edu>; Ogden, Alix <aogden@ccri.edu>
**Subject:** RE: [External]:Steven D. Murray

Hello Attorney Sinapi,

As per the letter provided to Mr. Murray from Director Bailey, with the dismissal of the complaints against him under the Title IX and Nondiscrimination Policy the complaint has been referred to Human Resources to be reviewed under whether or not his conduct rose to a manner that caused substantial disruption to the operations of CCRI, eroded the trust of the educational community he serves, and violated the Standards of Conduct and/or the Violence in the Workplace Policy. These policies are linked. Under these policies (in particular the Violence in the Workplace Policy), Human Resources has a duty to separately interview all persons involved, including any witness, in order to obtain an accurate written account of the incident and obtain written statements of all witnesses and others interviewed. As the interviewer the questions will specifically pertain to these policies and any conduct that could be viewed as a potential violation of them. Director Bailey will be accompanying me in this process. Currently, I am available all day Monday, December 4th as well as Wednesday, December 6th between 11 and 2 PM. I anticipate the process to take no more than an hour but should it go over we can schedule on that day for additional time.

Mickey

**Michelle (Mickey) Dargon** *(she/her)*
Associate Director of Labor and Employee Relations
Department of Institutional Equity and Human Resources

400 East Avenue
Warwick, Rhode Island 02886
mdargon@ccri.edu
phone: 401-825-2429


COMMUNITY COLLEGE OF RHODE ISLAND

**From:** Dargon, Mickey <mdargon@ccri.edu>
**Sent:** Tuesday, November 21, 2023 10:26 AM
**To:** Richard Sinapi <ras@sinapilaw.com>
**Cc:** mazinadam@yahoo.com; Bailey, Sybil <sfbailey@ccri.edu>; Steven Richard (srichard@nixonpeabody.com) <srichard@nixonpeabody.com>; Cavallaro, Ronald <rcavallaro@ccri.edu>; Ogden, Alix <aogden@ccri.edu>
**Subject:** RE: [External]:Steven D. Murray

Hello Attorney Sinapi,

Sybil Bailey has designated me to meet with Steve Murray as the Associate Director of Labor and Employee Relations to follow up on the referral done by the Title IX Coordinator, Kara DiPaola. The intent of the meeting is to determine if there have been violations of other policies including the Violence in the Work Place Policy, the Responsible Use of Technology Policy, and the Employee Handbook. Sybil Bailey will be accompany me during this meeting. Next week I have the following times available:

Wednesday, November 29th
12 to 1 PM
1 to 2 PM

Thursday, November 30th
11 AM to 12 PM
3 to 4 PM

Friday, December 1st
Any time after 10 AM

Availability does change quickly here so please let me know what is convenient for you and Mr. Murray.

Thank you,
Mickey

**Michelle (Mickey) Dargon** *(she/her)*
Associate Director of Labor and Employee Relations
Department of Institutional Equity and Human Resources
400 East Avenue
Warwick, Rhode Island 02886
mdargon@ccri.edu
phone: 401-825-2429

