# EXHIBIT DD

# FACULTY FILE CRITERIA

**Faculty Name:** *Murray, Steve D.*

**Department:** *Criminal Justice / Legal Studies*

**Processed by Academic Affairs (date):** *7/27/2010*

---

**Note:** Only file if approved by President and has been processed by Human Resources

---

Enclosed
in File

[✓] 1. **Faculty Appointment Form (generated from Academic Affairs)**

[ ] 2. **Search Committee Form**

[ ] 3. **Salary Calculation**

[✓] 4. **Resume**

[ ] 5. **Original Transcript(s)**

[ ] 6. **Letters of Recommendation (3)**

[ ] 7. **Affirmative Action Monitoring Report (copy)**

[ ] 8. **Background Check**

NAME: *Steven D. Murray*                                    FOLDER NO.: 2

POSITION: Instructor/Assistant Professor
Business Department, All CCRI Campuses          #BL  1309

How does candidate's educational qualifications compare with the educational requirements stated on the job description?

_____ Does not meet minimum requirements
_____ Meets minimum requirements
_____ Exceeds minimum requirements
___✓___ Outstanding educational qualifications

How does candidate's experience compare with the requirements stated on the job description?

_____ Does not meet minimum requirements
_____ Meets minimum requirements
_____ Exceeds minimum requirements
___✓___ Outstanding qualifications

Was candidate invited for an interview?

_____ No
___✓___ Yes
_____ Yes, but did not show
_____ Yes, but did not respond to our letter inviting him/her for an interview

If candidate was interviewed, what was the result of the interview?

___✓___ Candidate was selected as a finalist
_____ Candidate was not selected for further consideration

_____ Check here if candidate did not submit names, addresses, and tel. #'s of  3 references
_____ Check here if candidate did not submit transcripts

_____ Check here if candidate withdrew his/her candidacy

_____          _____
Dr. Joseph R. Gary                                         2/23/93
Chairperson of Search Committee                         Date

COMMUNITY COLLEGE
OF RHODE ISLAND
PERSONNEL OFFICE

Jul 9  1 42 PM '93

████████████
Narragansett, RI  02882
July 9, 1993

Office of Personnel Services
Community College of Rhode Island
400 East Avenue
Warwick, RI  02886-1807

**HAND DELIVERED**

Re:      File No. BL1309
         Assistant Professor- Business Department

Dear Sir/Madam:

   I am writing to apply for the above-referenced faculty
position.  As my enclosed resume indicates, I have been a
part-time faculty member, in the Business Department, since
1990.  Likewise, I have been a part-time faculty member at
Johnson & Wales University since 1991.  I have taught
approximately 32 college courses over the last three years in
Business Law and Criminal Law.  I have greatly enjoyed my
teaching experience, and I have decided that my career goal is
to be a full-time educator.

   As my resume indicates, I possess all of the qualifications
listed in the "Notice of Faculty Vacancy."  The Business Law
courses I have taught at Johnson & Wales University include
coverage of Real Estate Law and Commercial Law.  My experience
as a criminal prosecutor for the last six years and as a civil
litigator for two years, has given me a clear understanding of
how the criminal and civil legal systems function, and I have
been able to incorporate a great deal of my practical
experiences from this work into the teaching of my courses.

   I have ordered my official college and law school
transcripts from Boston College and asked that they be forwarded
to you.  I have also enclosed a list of three references.  If
there is any other information you need, please do not hesitate
to contact me.

                              Very truly yours,


                              Steven D. Murray, Esq.

Enclosures

White - President
Green - Vice President
Yellow - Personnel
Pink - Dean
Goldenrod - Department

# COMMUNITY COLLEGE OF RHODE ISLAND
## FACULTY APPOINTMENT RECOMMENDATION FORM

Date _____

| SECTION A |
|---|

**NAME OF RECOMMENDED CANDIDATE**

Steven D. Murray

**SOCIAL SECURITY NUMBER**

| ADDRESS: | Street | City | State | Zip | HOME TELEPHONE |
|---|---|---|---|---|---|
| | | Narragansett | RI | 02882 | |

| DEPARTMENT: | CAMPUS: | Knight | Flanagan | Other |
|---|---|---|---|---|
| Bus Mgmt | | ☐ | ☐ | ☐ |

**PROPOSED STARTING DATE:**

Fall Semester, 1993

**REVIEWED BY AFFIRMATIVE ACTION:** ☐

| SECTION B |
|---|

**EMPLOYMENT STATUS: (check one in each column)**

☒ Permanent        ☒ Fulltime        ☒ Academic Year

☐ Temporary        ☐ Halftime        ☐ Academic Year +15%

_____        ☐ Other        ☐ Calendar Year
DURATION OF APPOINTMENT

| SECTION C |
|---|

**POSITION STATUS:**

☐ New Position        ☒ Replacement        Frank Richardson
                                            (name of employee replaced)

Who is on:    ☐ Sabbatical Leave        ☒ retired

              ☐ Leave without Pay        ☐ Other

              ☐ Has terminated

| SECTION D |
|---|

RECOMMENDED: _____ Vice President for Academic Affairs        _____ DATE

APPROVED: _____ President:        _____ DATE

| SOURCE OF FUNDING: |
|---|
| (to be completed if candidate accepts offer) |

| RANK: | BASE SALARY: | EFFECTIVE DATE: | |
|---|---|---|---|
| Assistant Professor | $30,737 | Fall Semester, 1993 | ☐ UNRESTRICTED |
| | | | ☐ RESTRICTED |

| ACCOUNT NO(S). TO BE CHARGED | | |
|---|---|---|
| 1st | 2nd | 3rd |

If the person recommended for the vacancy refuses the offer of employment, an amended form will be initiated by
the office of the Vice President for Academic Affairs.

# REFERENCES

Robert E. Craven, Esq.
WYNN & WYNN
One Citizens Plaza
Suite 620
Providence, RI  02903
(401) 453-5500


Terrence Burgess (Retired Lieutenant from the Rhode Island State Police)
D. B. Kelly Associates, Inc.
89 Jefferson Boulevard
Warwick, RI  02888
(401) 461-9800


David Miele, Esq.
EDWARDS & ANGELL
Hospital Trust Tower
Providence, RI  02903
(401) 274-9200

White - President
Green - Vice President
Yellow - Personnel
Pink - Dean
Goldenrod - Department

# COMMUNITY COLLEGE OF RHODE ISLAND
## FACULTY APPOINTMENT RECOMMENDATION FORM

Date 8 /10 / 93

### SECTION A

NAME OF RECOMMENDED CANDIDATE

Steven D. Murray

SOCIAL SECURITY NUMBER

[redacted]

| ADDRESS: | Street | City | State | Zip | HOME TELEPHONE |
|---|---|---|---|---|---|
| [redacted] | | Narragansett | RI | 02882 | [redacted] |

DEPARTMENT:
Business

CAMPUS:  Knight [x]  Flanagan [ ]  Other [ ]

PROPOSED STARTING DATE:

Fall Semester, 1993

REVIEWED BY AFFIRMATIVE ACTION: [x]

### SECTION B

EMPLOYMENT STATUS: (check one in each column)

[x] Permanent

[x] Fulltime

[x] Academic Year

[ ] Temporary

[ ] Halftime

[ ] Academic Year +15%

DURATION OF APPOINTMENT

[ ] Other

[ ] Calendar Year

### SECTION C

POSITION STATUS:

[ ] New Position     [x] Replacement     Frank Richardson
(name of employee replaced)

Who is on:  [ ] Sabbatical Leave     [x] retired

[ ] Leave without Pay     [ ] Other

[ ] Has terminated

### SECTION D

RECOMMENDED: _____ Vice President for Academic Affairs     8/10/93 DATE

APPROVED: _____ President:     8/11/93 DATE

### SOURCE OF FUNDING:
(to be completed if candidate accepts offer)

| RANK: | BASE SALARY: | EFFECTIVE DATE: | |
|---|---|---|---|
| | 30,737 | | [ ] UNRESTRICTED  [ ] RESTRICTED |

ACCOUNT NO(S). TO BE CHARGED

| 1st | 2nd | 3rd |
|---|---|---|
| | | |

If the person recommended for the vacancy refuses the offer of employment, an amended form will be initiated by
the office of the Vice President for Academic Affairs.

# STEVEN D. MURRAY

Narragansett, RI 02882

**EDUCATION**

**BOSTON COLLEGE LAW SCHOOL**, Newton Centre, MA
Juris Doctor, May 1985
Participant in Legal Assistance Bureau

**BOSTON COLLEGE**, Chestnut Hill, MA
Bachelor of Arts, Political Science, May 1982
*Magna Cum Laude*

**EMPLOYMENT**

**DEPARTMENT OF ATTORNEY GENERAL,** Providence, RI
July 1991 to the present.  Special Assistant Attorney General, Special Prosecution Unit.  Conduct grand jury investigations and prosecute to trial high profile white collar and public corruption criminal cases, including:  a state representative for fraud;  attorneys for defalcations;  and credit union officials for fraud.  Supervise a team of investigators assigned to probe the collapse of privately insured credit unions.

October 1987 to July 1991.  Special Assistant Attorney General, Criminal Division.  Conducted grand jury presentations and prosecuted capital (including homicides) and non-capital felony cases in Superior Court, including over 17 jury trials to verdict.  Prepared briefs and argued appellate matters before the Rhode Island Supreme Court.  Investigated and prosecuted white collar criminal matters, including a complex investigation of criminal activity involving aspects of international law.

**ROBERTS, CARROLL, FELDSTEIN & TUCKER,** Providence, RI
September 1985 to October 1987.  Litigation Associate.
Conducted all phases of civil litigation.  Areas of experience included:  complex asbestos related personal injury and property damage cases;  personal injury;  medical malpractice;  breach of contracts;  products liability;  and employment law.  Additionally, practiced in the corporate law area gaining experience in preparation of general corporate documents, employment agreements and stock redemption agreements.

**HALE, SANDERSON, BYRNES & MORTON,** Boston, MA
Spring 1984.  Law Clerk.  Researched legal issues and prepared pleadings, discovery documents and memoranda.

**JOHNSON & WALES UNIVERSITY,** Providence, RI
September 1991 to the present.  Adjunct faculty member, Department of Business.  Instruct courses in Business Law, Contracts and Sales, Torts and Criminal Law.

**COMMUNITY COLLEGE OF RHODE ISLAND,** Warwick, RI
September 1990 to the present.  Adjunct faculty member, Department of Business.  Instruct courses in Criminal Law, Administration of Justice, Law of Business Organizations, Constitutional Law and Evidence.

**BAR ADMISSIONS**

Rhode Island -1985
United States District Court of Rhode Island - 1986
Massachusetts - 1992

**REFERENCES**

Available upon request.

## REFERENCES

Robert E. Craven, Esq.
WYNN & WYNN
One Citizens Plaza
Suite 620
Providence, RI   02903
(401) 453-5500

Terrence Burgess (Retired Lieutenant from the Rhode Island State Police)
D. B. Kelly Associates, Inc.
89 Jefferson Boulevard
Warwick, RI   02888
(401) 461-9800

David Miele, Esq.
EDWARDS & ANGELL
Hospital Trust Tower
Providence, RI   02903
(401) 274-9200

White - President
Green - Vice President
Yellow - Personnel
Pink - Dean
Goldenrod - Department

# COMMUNITY COLLEGE OF RHODE ISLAND
## FACULTY APPOINTMENT RECOMMENDATION FORM

Date  8 / 10 / 93

| SECTION A | | | | | | |
|---|---|---|---|---|---|---|
| **NAME OF RECOMMENDED CANDIDATE** Steven D. Murray | | | | **SOCIAL SECURITY NUMBER** ▉ | | |
| **ADDRESS:** Street ▉ | | **City** Narragansett | **State** RI | **Zip** 02882 | **HOME TELEPHONE** ▉ | |
| **DEPARTMENT:** Business | | **CAMPUS:** Knight [X] | | Flanagan [ ] | Other [ ] | |
| **PROPOSED STARTING DATE:** Fall Semester, 1993 | | **REVIEWED BY AFFIRMATIVE ACTION:** [x] | | | | |

| SECTION B |
|---|

**EMPLOYMENT STATUS:** (check one in each column)

| | | |
|---|---|---|
| [x] Permanent | [x] Fulltime | [x] Academic Year |
| [ ] Temporary | [ ] Halftime | [ ] Academic Year +15% |
| DURATION OF APPOINTMENT | [ ] Other | [ ] Calendar Year |

| SECTION C |
|---|

**POSITION STATUS:**

[ ] New Position        [x] Replacement        Frank Richardson
(name of employee replaced)

Who is on:   [ ] Sabbatical Leave        [x] retired

[ ] Leave without Pay        [ ] Other

[ ] Has terminated

| SECTION D |
|---|

RECOMMENDED: _[signature]_ Vice President for Academic Affairs        8/10/93 DATE

APPROVED: _[signature]_ President:        8/11/93 DATE

| SOURCE OF FUNDING: |
|---|
| (to be completed if candidate accepts offer) |

| **RANK:** Assistant Professor | **BASE SALARY:** $30,737 | **EFFECTIVE DATE:** Fall Semester, 1993 | [x] UNRESTRICTED [ ] RESTRICTED |
|---|---|---|---|
| **ACCOUNT NO(S). TO BE CHARGED** 1st 201003-250 | 2nd | 3rd | |

If the person recommended for the vacancy refuses the offer of employment, an amended form will be initiated by the office of the Vice President for Academic Affairs.

## STEVEN D. MURRAY

Narragansett, RI 02882

| | |
|---|---|
| **EDUCATION** | **BOSTON COLLEGE LAW SCHOOL**, Newton Centre, MA<br>Juris Doctor, May 1985<br>Participant in Legal Assistance Bureau<br><br>**BOSTON COLLEGE**, Chestnut Hill, MA<br>Bachelor of Arts, Political Science, May 1982<br>*Magna Cum Laude* |
| **EMPLOYMENT** | **DEPARTMENT OF ATTORNEY GENERAL**, Providence, RI<br>July 1991 to the present.  Special Assistant Attorney General, Special Prosecution Unit.  Conduct grand jury investigations and prosecute to trial high profile white collar and public corruption criminal cases, including:  a state representative for fraud;  attorneys for defalcations;  and credit union officials for fraud.  Supervise a team of investigators assigned to probe the collapse of privately insured credit unions.<br><br>October 1987 to July 1991.  Special Assistant Attorney General, Criminal Division.  Conducted grand jury presentations and prosecuted capital (including homicides) and non-capital felony cases in Superior Court, including over 17 jury trials to verdict.  Prepared briefs and argued appellate matters before the Rhode Island Supreme Court.  Investigated and prosecuted white collar criminal matters, including a complex investigation of criminal activity involving aspects of international law.<br><br>**ROBERTS, CARROLL, FELDSTEIN & TUCKER**, Providence, RI<br>September 1985 to October 1987.  Litigation Associate.<br>Conducted all phases of civil litigation.  Areas of experience included:  complex asbestos related personal injury and property damage cases; personal injury; medical malpractice; breach of contracts; products liability; and employment law.  Additionally, practiced in the corporate law area gaining experience in preparation of general corporate documents, employment agreements and stock redemption agreements.<br><br>**HALE, SANDERSON, BYRNES & MORTON**, Boston, MA<br>Spring 1984.  Law Clerk.  Researched legal issues and prepared pleadings, discovery documents and memoranda.<br><br>**JOHNSON & WALES UNIVERSITY**, Providence, RI<br>September 1991 to the present.  Adjunct faculty member, Department of Business.  Instruct courses in Business Law, Contracts and Sales, Torts and Criminal  Law.<br><br>**COMMUNITY COLLEGE OF RHODE ISLAND**, Warwick, RI<br>September 1990 to the present.  Adjunct faculty member, Department of  Business.  Instruct courses in Criminal Law, Administration of Justice, Law of Business Organizations, Constitutional Law and Evidence. |
| **BAR ADMISSIONS** | Rhode Island -1985<br>United States District Court of Rhode Island - 1986<br>Massachusetts - 1992 |
| **REFERENCES** | Available upon request. |

## REFERENCES


Robert E. Craven, Esq.
WYNN & WYNN
One Citizens Plaza
Suite 620
Providence, RI  02903
(401) 453-5500


Terrence Burgess (Retired Lieutenant from the Rhode Island State Police)
D. B. Kelly Associates, Inc.
89 Jefferson Boulevard
Warwick, RI  02888
(401) 461-9800


David Miele, Esq.
EDWARDS & ANGELL
Hospital Trust Tower
Providence, RI  02903
(401) 274-9200

# STEVEN D. MURRAY

Narragansett, RI 02882

| | |
|---|---|
| **EDUCATION** | **BOSTON COLLEGE LAW SCHOOL**, Newton Centre, MA<br>Juris Doctor, May 1985<br>Participant in Legal Assistance Bureau<br><br>**BOSTON COLLEGE**, Chestnut Hill, MA<br>Bachelor of Arts, Political Science, May 1982<br>*Magna Cum Laude* |
| **EMPLOYMENT** | **DEPARTMENT OF ATTORNEY GENERAL**, Providence, RI<br>July 1991 to the present.  Special Assistant Attorney General, Special Prosecution Unit.  Conduct grand jury investigations and prosecute to trial high profile white collar and public corruption criminal cases, including:  a state representative for fraud; attorneys for defalcations; and credit union officials for fraud.  Supervise a team of investigators assigned to probe the collapse of privately insured credit unions.<br><br>October 1987 to July 1991.  Special Assistant Attorney General, Criminal Division.  Conducted grand jury presentations and prosecuted capital (including homicides) and non-capital felony cases in Superior Court, including over 17 jury trials to verdict.  Prepared briefs and argued appellate matters before the Rhode Island Supreme Court.  Investigated and prosecuted white collar criminal matters, including a complex investigation of criminal activity involving aspects of international law.<br><br>**ROBERTS, CARROLL, FELDSTEIN & TUCKER**, Providence, RI<br>September 1985 to October 1987.  Litigation Associate.<br>Conducted all phases of civil litigation. Areas of experience included:  complex asbestos related personal injury and property damage cases; personal injury; medical malpractice; breach of contracts; products liability; and employment law.  Additionally, practiced in the corporate law area gaining experience in preparation of general corporate documents, employment agreements and stock redemption agreements.<br><br>**HALE, SANDERSON, BYRNES & MORTON**, Boston, MA<br>Spring 1984. Law Clerk.  Researched legal issues and prepared pleadings, discovery documents and memoranda.<br><br>**JOHNSON & WALES UNIVERSITY**, Providence, RI<br>September 1991 to the present.  Adjunct faculty member, Department of Business.  Instruct courses in Business Law, Contracts and Sales, Torts and Criminal Law.<br><br>**COMMUNITY COLLEGE OF RHODE ISLAND**, Warwick, RI<br>September 1990 to the present.  Adjunct faculty member, Department of Business.  Instruct courses in Criminal Law, Administration of Justice, Law of Business Organizations, Constitutional Law and Evidence. |
| **BAR ADMISSIONS** | Rhode Island -1985<br>United States District Court of Rhode Island - 1986<br>Massachusetts - 1992 |
| **REFERENCES** | Available upon request. |

**BOSTON COLLEGE**
Office of the University Registrar
Chestnut Hill, MA 02167

1) **Reason for request** (check one):
☐ Job Application
☐ Grad School Application
☐ Transfer Application
☐ Scholarship Application
☐ Other

2) **Currently enrolled at BC?** (check one):
☐ Yes   ☐ No

**If yes, check class:** ☐ Fresh.  ☐ Soph.  ☐ Jr.
☐ Sr.   ☐ Grad  ☐ Special Student

3) **Check the Boston College School(s) Attending or Attended:**

UNDERGRADUATE:
☒ Arts & Sciences  01   8 3
☐ Education  09
☐ Evening  05
☐ Management  07
☐ Nursing  08
☐ Newton College of the Sacred Heart
☐ Summer  00

GRADUATE:
☐ Grad Arts & Sciences  02
☐ Grad Education  02
☐ Grad Nursing 02
☒ Law  04
☐ Social Work  06
☐ Grad Management  11
☐ Weston

4) **Dates Attended:** _____ month/year   to _____ month/year

**Degree Received** (if applicable): _____

5) **I wish this transcript to be:**
☐ Sent immediately
☐ Held for:
   ☐ Current term grade Label
   ☐ Degree posted
   ☐ NCATE/CC labels

**SIGNATURE:** _____

*(We cannot process this request without the requestor's signature)*

---

**Academic Transcript Request**

**FEES: $2.00 per copy; SAME DAY Service: $5.00 additional charge**

Please complete the information below and to the right. Be sure to include your signature.
This form will be used in a window envelope; applicant is responsible for correct addresses.

**7/12/93**
Today's Date

MURRAY, STEVEN D.
Last Name        First Name        M.I.        (Maiden and/or Other)

_____
Social Security Number (BCID)

_____
Number and Street

NARRAGANSETT, R.I.   02882
City                 State        Zip Code

PLEASE
SEND
THIS
TRANSCRIPT
TO:

OFFICE OF PERSONNEL SERVICES
COMMUNITY COLLEGE OF RHODE ISLAND
400 EAST AVENUE
WARWICK, RI 02886-1807

| **REGISTRAR'S USE ONLY** | | | | | |
|---|---|---|---|---|---|
| No. of Copies to Above | Transcript Fees: $2.00 each Rush = add $5.00 | Total Charge | Paid | Not Paid | Please Remit |
| 2 | | $ 9 | pd | | |

Date Mailed  7/12

# BOSTON COLLEGE
CHESTNUT HILL, MASSACHUSETTS 02167

**ACADEMIC RECORD**

| NAME | STUDENT NO. | SCHOOL ATTENDED |
|---|---|---|
| STEVEN D MURRAY | ██████ | LA SALLE ACADEMY |

| ADDRESS ON ADMITTANCE | | ADMITTED TO |
|---|---|---|
| ██████ RUMFORD | RI 02916 | COLLEGE OF ARTS & SCIENCES |

| DEGREE CONFERRED AND DATE | CONCENTRATION | DATE OF BIRTH |
|---|---|---|
| BA MAGNA CUM LAUDE MAY 24, 1982 | POLITICAL SCIENCE | |

| COURSE NO. | TITLE | CREDIT | GRADE |
|---|---|---|---|
| | **FIRST SEMESTER 1978-1979** | | |
| EN013 | STUDY OF LITERATURE | 3 | C+ |
| PL070 | PHILOSOPHY OF THE PER I | 3 | B |
| HS023 | SOC & CUL HS OF EUROPE | 3 | B- |
| PO041 | FUND CONC OF POL SCI I | 3 | C+ |
| MT174 | CALC FOR MGMT SCI I | 3 | A |
| | **SECOND SEMESTER 1978-1979** | | |
| EN014 | STUDY OF LITERATURE | 3 | B+ |
| HS024 | SOC & CUL HS OF EUROPE | 3 | B+ |
| MT175 | CALC FOR MGMT SCI II | 3 | B |
| PL070 | PHILOSOPHY OF THE PER II | 3 | B |
| PO042 | FUND CONC OF POL SCI | 3 | B- |
| | SEM 3.066  CUM 2.966  RANK 646/1250 | | |
| | **FIRST SEMESTER 1979-1980** | | |
| PO413 | POL DEVEL & MODERNIZATION | 3 | A- |
| PO411 | GOVERN & POLITICS CHINA | 3 | A |
| TH172 | FOUR GOSPELS | 3 | B |
| EC132 | PRINCIPLES OF ECON-MACRO | 3 | B+ |
| RL001 | ELEMENTARY FRENCH I | 3 | A |
| | SEM 3.600  CUM 3.177  RANK 480/1246 | | |
| | **SECOND SEMESTER 1979-1980** | | |
| EC131 | PRINCIPLES OF ECON-MICRO | 3 | B+ |
| TH212 | CHURCH IN THE WORLD | 3 | B |
| PO302 | AMERICAN NATIONAL GOVERN | 3 | A- |
| PO604 | PROBLEMS LIBERAL SOCIETY | 3 | B+ |
| RL002 | ELEM FRENCH II | 3 | B+ |
| | SEM PTS 49.98  CRDS 15  AVE 3.332 | | |
| | CUM PTS 192.96  CRDS 60  AVE 3.216 | | |

| COURSE NO. | TITLE | CREDIT | GRADE |
|---|---|---|---|
| | **FIRST SEMESTER 1980-1981 A&S** | | |
| TH272 | NATURE/DIGNITY/DEST PRSN | 3 | A- |
| PO405 | POLITICS WESTERN EUROPE | 3 | B |
| SC041 | RACE RELATIONS | 3 | A- |
| PO317 | THE AMERICAN PRESIDENCY | 3 | A- |
| EC201 | MICROECONOMIC THEORY | 3 | B+ |
| | SEM PTS 52.02  CRDS 15  AVE 3.468 | | |
| | CUM PTS 244.98  CRDS 75  AVE 3.266 | | |
| | **SECOND SEMESTER 1980-1981 A&S** | | |
| PO406 | POL OF WESTERN EUROPE | 3 | B+ |
| PO338 | JUDICIAL PROCESS | 3 | A- |
| SC001 | INTRODUCTORY SOCIOLOGY | 3 | A- |
| HS184 | U S MILITARY HISTORY | 3 | B- |
| MB110 | PERSONNEL MANAGEMENT | 3 | A- |
| | SEM PTS 51.03  CRDS 15  AVE 3.402 | | |
| | CUM PTS 296.01  CRDS 90  AVE 3.289 | | |
| | **FIRST SEMESTER 1981-1982 A&S** | | |
| PO345 | POLITICAL SOCIALIZATION | 3 | A |
| PO509 | THE LEGISLATIVE PROCESS | 3 | A |
| PO355 | INTERNSHIP SEMINAR | 6 | A- |
| | SEM PTS 46.02  CRDS 12  AVE 3.835 | | |
| | CUM PTS 342.03  CRDS 102  AVE 3.353 | | |
| | **SECOND SEMESTER 1981-1982 A&S** | | |
| MJ021 | LAW I - INTRO TO LAW | 3 | B |
| PO348 | POL AND THE MEDIA | 3 | B+ |
| PO524 | THE UNITED NATIONS | 3 | A |
| HS248 | AMERICAN CIVIL WAR | 3 | A- |
| | SEM PTS 42.00  CRDS 12  AVE 3.500 | | |
| | CUM PTS 384.03  CRDS 114  AVE 3.369 | | |

01 82 MURRAY, STEVEN D ██████

01 82 MURRAY, STEVEN D ██████

REMARKS

COMMUNITY OF RHODE ISLAND
OF PERSONNEL OFFICE
JUL 12 1993

SIGNATURE

JUL 12 1993

DATE

**Official Transcript When Signed And Sealed**

# BOSTON COLLEGE

CHESTNUT HILL, MASSACHUSETTS 02167

**ACADEMIC RECORD**

| NAME | STUDENT NO. | SCHOOL ATTENDED |
|---|---|---|
| STEVEN D MURRAY | | |

| ADDRESS ON ADMITTANCE | | ADMITTED TO |
|---|---|---|
| RUMFORD | RI 02916 | LAW SCHOOL |

| DEGREE CONFERRED AND DATE | CONCENTRATION | DATE OF BIRTH |
|---|---|---|
| J.D. MAY 20, 1985 | | |

| COURSE NO. | TITLE | CREDIT | GRADE |
|---|---|---|---|

FIRST SEMESTER  1982-1983 LAW
LL702 CONSTITUTIONAL LAW          3  B-
SEM PTS   8.01  CRDS   3  AVE 2.670
CUM PTS   8.01  CRDS   3  AVE 2.670

SECOND SEMESTER 1982-1983 LAW
LL998 CIVIL PROCEDURE             6  B-
LL705 CONTRACTS                   6  B-
LL702 CONSTITUTIONAL LAW          3  B+
LL709 PROPERTY                    6  B+
LL719 TORTS                       6  B-
LL796 LEGAL RESEARCH & WRITING    3  B
SEM PTS  87.03  CRDS  30  AVE 2.901
CUM PTS  95.04  CRDS  33  AVE 2.880

FIRST SEMESTER  1983-1984 LAW
LL754 CRIMINAL PROCEDURE          3  B+
LL996 EVIDENCE                    3  B-
LL934 FEDERAL INCOME TAXATION     4  C+
LL750 CORPORATIONS                3  C
SEM PTS  33.32  CRDS  13  AVE 2.563
CUM PTS 128.36  CRDS  46  AVE 2.790

SECOND SEMESTER 1983-1984 LAW
LL774 SECURITIES REGULATION       3  B
LL955 PROFESS RESPONSIBILITY      2  B
LL771 REGS OF PROF ATHLETICS      3  B
LL923 COMMERCIAL LAW              3  B-
LL731 ADMINISTRATIVE LAW          3  B-
SEM PTS  40.02  CRDS  14  AVE 2.859
CUM PTS 168.38  CRDS  60  AVE 2.806

04 85 MURRAY,STEVEN D

FIRST SEMESTER  1984-1985 LAW
LL804 FEDERAL COURTS              3  B-
LL814 TRUSTS & ESTATES (SEC.2)    3  C-
LL978 LAWYERING PROCESS-INTRO     6  B-
LL979 LAWYERING PROC-INTRO/CLAS   3  B-
SEM PTS  37.05  CRDS  15  AVE 2.470
CUM PTS 205.43  CRDS  75  AVE 2.739

SECOND SEMESTER 1984-1985 LAW
LL747 FAMILY LAW                  3  B-
LL741 CRIMINAL LAW                3  B+
LL761 LAND FINANCE                2  C+
LL739 CONFLICTS OF LAW            3  C+
LL815 TRUSTS & ESTATES II         AUDIT
SEM PTS  29.65  CRDS  11  AVE 2.695
CUM PTS 235.08  CRDS  86  AVE 2.733

04 85 MURRAY,STEVEN D

COMMUNITY COLLEGE OF RHODE ISLAND PERSONNEL OFFICE
Jul 12 07 1993

REMARKS

| SIGNATURE |
|---|
| *[signature]* |

DATE  JUL 12 1993

**Official Transcript When Signed And Sealed**

# BOSTON COLLEGE

CHESTNUT HILL, MASSACHUSETTS 02167

**ACADEMIC RECORD**

| NAME | STUDENT NO. | SCHOOL ATTENDED |
|---|---|---|
| STEVEN D MURRAY | | LA SALLE ACADEMY |

| ADDRESS ON ADMITTANCE | | ADMITTED TO |
|---|---|---|
| RUMFORD | RI 02916 | COLLEGE OF ARTS & SCIENCES |

| DEGREE CONFERRED AND DATE | CONCENTRATION | DATE OF BIRTH |
|---|---|---|
| BA MAGNA CUM LAUDE MAY 24, 1982 | POLITICAL SCIENCE | |

| COURSE NO. | TITLE | CREDIT GRADE |
|---|---|---|

### FIRST SEMESTER 1978-1979

| COURSE NO. | TITLE | CREDIT | GRADE |
|---|---|---|---|
| EN013 | STUDY OF LITERATURE | 3 | C+ |
| PL070 | PHILOSOPHY OF THE PER I | 3 | B |
| HS023 | SOC & CUL HS OF EUROPE | 3 | B- |
| PO041 | FUND CONC OF POL SCI | 3 | C+ |
| MT174 | CALC FOR MGMT SCI I | 3 | A |

### SECOND SEMESTER 1978-1979

| EN014 | STUDY OF LITERATURE | 3 | B+ |
|---|---|---|---|
| HS024 | SOC & CUL HS OF EUROPE | 3 | B+ |
| MT175 | CALC FOR MGMT SCI II | 3 | B |
| PL070 | PHILOSOPHY OF THE PER II | 3 | B |
| PO042 | FUND CONC OF POL SCI | 3 | B- |

SEM 3.066    CUM 2.966    RANK 646/1250

### FIRST SEMESTER 1979-1980

| PO413 | POL DEVEL & MODERNIZATION | 3 | A- |
|---|---|---|---|
| PO411 | GOVERN & POLITICS CHINA | 3 | A |
| TH172 | FOUR GOSPELS | 3 | B |
| EC132 | PRINCIPLES OF ECON-MACRO | 3 | B+ |
| RL001 | ELEMENTARY FRENCH I | 3 | A |

SEM 3.600    CUM 3.177    RANK 480/1246

### SECOND SEMESTER 1979-1980

| EC131 | PRINCIPLES OF ECON-MICRO | 3 | B+ |
|---|---|---|---|
| TH212 | CHURCH IN THE WORLD | 3 | B |
| PO302 | AMERICAN NATIONAL GOVERN | 3 | A- |
| PO604 | PROBLEMS LIBERAL SOCIETY | 3 | B+ |
| RL002 | ELEM FRENCH II | 3 | B+ |

SEM PTS 49.98    CRDS 15    AVE 3.332
CUM PTS 192.96    CRDS 60    AVE 3.216

01 82 MURRAY, STEVEN D

### FIRST SEMESTER 1980-1981 A&S

| TH272 | NATURE/DIGNITY/DEST PRSN | 3 | A- |
|---|---|---|---|
| PO405 | POLITICS WESTERN EUROPE | 3 | B |
| SC041 | RACE RELATIONS | 3 | A- |
| PO317 | THE AMERICAN PRESIDENCY | 3 | A- |
| EC201 | MICROECONOMIC THEORY | 3 | B+ |

SEM PTS 52.02    CRDS 15    AVE 3.468
CUM PTS 244.98    CRDS 75    AVE 3.266

### SECOND SEMESTER 1980-1981 A&S

| PO406 | POL OF WESTERN EUROPE | 3 | B+ |
|---|---|---|---|
| PO338 | JUDICIAL PROCESS | 3 | A- |
| SC001 | INTRODUCTORY SOCIOLOGY | 3 | A- |
| HS184 | U S MILITARY HISTORY | 3 | B- |
| MB110 | PERSONNEL MANAGEMENT | 3 | A- |

SEM PTS 51.03    CRDS 15    AVE 3.402
CUM PTS 296.01    CRDS 90    AVE 3.289

### FIRST SEMESTER 1981-1982 A&S

| PO345 | POLITICAL SOCIALIZATION | 3 | A |
|---|---|---|---|
| PO309 | THE LEGISLATIVE PROCESS | 3 | A |
| PO355 | INTERNSHIP SEMINAR | 6 | A |

SEM PTS 48.02    CRDS 12    AVE 3.835
CUM PTS 342.03    CRDS 102    AVE 3.353

### SECOND SEMESTER 1981-1982 A&S

| MJ021 | LAW I - INTRO TO LAW | 3 | B |
|---|---|---|---|
| PO348 | POL AND THE MEDIA | 3 | B+ |
| PO524 | THE UNITED NATIONS | 3 | A |
| HS248 | AMERICAN CIVIL WAR | 3 | A- |

SEM PTS 42.00    CRDS 12    AVE 3.500
CUM PTS 384.03    CRDS 114    AVE 3.369

01 82 MURRAY, STEVEN D

| REMARKS | SIGNATURE |
|---|---|
| | UNIVERSITY REGISTRAR |
| | DATE |
| | JUL 12 1993 |

**Official Transcript When Signed And Sealed**

# BOSTON COLLEGE

CHESTNUT HILL, MASSACHUSETTS 02167

**ACADEMIC RECORD**

| NAME | STUDENT NO. | SCHOOL ATTENDED |
|------|-------------|-----------------|
| STEVEN D MURRAY | ███ | |

| ADDRESS ON ADMITTANCE | | ADMITTED TO |
|-----------------------|--|-------------|
| RUMFORD | RI 02916 | LAW SCHOOL |

| DEGREE CONFERRED AND DATE | CONCENTRATION | DATE OF BIRTH |
|---------------------------|---------------|---------------|
| J.D. MAY 20, 1985 | | ███ |

| COURSE NO. | TITLE | CREDIT | GRADE |
|------------|-------|--------|-------|

**FIRST SEMESTER 1982-1983 LAW**

| | | | |
|--|--|--|--|
| LL702 | CONSTITUTIONAL LAW | 3 | B- |

SEM PTS 8.01 CRDS 3 AVE 2.670
CUM PTS 8.01 CRDS 3 AVE 2.670

**SECOND SEMESTER 1982-1983 LAW**

| | | | |
|--|--|--|--|
| LL998 | CIVIL PROCEDURE | 6 | B- |
| LL705 | CONTRACTS | 6 | B- |
| LL702 | CONSTITUTIONAL LAW | 3 | B+ |
| LL709 | PROPERTY | 6 | B+ |
| LL719 | TORTS | 6 | B- |
| LL796 | LEGAL RESEARCH & WRITING | 3 | B |

SEM PTS 87.03 CRDS 30 AVE 2.901
CUM PTS 95.04 CRDS 33 AVE 2.880

**FIRST SEMESTER 1983-1984 LAW**

| | | | |
|--|--|--|--|
| LL754 | CRIMINAL PROCEDURE | 3 | B+ |
| LL996 | EVIDENCE | 3 | B- |
| LL934 | FEDERAL INCOME TAXATION | 4 | C+ |
| LL750 | CORPORATIONS | 3 | C |

SEM PTS 33.32 CRDS 13 AVE 2.563
CUM PTS 128.36 CRDS 46 AVE 2.790

**SECOND SEMESTER 1983-1984 LAW**

| | | | |
|--|--|--|--|
| LL774 | SECURITIES REGULATION | 3 | B |
| LL955 | PROFESS RESPONSIBILITY | 2 | B |
| LL771 | REGS OF PROF ATHLETICS | 3 | B |
| LL923 | COMMERCIAL LAW | 3 | B- |
| LL731 | ADMINISTRATIVE LAW | 3 | B- |

SEM PTS 40.02 CRDS 14 AVE 2.859
CUM PTS 168.38 CRDS 60 AVE 2.806

04 85 MURRAY,STEVEN D     ███

COMMUNITY COLLEGE
OF RHODE ISLAND
PERSONNEL
04 85 PTS 83
12 07
Jul 14

**FIRST SEMESTER 1984-1985 LAW**

| | | | |
|--|--|--|--|
| LL804 | FEDERAL COURTS | 3 | B- |
| LL814 | TRUSTS & ESTATES (SEC.2) | 3 | C- |
| LL978 | LAWYERING PROCESS-INTRO | 6 | B- |
| LL979 | LAWYERING PROC-INTRO/CLAS | 3 | B- |

SEM PTS 37.05 CRDS 15 AVE 2.470
CUM PTS 205.43 CRDS 75 AVE 2.739

**SECOND SEMESTER 1984-1985 LAW**

| | | | |
|--|--|--|--|
| LL747 | FAMILY LAW | 3 | B- |
| LL741 | CRIMINAL LAW | 3 | B+ |
| LL761 | LAND FINANCE | 2 | C+ |
| LL739 | CONFLICTS OF LAW | 3 | C+ |
| LL815 | TRUSTS & ESTATES II | | AUDIT |

SEM PTS 29.65 CRDS 11 AVE 2.695
CUM PTS 235.08 CRDS 86 AVE 2.733

04 85 MURRAY,STEVEN D     ███

| REMARKS | SIGNATURE |
|---------|-----------|
| | |

DATE JUL 12 1995

**Official Transcript When Signed And Sealed**

TR-1 1/15/96 (Revised)

**COMMUNITY COLLEGE OF RHODE ISLAND**

**OUT-OF-STATE TRAVEL REQUEST FORM**
and
**REQUEST FOR CONFERENCE FEE PAYMENT FORM**

APPROVAL NUMBER:

DATE: *Nov. 13, 1998*

NAME OF DEPT. CHARGED: *Criminal Justice + Legal Studies*

6-DIGIT ACCT. NUMBER: *231820*

BUDGET ACCT. BALANCE:

Approval is requested for the travel indicated below:

NAME: *Steven D. Murray*     TITLE: *Assistant Professor*

DESTINATION: *Providence*     *Rhode Island*
　　　　　　　　　CITY　　　　　　　　　STATE

PURPOSE OF TRAVEL: *Seminar — Faust Rossi on Expert Witnesses*

JUSTIFICATION: *I teach Law of Evidence. One of the most difficult parts of this area of the law, deal with expert witnesses. This seminar will help my understanding and ability to teach these difficult concepts.*

PERIOD COVERED:

FROM: *11/20/98*  *8:30 Am*   TO: *11/20/98*  *5:00 p.m.*
　　　DATE　　　TIME　　　　　DATE　　　TIME

ESTIMATED TRAVEL COST(S):

FARES: *N/a*     HOTEL: *N/a*     MEALS: *N/a*
　　TYPE　　AMOUNT　　　　　　　　　　　　($24/DAY)

REGISTRATION FEE: $ *175.00* *165.00*     6 DIGIT ACCT. # CHARGED: *203 908*     TOTAL: *175.00 165.00*

I certify that this travel is in accordance with the program as approved by:

*Joseph R. Garry*     *11-17-98*
DEPARTMENT CHAIRPERSON     DATE

*R. A. Silvestri*     *11/9/98*
VP ACADEMIC AFFAIRS     DATE

_____     _____
DIVISION DEAN     DATE

_____     _____
VP STUDENT AFFAIRS     DATE

_____     _____
PRESIDENT     DATE

_____     _____
TREASURER     DATE

**INSTRUCTIONS:**

White and yellow copies forwarded for approval. Pink copy retained by traveler. Yellow copy will be returned to traveler with APPROVAL NUMBER in upper right hand corner.

TR-1  4/15/96 (Revised)

COMMUNITY COLLEGE OF RHODE ISLAND

OUT-OF-STATE TRAVEL REQUEST FORM
and
REQUEST FOR CONFERENCE FEE PAYMENT FORM

APPROVAL NUMBER:

DATE: 2/9/99

NAME OF
DEPT. CHARGED: _FACULTy TRAVEL_

6-DIGIT ACCT.
NUMBER: _2- 31820_

BUDGET ACCT.
BALANCE:

Approval is requested for the travel indicated below:

NAME: _Steven D. MURRAy_   TITLE: _Assistant Professor_

DESTINATION: _Orlando_                      _Florida_
CITY                           STATE

PURPOSE OF TRAVEL: _Conference_

JUSTIFICATION: _Criminal Justice Conference – To keep
current with material I teach
in my courses._

PERIOD COVERED:

FROM: _5/9/99  morning_        TO: _5/12/99  evening_
DATE        TIME                    DATE        TIME

ESTIMATED TRAVEL COST(S):

FARES: _Air_    _250.00 R/t_     HOTEL: _125.00 per day_
TYPE       AMOUNT

_24x4=$96 RAK_
_$24.00 per day_

MEALS: _24.00 per day_
($24/DAY)

_$471.00_

REGISTRATION
FEE: $ _325.00_

6 DIGIT ACCT. #
CHARGED:

Estimate
TOTAL: _1246.00_
_846.00_    RAK

I certify that this travel is in accordance with the program as approved by:

_Joseph R Gary_    _2-11-99_          _R. A. Silverio_   _2/19/99_
DEPARTMENT CHAIRPERSON      DATE          VP ACADEMIC AFFAIRS         DATE

DIVISION DEAN                 DATE          VP STUDENT AFFAIRS          DATE

PRESIDENT                     DATE          TREASURER                  DATE

**INSTRUCTIONS:**

White and yellow copies forwarded for approval.  Pink copy retained by traveler.  Yellow copy will be returned to traveler with
APPROVAL NUMBER in upper right hand corner.

LECTURER INSTALLMENT AUTHORIZATION

SOCIAL SECURITY NO. ▮▮▮▮▮▮▮        ▮▮▮▮▮▮

LECTURER: Murray,Steven D.        Narragansett,  RI    02882

DEPT: CRIMINAL JUSTICE AND LEGAL STUD

#####**FOR DEPARTMENT USE ONLY**#####

| **** COURSE 1 **** | **** COURSE 2 **** |
|---|---|
| 1 TITLE   ADMINISTRATION JUSTICE | 1 TITLE  *Law & Society* |
| 2 DEPT/COURSE/SECT.   LAWS-1020-102 | 2 DEPT/COURSE/SECT. *LAWS-2040-800* |
| 3 COURSE DATES   05/24/99 to 07/02/99 | 3 COURSE DATES  *5-24-99* to *7-2-99* |
| 4 CONTACT HRS PER SEMESTER    37.50 | 4 CONTACT HRS PER SEMESTER  *37.5* |
| 5 CREDIT HOURS              3.00 | 5 CREDIT HOURS  *3* |
| 6 DAYS & TIMES MW   615PM to  930PM | 6 DAYS & TIMES *T,TH  6:00* to *9:10P.M* |
| ____ _____ to _____ | ____ _____ to _____ |
| ____ _____ to _____ | ____ _____ to _____ |
| 7 CHECK ONE: | 7 CHECK ONE: |
| DAYS_____  EXTENDED DAY __X__ | DAYS_____  EXTENDED DAY _____ |
| OFF CAMPUS_____ | OFF CAMPUS ✓ |
| 8 INDICATE STATUS: | 8 INDICATE STATUS: |
| FULL TIME FACULTY/STAFF__X__ | FULL TIME FACULTY/STAFF ✓ |
| PART TIME LECTURER_____ | PART TIME LECTURER_____ |
| RETIREE_____ | RETIREE_____ |
| 9 LEAVE REPLACEMENT: | 9 LEAVE REPLACEMENT: |
| SICK_____ SABBATICAL_____ | SICK_____ SABBATICAL_____ |
| LWOP_____ OTHER_____ | LWOP_____ OTHER_____ |
| 10 PERSON ON LEAVE | 10 PERSON ON LEAVE |

*FOR FIRST TIME FACULTY PLEASE ATTACH RESUME, TRANSCRIPTS & REFERENCES.*

DEPARTMENT CHAIRPERSON *Joseph R Hany* 
                     SIGNATURE           DATE *5/24/99*

#### **** FOR DEAN OF INSTRUCTION'S OFFICE USE ****

| | DEPARTMENT ACCOUNT # | POSITION | CONTRACT AMOUNT |
|---|---|---|---|
| COURSE #1 | 2-01908-1245 | (    ) | $ 2,080.00 |
| COURSE #2 | *201224-1245* | (____) | $*2,080.00* |

DEAN OF INSTRUCTION *[signature]*           DATE *5 / 24/99*

# CCRI

Community College of Rhode Island

May 2000


Steven Murray
Criminal Justice
Knight Campus

Dear Professor Murray:

It is my pleasure to tell you that you have been awarded a performance-based bonus of 1.5x. As you know, this bonus was based on criteria such as productive scholarship, voluntary participation in college-wide committees, effective teaching and contributions to your department and/or the Community College of Rhode Island.

Congratulations on your well-earned scholastic achievements. I wish you the best in the upcoming academic year.

Sincerely,

*Robert A. Silvestre*

Robert A. Silvestre
Vice President, Academic Affairs

RAS/tac

Knight Campus • 400 East Avenue, Warwick, Rhode Island 02886-1805



Community College of Rhode Island

Office of the Vice President
for Academic Affairs

June 2004

Steven Murray

Narragansett, RI 02882

Dear Steven:

Congratulations! In recognition of your outstanding contribution to the College, I am
pleased to award you a performance-based bonus of 1.5x. As you know, this bonus is
based on a range of criteria including productive scholarship, college-wide committee
participation, and exemplary teaching and College contributions. The College applauds
your achievement and your continued professional development.

Sincerely,

Ruth D. Sherman, Ed.D.
Vice President for Academic Affairs

**CCRI**

Community College of Rhode Island

Office of the Vice President
for Academic Affairs

June 2005

Mr. Steven Murray

███████████

Narragansett, RI 02882

Dear Steven:

Congratulations! In recognition of your outstanding contribution to the College, I am pleased to award you a performance-based bonus of 1.5x. As you know, this bonus is based on a range of criteria including productive scholarship, college-wide committee participation, and exemplary teaching and College contributions. The College applauds your achievement and your continued professional development.

Sincerely,

*Ruth Sherman*

Ruth D. Sherman, Ed.D.
Vice President for Academic Affairs

RDS/tac



# COMMUNITY COLLEGE
## OF RHODE ISLAND
### Office of the President

February 20, 2012

Professor Steven D. Murray
Criminal Justice & Legal Studies
Community College of Rhode Island
400 East Avenue
Warwick, RI 02886

Dear Steven:

Congratulations on your election as Chair of the Criminal Justice & Legal Studies
Department at the Community College of Rhode Island, effective July 1, 2012.
Leadership from your position will be critical as CCRI moves forward and continues to
embrace all the best of what we have accomplished while addressing the new challenges
of our future.

I will ask Deb to work with you and Lela to find a date/time that works for the three of us
to meet in the near future.

I look forward to working with you.

Sincerely,

Ray Di Pasquale
President

RMD:dmz

c: Lela Morgan

RECEIVED

FEB 21 2012

ACADEMIC AFFAIRS

**Knight Campus**

400 East Avenue, Warwick, RI 02886-1807 P: 401.825.2188 F: 401.825.2166

## COMMUNITY COLLEGE OF RHODE ISLAND

## DEAN'S RECOMMENDATION—PROMOTION FORM

**DATE:**                                March 23, 1998

**NAME OF FACULTY MEMBER:**     Steven Murray
                                Department of Criminal Justice and Legal Studies

**PRESENT RANK:**               Assistant Professor

**RANK REQUESTED:**             Associate Professor

_____     **I concur with the recommendation of the Department Chairperson**

____X____     **I do not concur with the recommendation of the Department Chairperson for the
following reason:**


Insufficient time in rank to thoroughly evaluate effectiveness as an Assistant Professor.

# COMMUNITY COLLEGE OF RHODE ISLAND

## CHAIRMAN'S RECOMMENDATION –PROMOTION FORM

**DATE:** _____ February 9, 1998 _____

**NAME OF FACULTY MEMBER:** _____ Dr. Steven D. Murray _____

**PRESENT RANK:** _____ Assistant Professor _____

**RANK REQUESTED:** _____ Associate Professor _____

### Chairman's evaluation of performance since the date of last promotion:

   Dr. Steven D. Murray is an exceptional teacher with a deep compassion for and understanding of his students.  As a former Assistant Attorney General, Dr. Murray brings a breadth and depth of experience in Criminal issues to the classroom.  He excites his students to learn by providing them with true life examples. Dr. Murray continues to maintain his knowledge of the subject matter by attending more than ten continuing education credits per year on subjects relative to the courses he teaches.

   Dr. Murray works with the Department of the Attorney General to provide valuable internship experiences for our students. He spends many hours tutoring student who need help and advises students in the Baccalaureate Bound program.

RECEIVED

FEB 09 1998

OFFICE OF THE DEAN OF ARTS & SCIENCES

**CHAIRMAN'S RECOMMEDNATION—PROMOTION FORM**
Page 2

**If the request is for an <u>early promotion</u>, or other exceptional action, explain in <u>detail</u> the reasons such exceptions should be made in this case.**

Dr. Murray has reviewed Criminal Law, Business Law and Constitutional Law texts. He has served on the Executive Committee of the CCRI Faculty Association and was a member of the committee on Quality Assurance. Dr. Murray is faculty advisor for the Law Enforcement club.

Dr. Murray has outstanding student evaluations and peer evaluations. His strong teaching and deep concern for students has resulted in their fulfilling their career objectives.

I strongly recommend Dr. Murray for early promotion.

**Chairman's Recommendation:**

__✓___ **Promotion**

_____ **No Promotion**

Signature

# CCRI

Community College of Rhode Island

Office of the Vice President
for Academic Affairs

May 7, 1998

TO:       President Liston

FROM:     Robert A. Silvestre

SUBJECT:  Promotion recommendation--Steven D. Murray
          From Assistant Professor
          to Associate Professor

| Endorsement for Promotion | | | | |
| Dept. Chairperson | Dean | Effective Teaching | Degree and Credits (Indicate if Mix) | Date of Last Promotion |
|---|---|---|---|---|
| Yes | No | Yes | B.A., J.D. | 6/27/93 |

    I have received the attached faculty promotion recommendation from Dean Crowley and have discussed it with her at length.  On the basis of the record before me, I regard Dean Crowley's recommendation to be reasonable and in accordance with the provisions of the Agreement between the Board of Governors for Higher Education and the Community College of Rhode Island Faculty Association.

RAS/dsb

Knight Campus • 400 East Avenue, Warwick, Rhode Island 02886-1807 • (401) 825-2142 • FAX (401) 825-2265
Flanagan Campus • 1762 Louisquisset Pike, Lincoln, Rhode Island 02865-4585
Providence Campus • One Hilton Street, Providence, Rhode Island 02905

# CCRI

Community College of Rhode Island                                    Office of the President

May 14, 1998

Dr. Steven Murray

████████████

Narragansett, RI  02882

Dear Dr. Murray:

I am sorry to inform you that your request for promotion to the rank of Associate Professor has not been approved.

No doubt this announcement will be disappointing, and I can empathize with the feeling. In order to gain a better understanding of the reasons for the decision, I suggest that you speak to Vice President Silvestre.

Sincerely,

Edward J. Liston
President

ls

cc: Dr. Robert A. Silvestre
    Dr. Judeth A. Crowley
    Dr. Joseph R. Garvey

Knight Campus • 400 East Avenue, Warwick, Rhode Island 02886-1807 • (401) 825-2188
Flanagan Campus • 1762 Louisquisset Pike, Lincoln, Rhode Island 02865-4585 • (401) 333-7100
Providence Campus • One Hilton Street, Providence, Rhode Island 02905

# CCRI

Community College of Rhode Island                                    Office of the President

May 14, 1998

Dr. Steven Murray
█████████████
Narragansett, RI  02882

Dear Dr. Murray:

I am sorry to inform you that your request for promotion to the rank of Associate Professor has not been approved.

No doubt this announcement will be disappointing, and I can empathize with the feeling. In order to gain a better understanding of the reasons for the decision, I suggest that you speak to Vice President Silvestre.

Sincerely,

Edward J. Liston
President

ls

cc: Dr. Robert A. Silvestre
    Dr. Judeth A. Crowley
    Dr. Joseph R. Garvey

Knight Campus • 400 East Avenue, Warwick, Rhode Island 02886-1807 • (401) 825-2188
Flanagan Campus • 1762 Louisquisset Pike, Lincoln, Rhode Island 02865-4585 • (401) 333-7100
Providence Campus • One Hilton Street, Providence, Rhode Island 02905

# CCRI

Community College of Rhode Island                                                    Office of the President

---

May 13, 1999

Dr. Steven D. Murray

Narragansett, RI  02882

Dear Dr. Murray:

I am delighted to inform you that a promotion to the rank of Associate Professor, effective July 1, 1999, has been approved.

Congratulations and best wishes.

Sincerely,

Edward J. Liston
President

ls

cc:  Dr. Robert A. Silvestre
     Dr. Judeth A. Crowley
     Dr. Joseph R. Garvey

---

Knight Campus • 400 East Avenue, Warwick, Rhode Island 02886-1807 • (401) 825-2188
Flanagan Campus • 1762 Louisquisset Pike, Lincoln, Rhode Island 02865-4585 • (401) 333-7100
Providence Campus • One Hilton Street, Providence, Rhode Island 02905

## COMMUNITY COLLEGE OF RHODE ISLAND

## DEAN'S RECOMMENDATION—PROMOTION FORM

DATE:                              April 5, 1999

NAME OF FACULTY MEMBER:            Steven D. Murray
                                   Department of Criminal Justice and Legal Studies

PRESENT RANK:                      Assistant Professor

RANK REQUESTED:                    Associate Professor

_____      I concur with the recommendation of the Department Chairperson


_____      I do not concur with the recommendation of the Department Chairperson for the
                     following reason:

**Signature**
**Dean of Arts and Sciences**

## COMMUNITY COLLEGE OF RHODE ISLAND

## CHAIRMAN'S RECOMMENDATION –PROMOTION FORM

**DATE:** January 27, 1999

**NAME OF FACULTY MEMBER:** Steven Murray

**PRESENT RANK:** Assistant Professor

**RANK REQUESTED:** Associate Professor

### Chairman's evaluation of performance since the date of last promotion:

Dr. Steven D. Murray is an exceptional teacher with outstanding rapport with the students. His unique experience as a former Assistant Attorney General provides him with both a practical and technical understanding of Criminal Law and the court system. Prior to becoming an Assistant Attorney General he worked in a prestigious Providence law firm which provided him with a broad based knowledge of civil law.

Dr. Murray selects continuing education courses annually in the areas he is teaching to insure that he maintains his proficiency in these subjects.

Dr. Murray is always available to advise and counsel students and assist them in achieving their career goals. He is an active participant in departmental activities and serves as the faculty advisor for the Law Enforcement Club. He has also served as a member of the Committee on Quality Assurance.

Dr. Murray serves as a member of the Criminal Justice Curriculum Committee and constantly works to improve course content. He is highly respected by both his peers and students and is an asset to the college.

I strongly recommend him for promotion.

**CHAIRMAN'S RECOMMEDNATION—PROMOTION FORM**
**Page 2**

If the request is for an <u>early promotion</u>, or other exceptional action, explain in <u>detail</u> the reasons such exceptions should be made in this case.

**Chairman's Recommendation:**

___✓___ **Promotion**

_____ **No Promotion**

_Joseph R. Harvey_
**Signature**

# CCRI

Community College of Rhode Island

Department of Criminal Justice
and Legal Studies

## INSTRUCTOR EVALUATION

**INSTRUCTOR:** Steven D. Murray

**RANK:** Assistant Professor

**COURSE:** Administration of Justice

**COURSE NO:** LAWS 1020 - 001

**TEXT:** Procedures in The Justice System

**TOPIC:** Ch. 10 - Roles of Participants in Court

### I.  COURSE SYLLABUS/OUTLINE:

1.  Instructor provided a course syllabus and outline adequately describing the course.                Yes ✓    No _____

### II.  INSTRUCTION:

1.  Verbal communication/delivery (volume/rate of speaking) is suitable for the situation.                Yes ✓    No _____

2.  Explanations of lesson content are clear and easy to follow.                Yes ✓    No _____

3.  Effective questioning techniques are used.    Yes ✓    No _____

4.  Clear majority of students are engaged in lesson activities.                Yes ✓    No _____

5.  Instructional sequence is logical.    Yes ✓    No _____

6.  Instructional aids are used (blackboard, handouts, overhead projectors are used when appropriate.)    Yes ✓    No _____

7.  Instructor and class interaction appropriate.    Yes ✓    No _____

### III.  PROFESSIONAL KNOWLEDGE:

1.  Demonstrated knowledge of the subject matter being taught.

Yes ✓    No _____

1

Knight Campus • 400 East Avenue, Warwick, Rhode Island 02886-1805 • (401) 825-1000
Flanagan Campus • 1762 Louisquisset Pike, Lincoln, Rhode Island 02865-4585 • (401) 333-7000
Providence Campus • One Hilton Street, Providence, Rhode Island 02905 • (401) 455-6000

Instructor Evaluation

**NARRATIVE**

Mr. Murray presented an energetic and lively discussion of the roles of the major participants in a criminal trial. The students asked intelligent questions which Mr. Murray responded to. It was obvious from the outset that Mr. Murray had an excellent rapport with his students. His presentation was clear and interesting. He is an excellent teacher.

**CONCLUSION**

*Solomon A. Solomon*
**Peer Evaluator**
Nov. 13, 1998

2

# COMMUNITY COLLEGE OF RHODE ISLAND

## <u>DEAN'S RECOMMENDATION—PROMOTION FORM</u>

**DATE:**                                   April 5, 1999

**NAME OF FACULTY MEMBER:**    Steven D. Murray
                                    Department of Criminal Justice and Legal Studies

**PRESENT RANK:**                   Assistant Professor

**RANK REQUESTED:**               Associate Professor

_____    **I concur with the recommendation of the Department Chairperson**

_____    **I do not concur with the recommendation of the Department Chairperson for the following reason:**

                                                                          **Signature**
                                                                          **Dean of Arts and Sciences**

# COMMUNITY COLLEGE OF RHODE ISLAND

## CHAIRMAN'S RECOMMENDATION –PROMOTION FORM

**DATE:** _____ January 27, 1999 _____

**NAME OF FACULTY MEMBER:** ___ Steven Murray _____

**PRESENT RANK:** _____ Assistant Professor _____

**RANK REQUESTED:** _____ Associate Professor _____

### Chairman's evaluation of performance since the date of last promotion:

Dr. Steven D. Murray is an exceptional teacher with outstanding rapport with the students. His unique experience as a former Assistant Attorney General provides him with both a practical and technical understanding of Criminal Law and the court system. Prior to becoming an Assistant Attorney General he worked in a prestigious Providence law firm which provided him with a broad based knowledge of civil law.

Dr. Murray selects continuing education courses annually in the areas he is teaching to insure that he maintains his proficiency in these subjects.

Dr. Murray is always available to advise and counsel students and assist them in achieving their career goals. He is an active participant in departmental activities and serves as the faculty advisor for the Law Enforcement Club. He has also served as a member of the Committee on Quality Assurance.

Dr. Murray serves as a member of the Criminal Justice Curriculum Committee and constantly works to improve course content. He is highly respected by both his peers and students and is an asset to the college.

I strongly recommend him for promotion.

**CHAIRMAN'S RECOMMEDNATION—PROMOTION FORM**
**Page 2**


If the request is for an <u>early promotion</u>, or other exceptional action, explain in <u>detail</u> the reasons such exceptions should be made in this case.


**Chairman's Recommendation:**

___✓___ **Promotion**

_____ **No Promotion**

*Joseph R. Garvey*
Signature

# CCRI

Community College of Rhode Island

Department of Criminal Justice
and Legal Studies

## INSTRUCTOR EVALUATION

**INSTRUCTOR:** Steven D. Murray

**RANK:** Assistant Professor

**COURSE:** Administration of Justice

**COURSE NO:** LAWS 1020 – 001.

**TEXT:** Procedures in The Justice System

**TOPIC:** Ch. 10 – Roles of Participants in Court

### I.   COURSE SYLLABUS/OUTLINE:

1.     Instructor provided a course syllabus and outline adequately describing the course.                                   Yes ✓ No____

### II.   INSTRUCTION:

1.   Verbal communication/delivery (volume/rate of speaking) is suitable for the situation.                          Yes ✓ No____

2.   Explanations of lesson content are clear and easy to follow.
                                                            Yes ✓ No____

3.   Effective questioning techniques are used.   Yes ✓ No____

4.   Clear majority of students are engaged in lesson activities.
                                                            Yes ✓ No____

5.   Instructional sequence is logical.      Yes ✓ No____

6.   Instructional aids are used (blackboard, handouts, overhead projectors are used when appropriate.)   Yes ✓ No____

7.   Instructor and class interaction appropriate.  Yes ✓ No____

### III.   PROFESSIONAL KNOWLEDGE:

1.   Demonstrated knowledge of the subject matter being taught.

                                                            Yes ✓ No____

1

Instructor Evaluation

**NARRATIVE**

Mr. Murray presented an energetic and lively discussion of the roles of the major participants in a criminal trial. The students asked intelligent questions which Mr. Murray responded to. It was obvious from the outset that Mr. Murray had an excellent rapport with his students. His presentation was clear and interesting. He is an excellent teacher.

**CONCLUSION**

*Solomon A. Solomon*
**Peer Evaluator**
Nov. 13, 1998

2

# CCRI

Community College of Rhode Island

Office of the President

May 13, 1999

Dr. Steven D. Murray
████████████
Narragansett, RI  02882

Dear Dr. Murray:

I am delighted to inform you that a promotion to the rank of Associate Professor, effective July 1, 1999, has been approved.

Congratulations and best wishes.

Sincerely,

Edward J. Liston
President

ls

cc:  Dr. Robert A. Silvestre
     Dr. Judeth A. Crowley
     Dr. Joseph R. Garvey

**CCRI** Community College of Rhode Island

Office of the President

May 28, 2004

Dr. Steven Murray

████████████

Narragansett, RI  02882

Dear Dr. Murray:

I am delighted to inform you that a promotion to the rank of Professor, effective July 1, 2004, has been approved.  I appreciate the contributions you have made to the future of our students and the role of our college.

Congratulations and best wishes.

Sincerely,

Thomas D. Sepe
President

ls

cc:  Dr. Ruth Sherman
     Dr. Philip Sisson
     Dr. Joseph Garvey
     Mr. Robert Henderson

Community College of Rhode Island

Office of the President

May 28, 2004

Dr. Steven Murray

████████████

Narragansett, RI  02882

Dear Dr. Murray:

I am delighted to inform you that a promotion to the rank of Professor, effective July 1, 2004, has been approved.  I appreciate the contributions you have made to the future of our students and the role of our college.

Congratulations and best wishes.

Sincerely,

Thomas D. Sepe
President

ls

cc:  Dr. Ruth Sherman
     Dr. Philip Sisson
     Dr. Joseph Garvey
     Mr. Robert Henderson

**COMMUNITY COLLEGE OF RHODE ISLAND**

**DEAN'S RECOMMENDATION—PROMOTION FORM**

**DATE:**                                April 5, 2004

**NAME OF FACULTY MEMBER:**    **Steven Murray**

**PRESENT RANK:**                  Associate Professor

**RANK REQUESTED:**               Full Professor

☑    I concur with the recommendation of the Department Chairperson

☐    I do not concur with the recommendation of the Department Chairperson
      for the following reason:

Signature

Acting Dean of Arts, Humanities and Social Sciences

# COMMUNITY COLLEGE OF RHODE ISLAND

## CHAIRMAN'S RECOMMENDATION –PROMOTION FORM

**DATE:**  February 6, 2004

**NAME OF FACULTY MEMBER:**  Dr. Steven Murray

**PRESENT RANK:**  Associate Professor

**RANK REQUESTED:**  Full Professor

### Chairman's evaluation of performance since the date of last promotion:

Professor Steven Murray is an outstanding teacher.  His background as a former Assistant Attorney General provides practical examples for the students.  Each year he attends continuing legal education courses to insure that he remains current in changes in the law.

Dr. Murray consistently receives excellent student evaluations, which indicate that he is well prepared for every class and is fair in his testing.  Peer evaluations of Dr. Murray's performance have also been excellent.

Dr. Murray has served as faculty advisor for the Law Enforcement club.  He is a member of the College Wide assessment committees and participates in departmental committees.

I strongly recommend that Dr. Murray be promoted to full professor.

**CHAIRMAN'S RECOMMENDATION—PROMOTION FORM**
**Page 2**

If the request is for an <u>early promotion</u>, or other exceptional action, explain in <u>detail</u> the reasons such exceptions should be made in this case.

**Chairman's Recommendation:**

____ ✓ **Promotion**

_____ **No Promotion**

_____
**Signature**

## COMMUNITY COLLEGE OF RHODE ISLAND

### FORM B—TENURE

#### Dean's Recommendation

**Date:**                    March 23, 1998

**Department:**              Criminal Justice and Legal Studies

**Name:**                    Steven D. Murray

**Rank:**                    Assistant Professor

**Date employed and leaves:**   July 1993
                                No leaves


_____ ✓    **I concur in the Chairperson's recommendation**

_____    **I do not concur in the Chairperson's recommendation for the following reasons**


*(Use other sheet if necessary)*


**Dean's Signature**

# COMMUNITY COLLEGE OF RHODE ISLAND

## TENURE

**RECOMMENDATION:**    That the Board of Governors approve the granting of tenure to the designated faculty members who have met the requirements for tenure at the Community College of Rhode Island effective July 1, 1999.

**NAME**    Steven D. Murray          **RANK**    Assistant Professor

### EDUCATION

| DEGREE | DATE | INSTITUTION |
|--------|------|-------------|
| B.A. | 1982 | Boston College |
| J.D. | 1985 | Boston College Law School |

### SELECTED PRIOR EXPERIENCE

1987 - 1993:          Special Assistant, Attorney General, Criminal Division

Prosecuted to trial and investigated white collar and public corruption criminal cases; supervised investigative team probing collapse of privately - insured credit unions; prosecuted and presented to Grand Jury capital and non-capital cases at Superior Court; argued appellate cases at Rhode Island Supreme Court.  Investigated and prosecuted white collar crimes.

1985 - 1987          Litigation Associate

Bar Admission -      Rhode Island, 1985
US District Court of Rhode Island, 1986
Massachusetts, 1992

All phases of civil litigation and corporate law (personal injury, property damage and medical malpractice).

In 1991 - 1993 - Adjunct faculty member for the Business Department at Johnson and Wales University.

1990 - 1993 - Adjunct professor in CCRI Business Department, teaching Law courses.

## CCRI HISTORY

Appointed in July, 1993 as Assistant Professor of the Criminal Justice and Legal Studies Department.  Mr. Murray has become an effective professor is his field of expertise.

Mr. Murray serves as the Faculty Advisor for the Law Enforcement Club and has served as a member of the Quality Assurance Committee.  He coutinues to take courses on an annual basis to keep abreast of current issues in the legal education field.

Mr. Murray makes himself available to advise and counsel students.

Mr. Murray is a valuable instructor and is deserving of tenure.

# COMMUNITY COLLEGE OF RHODE ISLAND

## FORM A--TENURE

## DEPARTMENTAL REPORT

**Date:** March 11, 1998

**Department:** Criminal Justice and Legal Studies

**Name:** Dr. Steven D. Murray

**Rank:**

**Date employed and leaves** July 1, 1993

### Evaluation for Tenure

*(To include among other things: teaching effectiveness, advisement, participation in College and departmental activities, relationship with colleagues, professional growth and development. To cover entire period faculty member has been employed as a full-time teacher at the College.)*
*(Use other sheets if necessary)*

(See Attachment)

**Recommendation:**

__X__ Tenure

_____ No tenure

Signature of Chairperson

Steven D. Murray is a highly effective teacher. His experiences as a former Assistant Attorney General afford him a unique insight into the Criminal Justice system. Dr. Murray takes courses annually in continuing legal education to insure that he remains current in his field of expertise. He is always available to advise and counsel students and to assist them in achieving their career goals. He is an active participant in departmental activities and serves as the Faculty Advisor for the Law Enforcement club. He has also served as a member of the committee on Quality Assurance.

Dr. Steven D. Murray works with the other department members to improve course content. He fully understands that course curricula must change to meet the needs of our students. Dr. Murray is respected by his peers in both the department and the college. I strongly recommend him for tenure.

# CCRI

Community College of Rhode Island

Office of the President

June 5, 1998

Mr. Steven D. Murray

Narragansett, RI 02882

Dear Mr. Murray:

I am pleased to advise you that the Board of Governors for Higher Education, at its May 27, 1998 meeting, voted to award you tenure, effective July 1, 1999. This approval, of course, is based on the assumption that you will have successfully completed six years of full-time service at the Community College of Rhode Island by that date.

Congratulations and best wishes.

Sincerely,

Edward J. Liston
President

ls

Knight Campus • 400 East Avenue, Warwick, Rhode Island 02886-1807 • (401) 825-2188
Flanagan Campus • 1762 Louisquisset Pike, Lincoln, Rhode Island 02865-4585 • (401) 333-7100
Providence Campus • One Hilton Street, Providence, Rhode Island 02905

# CCRI

Community College of Rhode Island

Office of the President

June 5, 1998

Mr. Steven D. Murray

Narragansett, RI 02882

Dear Mr. Murray:

I am pleased to advise you that the Board of Governors for Higher Education, at its May 27, 1998 meeting, voted to award you tenure, effective July 1, 1999. This approval, of course, is based on the assumption that you will have successfully completed six years of full-time service at the Community College of Rhode Island by that date.

Congratulations and best wishes.

Sincerely,

Edward J. Liston
President

ls

# CCRI

Community College of Rhode Island

Office of the President

August 31, 1999

Mr. Steven D. Murray

██████████

Narragansett, RI 02882

Dear Mr. Murray:

I am delighted to inform you that your request for Sabbatical Leave for the Fall 2000 Semester has been approved. That approval, of course, may be reviewed should an emergency or serious operational difficulty arise, but I hope no such situation will eventuate. I might also note that if you have any change of plans and decide at this time not to go on sabbatical, kindly call Dr. Peter Woodberry, Chairperson, Sabbatical Leave Board of Review, at your earliest convenience.

Congratulations and best wishes.

Sincerely,

Edward J. Liston
President

ls

cc:  Dr. Robert Silvestre
     Dean Judeth Crowley
     Dean Peter Woodberry
     Ms. Carol Gold
     Dr. Joseph Garvey

Knight Campus • 400 East Avenue, Warwick, Rhode Island 02886-1807 • (401) 825-2188
Flanagan Campus • 1762 Louisquisset Pike, Lincoln, Rhode Island 02865-4585 • (401) 333-7100
Providence Campus • One Hilton Street, Providence, Rhode Island 02905

# RECEIVED

**DATE RECEIVED BY COMMITTEE:** <u>JUN 2 8 1999</u>

## COMMUNITY COLLEGE OF RHODE ISLAND ACADEMIC AFFAIRS

### SABBATICAL/GRADUATE STUDY LEAVE APPLICATION

Please fill out and use the form below as a cover page for your proposal. Submit your package to your department chairperson for his/her approval and be certain to submit it by July 1st to the Dean of Business and Technology, Peter Woodberry.

---

**PART I:  TO BE COMPLETED BY THE APPLICANT**

NAME: _Steven D. Murray_

DEPARTMENT: _Criminal Justice & Legal Studies_

REQUESTED SEMESTERS OF LEAVE: _Fall 2000 (or earlier)_

THIS IS A REQUEST FOR :    ✓
   SABBATICAL LEAVE: _____        GRADUATE STUDY LEAVE: _____

PURPOSE FOR THIS LEAVE (IN BRIEF) _To improve my knowledge of what I teach, i.e. the law, and my ability to deliver this material to my students._

SIGNATURE _____    DATE SUBMITTED _6/15/99_

NOTE:  If a faculty member accepts employment for pay during the leave period, his or her College compensation will normally be reduced by the amount necessary to bring the total compensation for that period to a level comparable with his or her normal professional income.

---

**PART II:  TO BE COMPLETED BY CHAIRPERSON/SUPERVISOR**

DOES THE DEPARTMENT NEED A REPLACEMENT TO COVER THE NORMAL COURSE LOAD OF THIS FACULTY MEMBER?   Yes _✓_  No_____  Estimated # of Contact Hours _15_

STATEMENT FOR RECOMMENDATION: _I strongly recommend approval of this request. It will enhance Mr. Murray's teaching effectiveness._

SIGNATURE OF CHAIRMAN _Joseph R. Harvey_

DATE RECEIVED BY CHAIRMAN _June 15, 1999_

## SABBATICAL LEAVE PROPOSAL

I.      Statement of Purpose:

As a faculty member who has completed six years of service to the College at the time of this application, I hereby apply for sabbatical leave during the Fall semester of the 2000/2001 academic year or earlier if available.  As of July 1999 I will be a tenured member of the faculty with the rank of Associate Professor. The objective of my sabbatical leave is threefold: 1) To increase my knowledge and understanding of the law in theory and practice as it relates to the Criminal Justice and Business Law courses I teach; 2) To improve the breadth of my legal research skills; and 3) To produce updated materials/resources used in my courses.

II.     Outline of Activities:

I plan to accomplish my objectives in a variety of ways that complement each other.  Through my law school and with the assistance of CCRI, I was admitted to the bar of the US Supreme Court in 1997.  Obviously, this is the court that influences the law and society in a way that no other court can. Because of time and distance limitations, it is rare that an attorney in our society has the regular opportunity to observe this Court first hand. As a member of the bar, I am entitled to a number of unique privileges.  These include access to the extensive law library and the ability to reserve space for attendance at oral arguments of the Court.  During my sabbatical I will take advantage of these opportunities. I have attached a copy of a letter from the Court.

One of my strengths as a teacher is the extensive practical experience I have developed as a practicing attorney and especially as an Assistant Attorney General.  Anyone familiar with the law knows that it is constantly changing both substantively and in its procedure.  Since I have been at the College I have strived through continuing education and other means to stay current with the law. During my sabbatical I intend to intensely update my knowledge of the substance and procedure of the law by regularly attending the trial and appellate courts at both the State and Federal levels.  My numerous contacts in the Department of Attorney General have agreed to assist me in this process. Attached is a letter from the Chief of the Criminal Division at the Department of Attorney General expressing his willingness to have me as an intern.

The variety of law courses that I regularly teach (Administration of Justice, Criminal Law, Evidence, Law & Society, Criminal Law & the Constitution, Law of Contracts, and Constitutional Law) makes it sometimes difficult to always keep each of them constantly updated with the most current materials.  During my sabbatical I intend to go through each course on an individual basis and work to update my materials/handouts/videos.  This will take an extensive amount of time, however I will be able to incorporate my experience while on sabbatical at the US Supreme Court and at the other courts previously mentioned into this effort.

Likewise, the final component of my sabbatical is an experience that I have hoped for throughout my legal and teaching careers. So much of our legal system is rooted in the English legal system, yet other than a few references to this in law school, few practitioners have any real knowledge of that legal system. During my sabbatical, I intend to travel to England for the sole purpose of observing their legal system. I have previously been to England a number of times on vacations, however this would be a working trip.

III Supporting Materials:

See attached documents.

IV Benefits of Proposal:

I anticipate that my sabbatical leave will greatly benefit both the College and myself. As discussed in my Outline of Activities, I will be taking a number of very detailed practical steps to enhance my knowledge of the law and my ability to deliver this information to my students. With this knowledge I will be a better teacher.

Respectfully Submitted,


Steven D. Murray
Assistant Professor
Criminal Justice & Legal Studies Department
June 15, 1999



State of Rhode Island and Providence Plantations

## DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street, Providence, RI. 02903
(401) 274-4400
TDD (401) 453-0410

*Sheldon Whitehouse, Attorney General*
June 21, 1999

Mr. Stephen D. Murray
Associate Professor
Community College of Rhode Island
400 East Avenue
Warwick, RI 02886

      Re:    Internship- Department of Attorney General

Dear Mr. Murray:

This letter should serve to memorialize our conversation of last week wherein you made inquiry into available internship opportunities. You are desirous of an internship placement within the Criminal Division for the Department of Attorney General for the fall semester 2000. You are willing to assist our trial attorneys with research and other litigation support-related functions. This internship will benefit you in your teaching capacity in that you will be required to become familiar with changes in the law that have occurred since you were with the office.

I am excited by the prospect of your spending some of your sabbatical time with us here in the Criminal Division. I look forward to having the benefit of your experience and education at our disposal.

As the date of this placement draws near, please contact me and I will arrange for you to meet with Lisa Wells from our Personnel Office to complete the appropriate paperwork.

                    Sincerely yours,

                    William J. Ferland
                    Assistant Attorney General
                    Division Chief
                    Criminal Division

WJF:jk

### SUPREME COURT OF THE UNITED STATES
### OFFICE OF THE CLERK
### WASHINGTON, D. C. 20543

**To Steven D. Murray:**

Congratulations on your recent admission to the Bar of this Court. I am pleased to provide the following information regarding your membership privileges.

Your admission is effective March 31, 1997 and a certificate of admission will be mailed to you in approximately six weeks.

The following provides information regarding your membership privileges:

● As a member of the Bar you are eligible to sit in a reserved section of the Courtroom. To attend an oral argument, members must register at the bar registration desk located near the John Marshall Statue in the Lower Great Hall, ground level. The hours of the registration desk are from 9:00 a.m. until noon and 12:30 p.m. until Court adjourns. Seating is on a first come, first served basis.

● Your membership entitles you to use of the public areas of the extensive law library located on the third floor. The telephone number for the library is 202-479-3173.

● Tours of the building are arranged by the Curator's Office. As a member of the Bar you may request a special tour for your family or friends by calling the Curator's Office at 202-479-3298. Tours are not conducted when oral arguments are being heard in the Courtroom. Tour arrangements must be made in advance.

● The cafeteria and snack bar located on the ground level are open from 7:30 a.m. until 3:30 p.m.

● The Supreme Court Historical Society gift shop, located on the ground level, is open from 9:00 a.m. until 4:15 p.m. The telephone number is 202-479-3450.

The Clerk's Office information number is 202-479-3011 and the Bar Admissions Office telephone number is 202-479-3387. The Supreme Court Bulletin Board System number is 202-554-2570.

If my office can assist in any way, we will be glad to do so.

I extend to you a warm welcome as a member of the Bar and an officer of the Court.

William K. Suter

William K. Suter
Clerk

COMMUNITY COLLEGE OF RHODE ISLAND

FORM A

DEPARTMENTAL REPORT

Date: March 31, 1995

Name: Steven Murray

Department: Criminal Justice and Legal Studies

Rank: Assistant Professor

Month and year hired: July 1, 1993

Evaluation

(To include among other things teaching effectiveness, advise-
ment, participation in college and departmental activities,
relationships with colleagues.) (Use other sheets if necessary)

Student evaluations were conducted during the Fall 1994
semester in all courses assigned to Steven Murray both during
the day and extended day. All evaluations were exceptional.
Two members of the law faculty monitored many of Mr. Murray's
classes and determined that he was doing an outstanding job.

Dr. Murray has both experience and a solid academic foundation
in the Law. He makes all of his classes interesting by demon-
strating how the rule of law is applied to practical situations.

I strongly recommend that Mr. Murray's contract be continued.

Recommendation:

_____ ✓ _____ New contract

_____ New contract, but counsel

_____ Terminate contract

_Joseph R. Harvey_
Signature of Chairperson

COMMUNITY COLLEGE OF RHODE ISLAND

FORM A

DEPARTMENTAL REPORT

**Date:** March 11, 1996

**Name:** Steven Murray

**Department:** Criminal Justice and Legal Studies

**Rank:** Assistant Professor

**Month and year hired:** July 1993

Evaluation

**(To include among other things teaching effectiveness, advisement, participation in college and departmental activities, relationships with colleagues.) (Use other sheets if necessary)**

Dr. Murray is a hard working educator who is always well prepared for class.  He serves as Faculty Advisor of the Law Enforcement Club.  He also serves on departmental committees reviewing the possibility of a Tech Prep program for high school students in Law and a committee reviewing the curriculum in the Paralegal Studies Degree program.

Dr. Murray is always available to students and writes many letters of recommendation for his students who apply for Law Enforcement careers.

I strongly recommend that he be granted a new contract.

**Recommendation:**

_____ ✓ _____  New contract

_____  New contract, but counsel

_____  Terminate contract

Dr. Joseph R. Harney
Signature of Chairperson

FORM B

DEAN'S RECOMMENDATION

Date:    May 14, 1996

Name:    Steven Murray

Department:  Criminal Justice & Legal Studies

Rank:    Assistant Professor

Month and year hired:    July 1993

_____    I concur in the Chairperson's recommendation.

_____    I do not concur in the Chairperson's recommendation for the following reasons: (Use another sheet if necessary)

_____
Dean's Signature

# 2014 Evaluation of Department Chair by Faculty

## S. Murray, Criminal Justice & Legal Studies Department

5 Respondents

### Leadership



### Management



### Communication



### Problem Solving



### Planning



1

## Leadership



**Comments:**

✓ Some items were not observed and I am not part of a collective bargaining unit as an adjunct.

2

## Management



**Comments:**

3

## Problem Solving



Comments:

4

## Communication



Comments:

## Planning



Comments:

General Comments:

6

## Evaluation of Department Chairperson by Dean

**Promotes Collaboration:**
0  Exceeds
7  Satisfactory
0  Not Observed
0  Unsatisfactory

**Exhibits Leadership:**
10 Exceeds
0  Satisfactory
0  Not Observed
0  Unsatisfactory

**Encourages Excellence and Innovation:**
0  Exceeds
3  Satisfactory
2  Not Observed
0  Unsatisfactory

**Communicates Effectively**
1  Exceeds
4  Satisfactory
1  Not Observed
1  Unsatisfactory

**Manages Affairs of Division**
0  Exceeds
8  Satisfactory
0  Not Observed
0  Unsatisfactory

**Promotes Collaboration Comments:**
**Leadership Comments:**
**Encourages Excellence and Innovation Comments:**
**Communicates Effectively Comments:**
**Manages Affairs of Division Comments:**

**Strengths :** knowledge of field, fairness to faculty in the department, responsiveness to issues
**Weaknesses** negative view of administrative role overall

**General Comments:**
- Handled a very difficult loss of a senior faculty member and the attendant student and faculty disruption in the fall semester.

7

Evaluation of Department Chair by Faculty



**#16**          **COMPLETE**

**Collector:** Email Invitation 1 (Email)
**Started:** Tuesday, March 28, 2017 1:47:42 PM
**Last Modified:** Tuesday, March 28, 2017 1:51:08 PM
**Time Spent:** 00:03:25
**Custom Data:** No

---

**PAGE 1**

---

**Q1: Your Department:**                          legal studies

**Q2: Name of Chair:**                            Murray, Steven

**Q3: Date:**

Please enter today's date:    03/28/2017

**PAGE 2**

---

**Q4: Category: Leadership**

| | |
|---|---|
| Is accessible to faculty | Satisfactory |
| Leads department in collaborative efforts | Satisfactory |
| Leads in implementing goals of the department | Satisfactory |
| Encourages innovative teaching methods | Exceeds Expectations |
| Facilitates curriculum development | Exceeds Expectations |
| Advocates for faculty and staff | Exceeds Expectations |
| Encourages faculty and staff's professional development | Satisfactory |
| Works to improve professional relationships and morale within the department | Satisfactory |
| Provides effective orientation to new faculty | Satisfactory |
| Establishes and follows policies and practices consistent with collective bargaining agreement | Exceeds Expectations |
| Effectively mediates student/faculty and faculty/faculty complaints | Satisfactory |

**PAGE 3**

---

Evaluation of Department Chair by Faculty

**Q5: Category: Management**

| | |
|---|---|
| Recruits faculty and staff effectively | Unsatisfactory |
| Manages budget efficiently | Exceeds Expectations |
| Manages faculty workload equitably | Exceeds Expectations |
| Implements college policies and procedures fairly | Exceeds Expectations |
| Recognizes faculty and staff for their contributions | Exceeds Expectations |
| Deals with faculty fairly and equitably | Satisfactory |

PAGE 4

**Q6: Category: Problem Solving**

| | |
|---|---|
| Resolves conflicts fairly | Satisfactory |
| Copes with unanticipated events | Satisfactory |
| Gathers pertinent facts before responding to a problem | Unsatisfactory |
| Enlists the help/expertise of others when needed | Satisfactory |

PAGE 5

**Q7: Category: Planning**

| | |
|---|---|
| Provides leadership in establishing departmental goals | Exceeds Expectations |
| Encourages faculty/staff innovation | Exceeds Expectations |

PAGE 6

**Q8: Category: Communication**

| | |
|---|---|
| Shares information with faculty | Exceeds Expectations |
| Articulates department's vision and mission | Exceeds Expectations |
| Relates effectively to students | Satisfactory |

PAGE 7

**Q9: Please add any additional comments you wish below.**        *Respondent skipped this question*

Evaluation of Department Chair by Faculty



**#27**

**COMPLETE**

**Collector:** Email Invitation 1 (Email)
**Started:** Friday, March 31, 2017 10:27:28 AM
**Last Modified:** Friday, March 31, 2017 10:29:29 AM
**Time Spent:** 00:02:01
**Custom Data:** No

---

PAGE 1

---

**Q1: Your Department:**  Criminal Justice and Legal Studies

**Q2: Name of Chair:**  Murray, Steven

**Q3: Date:**

Please enter today's date:    03/31/2017

---

PAGE 2

---

**Q4: Category: Leadership**

| | |
|---|---|
| Is accessible to faculty | Exceeds Expectations |
| Leads department in collaborative efforts | Exceeds Expectations |
| Leads in implementing goals of the department | Exceeds Expectations |
| Encourages innovative teaching methods | Exceeds Expectations |
| Facilitates curriculum development | Exceeds Expectations |
| Advocates for faculty and staff | Exceeds Expectations |
| Encourages faculty and staff's professional development | Exceeds Expectations |
| Works to improve professional relationships and morale within the department | Exceeds Expectations |
| Provides effective orientation to new faculty | Exceeds Expectations |
| Establishes and follows policies and practices consistent with collective bargaining agreement | Exceeds Expectations |
| Effectively mediates student/faculty and faculty/faculty complaints | Exceeds Expectations |

---

PAGE 3

---

Evaluation of Department Chair by Faculty

**Q5: Category: Management**

| | |
|---|---|
| Recruits faculty and staff effectively | Exceeds Expectations |
| Manages budget efficiently | Exceeds Expectations |
| Manages faculty workload equitably | Exceeds Expectations |
| Implements college policies and procedures fairly | Exceeds Expectations |
| Recognizes faculty and staff for their contributions | Exceeds Expectations |
| Deals with faculty fairly and equitably | Exceeds Expectations |

PAGE 4

**Q6: Category: Problem Solving**

| | |
|---|---|
| Resolves conflicts fairly | Exceeds Expectations |
| Copes with unanticipated events | Exceeds Expectations |
| Gathers pertinent facts before responding to a problem | Exceeds Expectations |
| Enlists the help/expertise of others when needed | Exceeds Expectations |

PAGE 5

**Q7: Category: Planning**

| | |
|---|---|
| Provides leadership in establishing departmental goals | Exceeds Expectations |
| Encourages faculty/staff innovation | Exceeds Expectations |

PAGE 6

**Q8: Category: Communication**

| | |
|---|---|
| Shares information with faculty | Exceeds Expectations |
| Articulates department's vision and mission | Exceeds Expectations |
| Relates effectively to students | Exceeds Expectations |

PAGE 7

**Q9: Please add any additional comments you wish below.**    *Respondent skipped this question*

Evaluation of Department Chair by Faculty



**#31**          **COMPLETE**

**Collector:** Email Invitation 1 (Email)
**Started:** Friday, March 31, 2017 10:17:46 AM
**Last Modified:** Friday, March 31, 2017 10:44:11 AM
**Time Spent:** 00:26:25
**Custom Data:** No

---

## PAGE 1

| | |
|---|---|
| **Q1: Your Department:** | Legal Studies |
| **Q2: Name of Chair:** | Murray, Steven |

**Q3: Date:**

Please enter today's date:    3/31/2017

---

## PAGE 2

**Q4: Category: Leadership**

| | |
|---|---|
| Is accessible to faculty | Exceeds Expectations |
| Leads department in collaborative efforts | Exceeds Expectations |
| Leads in implementing goals of the department | Exceeds Expectations |
| Encourages innovative teaching methods | Exceeds Expectations |
| Facilitates curriculum development | Exceeds Expectations |
| Advocates for faculty and staff | Exceeds Expectations |
| Encourages faculty and staff's professional development | Exceeds Expectations |
| Works to improve professional relationships and morale within the department | Exceeds Expectations |
| Provides effective orientation to new faculty | Exceeds Expectations |
| Establishes and follows policies and practices consistent with collective bargaining agreement | Exceeds Expectations |
| Effectively mediates student/faculty and faculty/faculty complaints | Exceeds Expectations |

Comments
Chairman Murray is professional, supportive, and always available to provide assistance and guidance.

---

## PAGE 3

Evaluation of Department Chair by Faculty

**Q5: Category: Management**

| | |
|---|---|
| Recruits faculty and staff effectively | Exceeds Expectations |
| Manages budget efficiently | Exceeds Expectations |
| Manages faculty workload equitably | Exceeds Expectations |
| Implements college policies and procedures fairly | Exceeds Expectations |
| Recognizes faculty and staff for their contributions | Exceeds Expectations |
| Deals with faculty fairly and equitably | Exceeds Expectations |

**PAGE 4**

**Q6: Category: Problem Solving**

| | |
|---|---|
| Resolves conflicts fairly | Exceeds Expectations |
| Copes with unanticipated events | Exceeds Expectations |
| Gathers pertinent facts before responding to a problem | Exceeds Expectations |
| Enlists the help/expertise of others when needed | Exceeds Expectations |

**PAGE 5**

**Q7: Category: Planning**

| | |
|---|---|
| Provides leadership in establishing departmental goals | Exceeds Expectations |
| Encourages faculty/staff innovation | Exceeds Expectations |

**PAGE 6**

**Q8: Category: Communication**

| | |
|---|---|
| Shares information with faculty | Exceeds Expectations |
| Articulates department's vision and mission | Exceeds Expectations |
| Relates effectively to students | Exceeds Expectations |

**PAGE 7**

| | |
|---|---|
| **Q9: Please add any additional comments you wish below.** | *Respondent skipped this question* |

Evaluation of Department Chair by Faculty



**#43**                    **COMPLETE**
                          Collector: Email Invitation 1 (Email)
                          Started: Friday, March 31, 2017 12:42:43 PM
                          Last Modified: Friday, March 31, 2017 12:46:05 PM
                          Time Spent: 00:03:22
                          Custom Data: No

---

PAGE 1

---

**Q1: Your Department:**                          Criminal Justice/Laws

**Q2: Name of Chair:**                            Murray, Steven

**Q3: Date:**

Please enter today's date:   03/31/2017

---

PAGE 2

---

**Q4: Category: Leadership**

| | |
|---|---|
| Is accessible to faculty | Exceeds Expectations |
| Leads department in collaborative efforts | Exceeds Expectations |
| Leads in implementing goals of the department | Exceeds Expectations |
| Encourages innovative teaching methods | Exceeds Expectations |
| Facilitates curriculum development | Exceeds Expectations |
| Advocates for faculty and staff | Exceeds Expectations |
| Encourages faculty and staff's professional development | Exceeds Expectations |
| Works to improve professional relationships and morale within the department | Exceeds Expectations |
| Provides effective orientation to new faculty | Exceeds Expectations |
| Establishes and follows policies and practices consistent with collective bargaining agreement | Exceeds Expectations |
| Effectively mediates student/faculty and faculty/faculty complaints | Exceeds Expectations |

Comments
I have full faith and confidence in our Chairperson Steve Murray. I know I clicked exceeds expectations in all responses but its the truth.

---

PAGE 3

---

Evaluation of Department Chair by Faculty

**Q5: Category: Management**

| | |
|---|---|
| Recruits faculty and staff effectively | Exceeds Expectations |
| Manages budget efficiently | Exceeds Expectations |
| Manages faculty workload equitably | Exceeds Expectations |
| Implements college policies and procedures fairly | Exceeds Expectations |
| Recognizes faculty and staff for their contributions | Exceeds Expectations |
| Deals with faculty fairly and equitably | Exceeds Expectations |

PAGE 4

**Q6: Category: Problem Solving**

| | |
|---|---|
| Resolves conflicts fairly | Exceeds Expectations |
| Copes with unanticipated events | Exceeds Expectations |
| Gathers pertinent facts before responding to a problem | Exceeds Expectations |
| Enlists the help/expertise of others when needed | Exceeds Expectations |

Comments
Again, full faith and very satisfied with his decisions and cooperation

PAGE 5

**Q7: Category: Planning**

| | |
|---|---|
| Provides leadership in establishing departmental goals | Exceeds Expectations |
| Encourages faculty/staff innovation | Exceeds Expectations |

PAGE 6

**Q8: Category: Communication**

| | |
|---|---|
| Shares information with faculty | Exceeds Expectations |
| Articulates department's vision and mission | Exceeds Expectations |
| Relates effectively to students | Exceeds Expectations |

Comments
Steve has a very good reputation with the students.

PAGE 7

Evaluation of Department Chair by Faculty

**Q9: Please add any additional comments you wish below.**

*Respondent skipped this question*

Evaluation of Department Chair by Faculty

---

**#60**      **COMPLETE**

**Collector:** Email Invitation 1 (Email)
**Started:** Friday, March 31, 2017 2:34:52 PM
**Last Modified:** Friday, March 31, 2017 2:38:24 PM
**Time Spent:** 00:03:31
**Custom Data:** No

---

PAGE 1

---

**Q1: Your Department:**          Legal studies

**Q2: Name of Chair:**           Murray, Steven

**Q3: Date:**

Please enter today's date:   03/31/2017

---

PAGE 2

---

**Q4: Category: Leadership**

| | |
|---|---|
| Is accessible to faculty | Exceeds Expectations |
| Leads department in collaborative efforts | Exceeds Expectations |
| Leads in implementing goals of the department | Exceeds Expectations |
| Encourages innovative teaching methods | Exceeds Expectations |
| Facilitates curriculum development | Exceeds Expectations |
| Advocates for faculty and staff | Exceeds Expectations |
| Encourages faculty and staff's professional development | Exceeds Expectations |
| Works to improve professional relationships and morale within the department | Exceeds Expectations |
| Provides effective orientation to new faculty | Exceeds Expectations |
| Establishes and follows policies and practices consistent with collective bargaining agreement | Exceeds Expectations |
| Effectively mediates student/faculty and faculty/faculty complaints | Exceeds Expectations |

---

PAGE 3

---

Evaluation of Department Chair by Faculty

**Q5: Category: Management**

Recruits faculty and staff effectively                          Exceeds Expectations

Manages budget efficiently                                      Exceeds Expectations

Manages faculty workload equitably                              Exceeds Expectations

Implements college policies and procedures fairly              Exceeds Expectations

Recognizes faculty and staff for their contributions           Exceeds Expectations

Deals with faculty fairly and equitably                         Exceeds Expectations

PAGE 4

**Q6: Category: Problem Solving**

Resolves conflicts fairly                                       Exceeds Expectations

Copes with unanticipated events                                 Exceeds Expectations

Gathers pertinent facts before responding to a problem         Exceeds Expectations

Enlists the help/expertise of others when needed               Exceeds Expectations

PAGE 5

**Q7: Category: Planning**

Provides leadership in establishing departmental goals         Exceeds Expectations

Encourages faculty/staff innovation                             Exceeds Expectations

PAGE 6

**Q8: Category: Communication**

Shares information with faculty                                 Exceeds Expectations

Articulates department's vision and mission                    Exceeds Expectations

Relates effectively to students                                 Exceeds Expectations

PAGE 7

**Q9: Please add any additional comments you wish below.**

Top notch chair. A true professional



# COMMUNITY COLLEGE

## OF RHODE ISLAND

### Division of Academic Affairs

## Arts, Humanities, and Social Sciences

# Evaluation of Department Chair by Faculty
## 2018

Criminal Justice and Legal Studies

Steve Murray

Community College of Rhode Island, 400 East Ave., Warwick RI 02893, ccri.edu

0

Evaluation of Department Chair by Faculty

SurveyMonkey

# Q4 Category: Leadership

Answered: 3    Skipped: 0



|  | EXCEEDS EXPECTATIONS | SATISFACTORY | UNSATISFACTORY | NOT OBSERVED | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|
| Is accessible to faculty | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Leads department in collaborative efforts | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Leads in implementing goals of the department | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Encourages innovative teaching methods | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Facilitates curriculum development | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Advocates for faculty and staff | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |

Evaluation of Department Chair by Faculty                                                SurveyMonkey

| | | | | | | |
|---|---|---|---|---|---|---|
| Encourages faculty and staff's professional development | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |
| Works to improve professional relationships and morale within the department | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |
| Provides effective orientation to new faculty | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |
| Establishes and follows policies and practices consistent with collective bargaining agreement | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |
| Effectively mediates student/faculty and faculty/faculty complaints | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |

| # | COMMENTS | DATE |
|---|---|---|
| 1 | Strong leader who supports both professors and students. | 3/21/2018 10:11 AM |
| 2 | Top notch chair. Very open to meeting dept members | 3/3/2018 3:27 PM |

Evaluation of Department Chair by Faculty

SurveyMonkey

# Q5 Category: Management

Answered: 3     Skipped: 0



|  | EXCEEDS EXPECTATIONS | SATISFACTORY | UNSATISFACTORY | NOT OBSERVED | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|
| Recruits faculty and staff effectively | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Manages budget efficiently | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Manages faculty workload equitably | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Implements college policies and procedures fairly | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Recognizes faculty and staff for their contributions | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Deals with faculty fairly and equitably | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |

| # | COMMENTS | DATE |
|---|---|---|
| 1 | Extremely fair across the board | 3/21/2018 10:12 AM |
| 2 | Encourages faculty input | 3/3/2018 3:28 PM |

Evaluation of Department Chair by Faculty                                                SurveyMonkey

# Q6 Category: Problem Solving

Answered: 3    Skipped: 0



| | EXCEEDS EXPECTATIONS | SATISFACTORY | UNSATISFACTORY | NOT OBSERVED | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|
| Resolves conflicts fairly | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Copes with unanticipated events | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Gathers pertinent facts before responding to a problem | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |
| Enlists the help/expertise of others when needed | 100.00%<br>3 | 0.00%<br>0 | 0.00%<br>0 | 0.00%<br>0 | 3 | 3.00 |

| # | COMMENTS | DATE |
|---|---|---|
| 1 | There are few problems within our group if ever | 3/21/2018 10:12 AM |
| 2 | Includes all dept members in any discussion | 3/3/2018 3:30 PM |

Evaluation of Department Chair by Faculty                                    SurveyMonkey

# Q7 Category: Planning

Answered: 3     Skipped: 0



|  | EXCEEDS EXPECTATIONS | SATISFACTORY | UNSATISFACTORY | NOT OBSERVED | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|
| Provides leadership in establishing departmental goals | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |
| Encourages faculty/staff innovation | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |

| # | COMMENTS | DATE |
|---|---|---|
| 1 | Encourages development and pre plans accordingly | 3/21/2018 10:13 AM |
| 2 | Excellent leadership skills | 3/3/2018 3:31 PM |

Evaluation of Department Chair by Faculty

SurveyMonkey

# Q8 Category: Communication

Answered: 3    Skipped: 0



|  | EXCEEDS EXPECTATIONS | SATISFACTORY | UNSATISFACTORY | NOT OBSERVED | TOTAL | WEIGHTED AVERAGE |
|---|---|---|---|---|---|---|
| Shares information with faculty | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |
| Articulates department's vision and mission | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |
| Relates effectively to students | 100.00% 3 | 0.00% 0 | 0.00% 0 | 0.00% 0 | 3 | 3.00 |

| # | COMMENTS | DATE |
|---|---|---|
| 1 | Excellent communication skills with faculty and students | 3/3/2018 3:32 PM |

Evaluation of Department Chair by Faculty                                        SurveyMonkey

# Q9 Please add any additional comments you wish below.

Answered: 2    Skipped: 1

| # | RESPONSES | DATE |
|---|-----------|------|
| 1 | Very satisfied with our chairperson, exceeds all expecations | 3/21/2018 10:14 AM |
| 2 | Overall a great chairman. | 3/3/2018 3:32 PM |

Evaluation of Chair Murray by Faculty

# Steven Murray

Criminal Justice and Legal Studies
March 2019

## Leadership- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Is accessible to faculty | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 2 | Leads department in collaborative efforts | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 3 | Leads in implementing goals of the department | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 4 | Encourages innovative teaching methods | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 5 | Facilitates curriculum development | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 6 | Advocates for faculty and staff | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 7 | Encourages faculty and staff's professional development | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 8 | Works to improve professional relationships and morale within the department | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 9 | Provides effective orientation to new faculty | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 10 | Establishes and follows policies and practices consistent with collective bargaining agreement | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 11 | Effectively mediates student/faculty and faculty/faculty complaints | 80.00% | 0.00% | 0.00% | 20.00% | 5 |

## Any additional comments about leadership:

Steve has led our Department since I arrived full time in 2012. Steve has been a tremendous help to me personally and professionally since. Whenever I had a question or issue he has guided me and when he did not know an answer per se, he would direct me to the appropriate source of information. Steve also inspired, motivated and guided our department, both individually and collectively with distinction. Personally, since I have joined the staff, my Mother, Father, brother's wife, and father -in-law whom I was close to, passed away. During these troubling times, Steve was essentially phenomenal, being a boss, colleague, mentor and friend. I am grateful to him for his dedication and help during the good times and the not so good times as the aforementioned describes.

Steve is exceptional as the leader of our department. We are lucky to have such a dedicated chairman.

Great chair

Exceptional leader

| Excellent Department Chair -- a true leader. |
|---|

## Management- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Recruits faculty and staff effectively | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 2 | Manages budget efficiently | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 3 | Manages faculty workload equitably | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 4 | Implements college policies and procedures fairly | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 5 | Recognizes faculty and staff for their contributions | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 6 | Deals with faculty fairly and equitably | 100.00% | 0.00% | 0.00% | 0.00% | 5 |

## Any additional comments about management:

| |
|---|
| Steve manages our department where all that pertains to our department is done professionally, punctually and efficiently. We all feel as though we are valued and are stakeholders in the decisions that are made which affect our department. Every process undertaken is done fairly and equitably. |
| Steve has a management style that encourages all members of our department to excel at the highest levels. |
| Very fair to all members of the department |
| Exceptional |
| Manages the department very effectively. |

2

Evaluation of Chair Murray by Faculty

## Problem Solving- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Resolves conflicts fairly | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 2 | Copes with unanticipated events | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 3 | Gathers pertinent facts before responding to a problem | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 4 | Enlists the help/expertise of others when needed | 80.00% | 0.00% | 0.00% | 20.00% | 5 |

## Any additional comments about problem solving:

Under Steve's leadership I cannot remember an issue that was internal and caused any conflict or strife within our department. There is a tremendous sense of pride and esprit de corps within our department and a positive culture and atmosphere exists where we all feel the freedom to express our ideas and concerns without any fear at all of condemnation, indignation or any negative reinforcement at all. A strong sense of duty towards our program, school and each other has been established where a true feeling of comaraderie exists.

Whenever I have presented Steve with a problem he addresses the problem immediately and strives to resolve the issue quickly and professionally.

He is fair to all.

3

## Planning- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|----------|---------------------|--------------|----------------|--------------|-------|
| 1 | Provides leadership in establishing departmental goals | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 2 | Encourages faculty/staff innovation | 100.00% | 0.00% | 0.00% | 0.00% | 5 |

## Any additional comments about planning:

| |
|---|
| Under Steve's guidance we have planned effectively for events such as Law Day, and now introducing new online classes and potentially a new class that could be taught online or in a normal classroom setting. Steve both asks and appreciates any input or feedback we may give thus we feel free to be honest when doing so. |
| He's ahead of the curve. |

4

## Communication- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Shares information with faculty | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 2 | Articulates department's vision and mission | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 3 | Relates effectively to students | 100.00% | 0.00% | 0.00% | 0.00% | 5 |

## Any additional comments about communication:

| |
|---|
| I know for a fact Steve's students both appreciate him as a teacher but also as a mentor and person. He is highly respected among his students and peers. We as a group are informed of all that pertains to the department and college. We are kept up to date so to speak. |
| Steve has an open door policy that makes him a valuable asset to the College. |
| Highly effective communicator. |

## Please add any additional comments you wish below:

| |
|---|
| Overall great chair |
| Great leadership skills.  A leader with a growth mindset. |
| Steve has lead the department very well throughout his tenure. No complaints. |

5

Evaluation of Chair Murray by Dean Brophy-Baermann

# Steven Murray

Criminal Justice & Legal Studies
March 2020

## Category: Promotes Collaboration

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Is receptive to constructive suggestions | 0 | 1 | 0 | 0 |
| 2 | Is accessible to college administration | 0 | 1 | 0 | 0 |
| 3 | Is trusted by college administration | 0 | 1 | 0 | 0 |
| 4 | Works to improve working relationships and/or morale within the department | 0 | 0 | 0 | 1 |
| 5 | Negotiates and assigns responsibilities equitably | 0 | 1 | 0 | 0 |
| 6 | Enlists the help/expertise of others when needed | 0 | 1 | 0 | 0 |
| 7 | Is accessible to faculty and staff | 0 | 1 | 0 | 0 |
| | Total | 0 | 6 | 0 | 1 |

## Add any additional comments about collaboration:

Steve has demonstrated a willingness to meet with me on a regular basis, and has sought my input when he has faced challenges. I know he often works with other department chairs.

Evaluation of Chair Murray by Dean Brophy-Baermann

## Category: Exhibits Leadership

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|----------------------|--------------|----------------|--------------|
| 1 | Represents the department effectively within the college | 1 | 0 | 0 | 0 |
| 2 | Represents the department effectively outside of the college | 0 | 0 | 0 | 1 |
| 3 | Expedites administrative responsibilities in a timely manner | 0 | 1 | 0 | 0 |
| 4 | Effectively manages student recruitment | 1 | 0 | 0 | 0 |
| 5 | Effectively manages student retention | 0 | 1 | 0 | 0 |
| 6 | Deals with faculty fairly and equitably | 0 | 1 | 0 | 0 |
| 7 | Insures departmental and faculty compliance with faculty contract | 0 | 1 | 0 | 0 |
| 8 | Effectively supervises and reviews department and uses Banner efficiently | 0 | 0 | 0 | 1 |
| 9 | Is able to cope with unanticipated events | 0 | 1 | 0 | 0 |
| 10 | Gathers pertinent facts before acting on a problem | 1 | 0 | 0 | 0 |
| | Total | 3 | 5 | 0 | 2 |

## Add any additional comments about leadership:

Steve, and his CJLS colleagues, have made an above average effort to participate in enrollment events and to promote their programs. He has also demonstrated the effort to gather background information and relevant data before acting on a problem.

Evaluation of Chair Murray by Dean Brophy-Baermann

## Category: Encourages Excellence and Innovation:

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Encourages and facilitates effective tracking of curriculum development | 0 | 0 | 0 | 1 |
| 2 | Facilitates department efforts in faculty and staff recruitment | 0 | 0 | 0 | 1 |
| 3 | Recognizes faculty and staff for their contributions | 0 | 1 | 0 | 0 |
| 4 | Effectively manages academic assessment | 0 | 1 | 0 | 0 |
| 5 | Contributes to college compliance with NEASC and BOG/OHE standards | 0 | 0 | 0 | 1 |
| | Total | 0 | 2 | 0 | 3 |

## Add any additional comments about excellence and innovation:

Steve has demonstrated his ability to work with the assessment team to make sure the programs in his department are on track to be assessed regularly.

Evaluation of Chair Murray by Dean Brophy-Baermann

## Category: Communicates Effectively

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Is an effective advocate for faculty and staff | 0 | 1 | 0 | 0 |
| 2 | Effectively mediates student/faculty complaints | 0 | 1 | 0 | 0 |
| 3 | Resolves conflicts fairly | 0 | 1 | 0 | 0 |
| 4 | Responds to problems in a calm and capable manner | 0 | 1 | 0 | 0 |
| 5 | Shares information with faculty and/or staff | 0 | 0 | 0 | 1 |
| 6 | Articulates needs of the department to Dean and other college officials | 0 | 1 | 0 | 0 |
| 7 | Successfully articulates program's image and academic reputation | 0 | 1 | 0 | 0 |
| | Total | 0 | 6 | 0 | 1 |

## Add any additional comments about communication:

Steve communicates when necessary; he responds to inquiries promptly; and he takes responsibility for solving problems within his department seriously.

Evaluation of Chair Murray by Dean Brophy-Baermann

## Category: Manages the Affairs of the Division

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|---------------------|--------------|----------------|--------------|
| 1 | Coordinates process of promotions, tenure, hiring, and dismissals consistent with college policy and collective bargaining agreement | 0 | 1 | 0 | 0 |
| 2 | Adheres to College and Departmental policies and practices consistent with collective bargaining agreement | 1 | 0 | 0 | 0 |
| 3 | Initiates and coordinates work effectively | 0 | 1 | 0 | 0 |
| 4 | Manages budget and fiscal issues effectively and equitably | 0 | 0 | 0 | 1 |
| 5 | Insures that faculty mid-term and final grades are submitted in a timely manner | 0 | 0 | 0 | 1 |
| 6 | Insures timely and accurate submission of payroll | 0 | 1 | 0 | 0 |
| 7 | Insures accurate and timely receipt and submission of textbook orders | 0 | 0 | 0 | 1 |
| 8 | Submits Master Schedule in the established timeframe | 0 | 1 | 0 | 0 |
| | Total | 1 | 4 | 0 | 3 |

## Add any additional comments about management of the division:

Steve hews particularly closely to the collective bargaining agreement (as he should). He meets department and division deadlines consistently.

Evaluation of Chair Murray by Dean Brophy-Baermann

## Department Chair's Strengths:

Steve has been a source of institutional knowledge and past practice--very important for me as I learn more about CCRI in my new position.

## Department Chair's Weaknesses:

n/a

## Any additional comments?

Evaluation of Chair Murray by Faculty

# Steven Murray

Criminal Justice & Legal Studies
March 2020

**Leadership- Please select your level of agreement with the following statements for your chair.**

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Is accessible to faculty | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 2 | Leads department in collaborative efforts | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 3 | Leads in implementing goals of the department | 100.00% | 0.00% | 0.00% | 0.00% | 5 |
| 4 | Encourages innovative teaching methods | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 5 | Facilitates curriculum development | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 6 | Advocates for faculty and staff | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 7 | Encourages faculty and staff's professional development | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 8 | Works to improve professional relationships and morale within the department | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 9 | Provides effective orientation to new faculty | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 10 | Establishes and follows policies and practices consistent with collective bargaining agreement | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 11 | Effectively mediates student/faculty and faculty/faculty complaints | 100.00% | 0.00% | 0.00% | 0.00% | 6 |

## Any additional comments about leadership:

Excellent leadership. 2

Evaluation of Chair Murray by Faculty

I can safely speak for our entire department when I say that we trust Steve when it comes to all the various decisions he makes on the behalf of our department. He informs us, advocates for us and he simply has our back. Great leader.

Steven has all the qualities of a great leader. He leads by example and inspires the members of our department to perform at the very best of our ability. He sets the tone for what must be accomplished and motivates everyone in the department to see the value of our work and how our work fits into the broader mission of CCRI.

Steve is an excellent leader and is always available when you need him

Excellent Leader

Evaluation of Chair Murray by Faculty

## Management- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|----------|---------------------|--------------|----------------|--------------|-------|
| 1 | Recruits faculty and staff effectively | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 2 | Manages budget efficiently | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 3 | Manages faculty workload equitably | 83.33% | 16.67% | 0.00% | 0.00% | 6 |
| 4 | Implements college policies and procedures fairly | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 5 | Recognizes faculty and staff for their contributions | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 6 | Deals with faculty fairly and equitably | 100.00% | 0.00% | 0.00% | 0.00% | 6 |

## Any additional comments about management:

Excellent leadership. 2

Extremely fair. Again, we have trust that his decisions and how he manages us will be fair, honest and articulated well.

Steven demonstrates integrity on a daily basis in every decision that he makes.

Excellent Manager

Evaluation of Chair Murray by Faculty

## Problem Solving- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Resolves conflicts fairly | 83.33% | 0.00% | 0.00% | 16.67% | 6 |
| 2 | Copes with unanticipated events | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 3 | Gathers pertinent facts before responding to a problem | 83.33% | 16.67% | 0.00% | 0.00% | 6 |
| 4 | Enlists the help/expertise of others when needed | 100.00% | 0.00% | 0.00% | 0.00% | 6 |

## Any additional comments about problem solving:

Excellent leadership.  2

If Steve has any questions, he feels confident to come to us and we to him. We have a smooth running, cohesive group who works hard for our students and him.  Our success many times is through Steve.

Steven has strong problem solving skills.  When faced with a problem, conflict, or unanticipated event, Steven identifies the critical facts, seeks out help from faculty and experts if necessary,  and responds with a thoughtful action plan or resolution.

Excellent Problem Solver

Evaluation of Chair Murray by Faculty

## Planning- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Provides leadership in establishing departmental goals | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 2 | Encourages faculty/staff innovation | 100.00% | 0.00% | 0.00% | 0.00% | 6 |

## Any additional comments about planning:

Excellent leadership.  2

We all know in advance on what is planned, when, what we need to do, etc.

Steven sets goals and deadlines and encourages all members of our department to  present innovative ideas to accomplish our goals meet our deadlines.

Excellent Planner

Evaluation of Chair Murray by Faculty

## Communication- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Shares information with faculty | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 2 | Articulates department's vision and mission | 100.00% | 0.00% | 0.00% | 0.00% | 6 |
| 3 | Relates effectively to students | 100.00% | 0.00% | 0.00% | 0.00% | 6 |

## Any additional comments about communication:

Excellent leadership. 2

Articulates and shares info on a regular basis and doesn't pull any punches which we all appreciate.

Steven is in regular communication with the members of our department and always clearly articulates the mission of our department.

Excellent Communicator

## Please add any additional comments you wish below:

Excellent leadership. 2

Prof Murray's long history as a chair and experience as a chair has helped him in doing an excellent job of overseeing the department

Excellent Department Chair

**Annual Chair Evaluation Meeting**

**Professor Steve Murray**

**Thursday, April 22, 2021**

This note is to certify that the Annual Chair Evaluation for Steve Murray (Criminal Justice) took place today during our one-on-one meeting. Two Summary Evaluation Reports were reviewed and discussed during the meeting; namely, the Dean's Evaluation and the Criminal Justice Faculty Evaluation.

*Chair Murray received an overall "outstanding" evaluation from Interim Dean* Handley across all rating categories included in the rating scale. Chair Murray is to be commended for setting "high standards regarding the academic and professional preparation of his full-time and adjunct faculty" within the Criminal Justice department. He manages his department with dedication and efficiency.

One departmental faculty member completed the online evaluation of Chair Murray. The evaluation was very positive across all categories and featured ratings of "Exceeds Expectations" for every item on the survey. Comments included; "Top notch chair. Gets a grade of A as department chair in every category."

Chair Murray was encouraged to share his considerable academic expertise and insights with his AHSS colleagues and others at CCRI.

Allyson Handley                                        4-22-2021

Allyson Handley EdD        Steve Murray JD        Date

Interim Dean AHSS          Chair of Criminal Justice

Evaluation of Chair Murray by Interim Dean Handley

# Steven Murray
Criminal Justice & Legal Studies
March 2021

## Promotes Collaboration

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Is receptive to constructive suggestions | 0 | 1 | 0 | 0 |
| 2 | Is accessible to college administration | 1 | 0 | 0 | 0 |
| 3 | Is trusted by college administration | 0 | 1 | 0 | 0 |
| 4 | Works to improve working relationships and/or morale within the department | 1 | 0 | 0 | 0 |
| 5 | Negotiates and assigns responsibilities equitably | 1 | 0 | 0 | 0 |
| 6 | Enlists the help/expertise of others when needed | 0 | 1 | 0 | 0 |
| 7 | Is accessible to faculty and staff | 1 | 0 | 0 | 0 |
| | Total | 4 | 3 | 0 | 0 |

Add any additional comments about collaboration:

Chair Murray collaborates effectively with colleagues within his department and with the external Rhode Island legal and criminal justice community. I encourage him to share his expertise and insight with colleagues across the College.

Evaluation of Chair Murray by Interim Dean Handley

## Exhibits Leadership

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|---------------------|--------------|----------------|--------------|
| 1 | Represents the department effectively within the college | 1 | 0 | 0 | 0 |
| 2 | Represents the department effectively outside of the college | 0 | 0 | 0 | 1 |
| 3 | Expedites administrative responsibilities in a timely manner | 0 | 1 | 0 | 0 |
| 4 | Effectively manages student recruitment | 0 | 1 | 0 | 0 |
| 5 | Effectively manages student retention | 0 | 1 | 0 | 0 |
| 6 | Deals with faculty fairly and equitably | 1 | 0 | 0 | 0 |
| 7 | Insures departmental and faculty compliance with faculty contract | 1 | 0 | 0 | 0 |
| 8 | Effectively supervises and reviews department and uses Banner efficiently | 0 | 1 | 0 | 0 |
| 9 | Is able to cope with unanticipated events | 0 | 1 | 0 | 0 |
| 10 | Gathers pertinent facts before acting on a problem | 1 | 0 | 0 | 0 |
| | Total | 4 | 5 | 0 | 1 |

Add any additional comments about leadership:

Chair Murray has ably led the CJLS department for several years.

Evaluation of Chair Murray by Interim Dean Handley

## Encourages Excellence and Innovation:

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Encourages and facilitates effective tracking of curriculum development | 0 | 1 | 0 | 0 |
| 2 | Facilitates department efforts in faculty and staff recruitment | 1 | 0 | 0 | 0 |
| 3 | Recognizes faculty and staff for their contributions | 1 | 0 | 0 | 0 |
| 4 | Effectively manages academic assessment | 0 | 1 | 0 | 0 |
| 5 | Contributes to college compliance with NEASC and BOG/OHE standards | 0 | 1 | 0 | 0 |
| | Total | 2 | 3 | 0 | 0 |

Add any additional comments about excellence and innovation:

Chair Murray sets high standards regarding the academic and professional preparation of his full-time and adjunct faculty within CJLS. I encourage him to explore alternative delivery formats and scheduling that might attract additional students to the CJ and paralegal programs within his department.

Evaluation of Chair Murray by Interim Dean Handley

## Communicates Effectively

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|---------------------|--------------|----------------|--------------|
| 1 | Is an effective advocate for faculty and staff | 1 | 0 | 0 | 0 |
| 2 | Effectively mediates student/faculty complaints | 0 | 1 | 0 | 0 |
| 3 | Resolves conflicts fairly | 0 | 1 | 0 | 0 |
| 4 | Responds to problems in a calm and capable manner | 0 | 1 | 0 | 0 |
| 5 | Shares information with faculty and/or staff | 0 | 1 | 0 | 0 |
| 6 | Articulates needs of the department to Dean and other college officials | 1 | 0 | 0 | 0 |
| 7 | Successfully articulates program's image and academic reputation | 1 | 0 | 0 | 0 |
| | Total | 3 | 4 | 0 | 0 |

Add any additional comments about communication:

Chair Murray values clear and concise communication and he strives for those qualities in all of his own academic and administrative communications.

Evaluation of Chair Murray by Interim Dean Handley

## Manages the Affairs of the Division

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|:---:|:---:|:---:|:---:|
| 1 | Coordinates process of promotions, tenure, hiring, and dismissals consistent with college policy and collective bargaining agreement | 1 | 0 | 0 | 0 |
| 2 | Adheres to College and Departmental policies and practices consistent with collective bargaining agreement | 1 | 0 | 0 | 0 |
| 3 | Initiates and coordinates work effectively | 1 | 0 | 0 | 0 |
| 4 | Manages budget and fiscal issues effectively and equitably | 0 | 1 | 0 | 0 |
| 5 | Insures that faculty mid-term and final grades are submitted in a timely manner | 0 | 1 | 0 | 0 |
| 6 | Insures timely and accurate submission of payroll | 0 | 1 | 0 | 0 |
| 7 | Insures accurate and timely receipt and submission of textbook orders | 0 | 1 | 0 | 0 |
| 8 | Submits Master Schedule in the established timeframe | 0 | 1 | 0 | 0 |
| | Total | 3 | 5 | 0 | 0 |

Add any additional comments about management of the division:

Chair Murray conducts all departmental duties efficiently and conscientiously.

Evaluation of Chair Murray by Interim Dean Handley

Department Chair's Strengths:

Chair Murray is very dedicated to his department, his programs and his students. He is to be commended for his many years of service to faculty welfare through his leadership of the faculty union. Since stepping down from that demanding leadership role recently, he should be encouraged to utilize his considerable talents and expertise within other academic leadership roles at CCRI.

Department Chair's Weaknesses:

While not in reality a weakness, Chair Murray should consider new opportunities within CCRI to collaborate with faculty/Chairs outside of his department.

Any additional comments?

# Steve Murray

Criminal Justice and Legal Studies
March 2021

## Leadership- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Is accessible to faculty | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 2 | Leads department in collaborative efforts | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 3 | Leads in implementing goals of the department | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 4 | Encourages innovative teaching methods | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 5 | Facilitates curriculum development | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 6 | Advocates for faculty and staff | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 7 | Encourages faculty and staff's professional development | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 8 | Works to improve professional relationships and morale within the department | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 9 | Provides effective orientation to new faculty | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 10 | Establishes and follows policies and practices consistent with collective bargaining agreement | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 11 | Effectively mediates student/faculty and faculty/faculty complaints | 100.00% | 0.00% | 0.00% | 0.00% | 1 |

Any additional comments about leadership:

Evaluation of Chair Murray by Faculty

## Management- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Recruits faculty and staff effectively | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 2 | Manages budget efficiently | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 3 | Manages faculty workload equitably | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 4 | Implements college policies and procedures fairly | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 5 | Recognizes faculty and staff for their contributions | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 6 | Deals with faculty fairly and equitably | 100.00% | 0.00% | 0.00% | 0.00% | 1 |

Any additional comments about management:

## Problem Solving- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|----------|---------------------|--------------|----------------|--------------|-------|
| 1 | Resolves conflicts fairly | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 2 | Copes with unanticipated events | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 3 | Gathers pertinent facts before responding to a problem | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 4 | Enlists the help/expertise of others when needed | 100.00% | 0.00% | 0.00% | 0.00% | 1 |

Any additional comments about problem solving:

## Planning- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Provides leadership in establishing departmental goals | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 2 | Encourages faculty/staff innovation | 100.00% | 0.00% | 0.00% | 0.00% | 1 |

Any additional comments about planning:

## Communication- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Shares information with faculty | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 2 | Articulates department's vision and mission | 100.00% | 0.00% | 0.00% | 0.00% | 1 |
| 3 | Relates effectively to students | 100.00% | 0.00% | 0.00% | 0.00% | 1 |

Any additional comments about communication:

Top notch chair. Gets a grade of A as department chair in every category.

Evaluation of Chair Murray by Faculty

Please add any additional comments you wish below:

Excellent chair

# Steven Murray

Criminal Justice & Legal Studies

**March 2022**

## Category: Promotes Collaboration

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|---------------------|--------------|----------------|--------------|
| 1 | Is receptive to constructive suggestions | 0 | 1 | 0 | 0 |
| 2 | Is accessible to college administration | 1 | 0 | 0 | 0 |
| 3 | Is trusted by college administration | 0 | 1 | 0 | 0 |
| 4 | Works to improve working relationships and/or morale within the department | 1 | 0 | 0 | 0 |
| 5 | Negotiates and assigns responsibilities equitably | 0 | 1 | 0 | 0 |
| 6 | Enlists the help/expertise of others when needed | 0 | 1 | 0 | 0 |
| 7 | Is accessible to faculty and staff | 1 | 0 | 0 | 0 |
| | Total | 3 | 4 | 0 | 0 |

## Add any additional comments about collaboration:

Steve Murray has collaborated well. I have been informed of all faculty absences promptly. Steve enjoys a solid rapport with department members, and he has been available day and evening.

Evaluation of Chair Murray by Dean

## Category: Exhibits Leadership

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|---------------------|--------------|----------------|--------------|
| 1 | Represents the department effectively within the college | 1 | 0 | 0 | 0 |
| 2 | Represents the department effectively outside of the college | 0 | 1 | 0 | 0 |
| 3 | Expedites administrative responsibilities in a timely manner | 1 | 0 | 0 | 0 |
| 4 | Effectively manages student recruitment | 0 | 1 | 0 | 0 |
| 5 | Effectively manages student retention | 0 | 1 | 0 | 0 |
| 6 | Deals with faculty fairly and equitably | 1 | 0 | 0 | 0 |
| 7 | Insures departmental and faculty compliance with faculty contract | 0 | 1 | 0 | 0 |
| 8 | Effectively supervises and reviews department and uses Banner efficiently | 0 | 1 | 0 | 0 |
| 9 | Is able to cope with unanticipated events | 0 | 1 | 0 | 0 |
| 10 | Gathers pertinent facts before acting on a problem | 1 | 0 | 0 | 0 |
| | Total | 4 | 6 | 0 | 0 |

## Add any additional comments about leadership:

Steve has shown considerable oversight for all department matters, including curriculum. He has reviewed adjunct syllabuses and insured adjunct compliance.

Evaluation of Chair Murray by Dean

## Category: Encourages Excellence and Innovation:

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Encourages and facilitates effective tracking of curriculum development | 0 | 1 | 0 | 0 |
| 2 | Facilitates department efforts in faculty and staff recruitment | 0 | 1 | 0 | 0 |
| 3 | Recognizes faculty and staff for their contributions | 1 | 0 | 0 | 0 |
| 4 | Effectively manages academic assessment | 0 | 1 | 0 | 0 |
| 5 | Contributes to college compliance with NEASC and BOG/OHE standards | 0 | 1 | 0 | 0 |
| | Total | 1 | 4 | 0 | 0 |

## Add any additional comments about excellence and innovation:

Steve has arranged for his department to meet with Dr. Lauren Webb to prepare for the Department's APR, and I believe the Department will effectively review its curriculum.

Evaluation of Chair Murray by Dean

## Category: Communicates Effectively

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Is an effective advocate for faculty and staff | 1 | 0 | 0 | 0 |
| 2 | Effectively mediates student/faculty complaints | 0 | 0 | 0 | 1 |
| 3 | Resolves conflicts fairly | 0 | 1 | 0 | 0 |
| 4 | Responds to problems in a calm and capable manner | 0 | 1 | 0 | 0 |
| 5 | Shares information with faculty and/or staff | 1 | 0 | 0 | 0 |
| 6 | Articulates needs of the department to Dean and other college officials | 1 | 0 | 0 | 0 |
| 7 | Successfully articulates program's image and academic reputation | 1 | 0 | 0 | 0 |
| | Total | 4 | 2 | 0 | 1 |

## Add any additional comments about communication:

Steve Murray has always been an advocate for his Department's programs. He has led his Department to make some substantial changes to course offerings during the past two years that will further enhance the programs offered by the Department.

Evaluation of Chair Murray by Dean

## Category: Manages the Affairs of the Division

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|---------------------|--------------|----------------|--------------|
| 1 | Coordinates process of promotions, tenure, hiring, and dismissals consistent with college policy and collective bargaining agreement | 0 | 1 | 0 | 0 |
| 2 | Adheres to College and Departmental policies and practices consistent with collective bargaining agreement | 0 | 1 | 0 | 0 |
| 3 | Initiates and coordinates work effectively | 0 | 1 | 0 | 0 |
| 5 | Insures that faculty mid-term and final grades are submitted in a timely manner | 0 | 1 | 0 | 0 |
| 6 | Insures timely and accurate submission of payroll | 0 | 1 | 0 | 0 |
| 7 | Insures accurate and timely receipt and submission of textbook orders | 0 | 1 | 0 | 0 |
| 4 | Manages budget and fiscal issues effectively and equitably | 0 | 0 | 0 | 1 |
| 8 | Submits Master Schedule in the established timeframe | 1 | 0 | 0 | 0 |
| | Total | 1 | 6 | 0 | 1 |

## Add any additional comments about management of the division:

Steve has managed all of the routine tasks of a department chair accurately and promptly. He has submitted schedules and completed other chair tasks well ahead of deadlines. He has kept the dean informed throughout about matters related to faculty and students. He has adhered strictly to both the faculty and adjunct contracts.

Evaluation of Chair Murray by Dean

## Department Chair's Strengths:

Steve Murray knows his faculty well, including adjuncts. As a former union president, Steve knows what is required of a chair, and he has met all expectations. He has seen the need for the department to develop DL courses to meet student demand, and he has cooperated fully with the registrar and the administration to expand DL offerings. In short, he has performed all aspects of the chair's role well, and he has been responsive to requests and easy to work with.

## Department Chair's Weaknesses:

Not a weakness, necessarily, but I believe the Department could bring on an advisory board that includes more outside members from the law enforcement and legal communities. Steve has the contacts and ability to attract excellent community representatives. I would like to see Steve teach fewer courses each year, if only for his own well-being.

## Any additional comments?

Chair Murray and Professor England have advocated for the money necessary to improve the Criminalistics Lab, and I fully support their request.

# Steve Murray

Criminal Justice & Legal Studies

**March 2022**

## Leadership- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Is accessible to faculty | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 2 | Leads department in collaborative efforts | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 3 | Leads in implementing goals of the department | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 4 | Encourages innovative teaching methods | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 5 | Facilitates curriculum development | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 6 | Advocates for faculty and staff | 100.00% | 0.00% | 0.00% | 0.00% | 2 |
| 7 | Encourages faculty and staff's professional development | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 8 | Works to improve professional relationships and morale within the department | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 9 | Provides effective orientation to new faculty | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 10 | Establishes and follows policies and practices consistent with collective bargaining agreement | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 11 | Effectively mediates student/faculty and faculty/faculty complaints | 100.00% | 0.00% | 0.00% | 0.00% | 3 |

## Any additional comments about leadership:

Steve is all about team building, encouraging development as teachers and development as a department. He has taken the lead in promoting a new crime lab for the department. His advocacy and commitment to our department and the college as a whole is instrumental in our observable success.

## Management- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Recruits faculty and staff effectively | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 2 | Manages budget efficiently | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 3 | Manages faculty workload equitably | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 4 | Implements college policies and procedures fairly | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 5 | Recognizes faculty and staff for their contributions | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 6 | Deals with faculty fairly and equitably | 100.00% | 0.00% | 0.00% | 0.00% | 3 |

## Any additional comments about management:

Steve has always been effusive in his praise and in motivating each of us to succeed. He is fair and respects all of us as professionals and as people.

Evaluation of Chair Murray by Faculty

## Problem Solving- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|----------|---------------------|--------------|----------------|--------------|-------|
| 1 | Resolves conflicts fairly | 66.67% | 0.00% | 0.00% | 33.33% | 3 |
| 2 | Copes with unanticipated events | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 3 | Gathers pertinent facts before responding to a problem | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 4 | Enlists the help/expertise of others when needed | 100.00% | 0.00% | 0.00% | 0.00% | 3 |

## Any additional comments about problem solving:

In terms of conflicts within our department - we have none. Everything is done fairly and problems are solved if and when they due arise in an even keeled and equitable manner. Again respecting all in the process.

Evaluation of Chair Murray by Faculty

## Planning- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|----------|---------------------|--------------|----------------|--------------|-------|
| 1 | Provides leadership in establishing departmental goals | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 2 | Encourages faculty/staff innovation | 100.00% | 0.00% | 0.00% | 0.00% | 3 |

## Any additional comments about planning:

His guidance and leadership has been instrumental in the pursuit of a new crime lab. I personally look to Steve for guidance and advice and he has not let me down.

Evaluation of Chair Murray by Faculty

## Communication- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|----------|---------------------|--------------|----------------|--------------|-------|
| 1 | Shares information with faculty | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 2 | Articulates department's vision and mission | 100.00% | 0.00% | 0.00% | 0.00% | 3 |
| 3 | Relates effectively to students | 100.00% | 0.00% | 0.00% | 0.00% | 3 |

## Any additional comments about communication:

During our departmental meetings we are quickly informed of all that is transpiring in the college and how it may potentially affect us as a department and the students enrolled in our curriculum. Steve's focus is always on the students which we are all lock step with.

Evaluation of Chair Murray by Faculty

## Please add any additional comments you wish below:

Steve is our recognized leader whom we not only respect but personally like as well. True leader.

# Steve Murray

Criminal Justice & Legal Studies
**March 2023**

## Category: Promotes Collaboration

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Is receptive to constructive suggestions | 0 | 0 | 1 | 0 |
| 2 | Is accessible to college administration | 1 | 0 | 0 | 0 |
| 3 | Is trusted by college administration | 0 | 1 | 0 | 0 |
| 4 | Works to improve working relationships and/or morale within the department | 1 | 0 | 0 | 0 |
| 5 | Negotiates and assigns responsibilities equitably | 0 | 1 | 0 | 0 |
| 6 | Enlists the help/expertise of others when needed | 0 | 1 | 0 | 0 |
| 7 | Is accessible to faculty and staff | 1 | 0 | 0 | 0 |
| | **Total** | **3** | **3** | **1** | **0** |

## Add any additional comments about collaboration:

Steve creates a good working relationship in his department. While he is receptive to some constructive suggestions from me, there are other times when he is not receptive, e.g. expanding the pool of adjuncts certified to teach online, or the number of overload exceptions a faculty member can teach.

## Category: Exhibits Leadership

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Represents the department effectively within the college | 0 | 1 | 0 | 0 |
| 2 | Represents the department effectively outside of the college | 1 | 0 | 0 | 0 |
| 3 | Expedites administrative responsibilities in a timely manner | 1 | 0 | 0 | 0 |
| 4 | Effectively manages student recruitment | 0 | 1 | 0 | 0 |
| 5 | Effectively manages student retention | 0 | 0 | 1 | 0 |
| 6 | Deals with faculty fairly and equitably | 1 | 0 | 0 | 0 |
| 7 | Insures departmental and faculty compliance with faculty contract | 1 | 0 | 0 | 0 |
| 8 | Effectively supervises and reviews department and uses Banner efficiently | 0 | 1 | 0 | 0 |
| 9 | Is able to cope with unanticipated events | 0 | 0 | 0 | 1 |
| 10 | Gathers pertinent facts before acting on a problem | 0 | 1 | 0 | 0 |
| | **Total** | 4 | 4 | 1 | 1 |

## Add any additional comments about leadership:

Steve is respected by his colleagues in the department, as proven by his re-election earlier this semester. Steve needs use his leadership to develop an enrollment plan that will bring more students into the department and effectively retain them. Other areas where Steve needs to use his leadership is listed at the end of this evaluation.

Evaluation of Chair Murray by Dean Stargard

## Category: Encourages Excellence and Innovation:

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|----------------------|--------------|----------------|--------------|
| 1 | Encourages and facilitates effective tracking of curriculum development | 0 | 1 | 0 | 0 |
| 2 | Facilitates department efforts in faculty and staff recruitment | 0 | 1 | 0 | 0 |
| 3 | Recognizes faculty and staff for their contributions | 1 | 0 | 0 | 0 |
| 4 | Effectively manages academic assessment | 0 | 0 | 1 | 0 |
| 5 | Contributes to college compliance with NECHE and BOG/OHE standards | 0 | 1 | 0 | 0 |
| | **Total** | **1** | **3** | **1** | **0** |

## Add any additional comments about excellence and innovation:

Steve has continued to attract talented professionals to teach in the department. He needs to use that same commitment to excellence in developing an assessment rubric and an enrollment plan.

Evaluation of Chair Murray by Dean Stargard

## Category: Communicates Effectively

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|---|---|---|---|---|
| 1 | Is an effective advocate for faculty and staff | 1 | 0 | 0 | 0 |
| 2 | Effectively mediates student/faculty complaints | 0 | 0 | 0 | 1 |
| 3 | Resolves conflicts fairly | 0 | 0 | 0 | 1 |
| 4 | Responds to problems in a calm and capable manner | 0 | 0 | 0 | 1 |
| 5 | Shares information with faculty and/or staff | 0 | 1 | 0 | 0 |
| 6 | Articulates needs of the department to Dean and other college officials | 0 | 1 | 0 | 0 |
| 7 | Successfully articulates program's image and academic reputation | 0 | 1 | 0 | 0 |
| | **Total** | **1** | **3** | **0** | **3** |

## Add any additional comments about communication:

Steve is a strong advocate for his department. He shares information with his faculty and staff colleagues and articulates the need of the department to me.

Evaluation of Chair Murray by Dean Stargard

## Category: Manages the Affairs of the Division

| # | Question | Exceeds Expectations | Satisfactory | Unsatisfactory | Not Observed |
|---|----------|:---:|:---:|:---:|:---:|
| 2 | Adheres to College and Departmental policies and practices consistent with collective bargaining agreement | 0 | 1 | 0 | 0 |
| 3 | Initiates and coordinates work effectively | 0 | 1 | 0 | 0 |
| 1 | Coordinates process of promotions, tenure, hiring, and dismissals consistent with college policy and collective bargaining agreement | 1 | 0 | 0 | 0 |
| 4 | Manages budget and fiscal issues effectively and equitably | 1 | 0 | 0 | 0 |
| 5 | Insures that faculty mid-term and final grades are submitted in a timely manner | 1 | 0 | 0 | 0 |
| 6 | Insures timely and accurate submission of payroll | 1 | 0 | 0 | 0 |
| 7 | Insures accurate and timely receipt and submission of textbook orders | 0 | 0 | 0 | 1 |
| 8 | Submits Master Schedule in the established timeframe | 1 | 0 | 0 | 0 |
| | **Total** | **5** | **2** | **0** | **1** |

## Add any additional comments about management of the division:

As an experienced Chair, Steve does a very good job in managing the day-today responsibilities of payroll, grade submissions, etc. in his department.

Evaluation of Chair Murray by Dean Stargard

## Department Chair's Strengths:

Steve is firmly committed to the faculty and staff of his department. This year he has started the important work to create and renew transfer articulations, e.g. Roger Williams University. This will significantly help the graduates in his department. Steve also provided key leadership in establishing a Law Enforcement Day in December 2022 (for CCRI current students) and continuing Law Day in March 2023 (for high school students and current CCRI students).

## Department Chair's Weaknesses:

Steve needs to: (1) address the lower enrollment #s in his department by developing an enrollment plan; (2) develop an assessment rubric for course/program outcomes; (3) incorporate a work-based learning component in the capstone or other course that all students in the program take; and (4) encourage more adjuncts to become certified to teach online courses.

## Any additional comments?

Evaluation of Chair Murray by Faculty

# Steve Murray

Criminal Justice & Legal Studies
**March 2023**

## Leadership- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Is accessible to faculty | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 2 | Leads department in collaborative efforts | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 3 | Leads in implementing goals of the department | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 4 | Encourages innovative teaching methods | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 5 | Facilitates curriculum development | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 6 | Advocates for faculty and staff | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 7 | Encourages faculty and staff's professional development | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 8 | Works to improve professional relationships and morale within the department | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 9 | Provides effective orientation to new faculty | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 10 | Establishes and follows policies and practices consistent with collective bargaining agreement | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 11 | Effectively mediates student/faculty and faculty/faculty complaints | 100.00% | 0.00% | 0.00% | 0.00% | 4 |

## Any additional comments about leadership:

Top notch chair.

Steve is an outstanding Chairperson. All circles were clicked "exceeds expectations" as this is the truth regarding what Steve does in all facets within our Department. He ensures we are heard; he treats with nothing but respect and professionalism; he works with us to ensure we have schedules that both serve the students and us individually; he constantly is thinking of how we can improve our product/brand and provide what is best with the students in mind. He serves as a mentor, someone we can talk to and we all consider a good friend and more than just our chairperson.

Steve is without a doubt a proven leader and responds immediately to any issues that arise. CCRI is very fortunate to have him as department chair.

Evaluation of Chair Murray by Faculty

## Management- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|----------|----------------------|--------------|----------------|--------------|-------|
| 1 | Recruits faculty and staff effectively | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 2 | Manages budget efficiently | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 3 | Manages faculty workload equitably | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 4 | Implements college policies and procedures fairly | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 5 | Recognizes faculty and staff for their contributions | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 6 | Deals with faculty fairly and equitably | 100.00% | 0.00% | 0.00% | 0.00% | 3 |

## Any additional comments about management:

Steve is extremely fair, recognizes what each professor -both full time and adjunct bring to the table in terms of expertise. He is respectful and a consumate professional.

Evaluation of Chair Murray by Faculty

## Problem Solving- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|----------|---------------------|--------------|----------------|--------------|-------|
| 1 | Resolves conflicts fairly | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 2 | Copes with unanticipated events | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 3 | Gathers pertinent facts before responding to a problem | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 4 | Enlists the help/expertise of others when needed | 100.00% | 0.00% | 0.00% | 0.00% | 4 |

## Any additional comments about problem solving:

Steve is the ultimate problem solver. He solves issues before becoming problems. We have yet (11 years) had an issue that could constitute as being termed a problem as his foresight eliminates an potential issues. He is thorough and communicates all that is germane to us.

Steve is very responsive to any problems that I have brought to the department.

Evaluation of Chair Murray by Faculty

## Planning- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|----------|---------------------|--------------|----------------|--------------|-------|
| 1 | Provides leadership in establishing departmental goals | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 2 | Encourages faculty/staff innovation | 100.00% | 0.00% | 0.00% | 0.00% | 4 |

## Any additional comments about planning:

A true leader

Evaluation of Chair Murray by Faculty

## Communication- Please select your level of agreement with the following statements for your chair.

| # | Question | Exceeds expectations | Satisfactory | Unsatisfactory | Not Observed | Total |
|---|---|---|---|---|---|---|
| 1 | Shares information with faculty | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 2 | Articulates department's vision and mission | 100.00% | 0.00% | 0.00% | 0.00% | 4 |
| 3 | Relates effectively to students | 100.00% | 0.00% | 0.00% | 0.00% | 4 |

## Any additional comments about communication:

Steve, both shares information with us and the college as a whole when the situations arise.

Steve is always available and quick to respond to any situation.

Evaluation of Chair Murray by Faculty

## Please add any additional comments you wish below:

Great chair