# EXHIBIT FF





**Community College of Rhode Island**

**NEASC 2014 Accreditation Report**

**Table of Contents**

**Institutional Characteristics Form**……………………………….. i- viii

**Table of CIHE Actions**…………………………………………….. ix-xi

**Institutional Overview** ………………………………………………..  2 - 8

**Introduction**  …………………………………………………….. 9-15

**Standard One :** Mission and Purposes ……………………………..16-21

**Standard Two :** Planning and Evaluation …………………………..22-32

**Standard Three :** Governance ……………………………………... 33-40

**Standard Four :** The Academic Program ………………………….. 41-59

**Standard Five :** Faculty ……………………………………………. 60-74

**Standard Six :** Students ……………………………………………. 75-85

**Standard Seven:** Library and Other Information Resources……….. 86-91

**Standard Eight** : Physical and Technological Resources…………..  92-100

**Standard Nine :** Financial Resources……………………………….101-112

**Standard Ten :** Public Disclosure ……………………………………113-116

**Standard Eleven :** Integrity…………………………………………...117-122

**Appendix**

# Institutional Overview

From its modest beginning as Rhode Island Junior College with 325 students in 1964 to its current enrollment of more than 17,699 students in Fall 2013, the Community College of Rhode Island (CCRI) has grown to meet the goals of its founders. Since being established by the Rhode Island General Assembly, the college's charge has been to provide academic transfer programs, career-oriented training and student support services of the highest caliber.

CCRI grants the Associate in Arts (A.A.), the Associate in Science (A.S.), the Associate in Applied Science (A.A.S.), the Associate in Applied Science in Technical Studies (A.A.S.-T.S.) and the Associate in Fine Arts (A.F.A.) degrees. Multiple one-year certificates are also awarded. CCRI currently offers almost 100 programs, certificates and related majors.

Living up to its mission, the Community College of Rhode Island offers open access to programs in academic and vocational-technical areas as well as a full complement of programs and services for full- and part-time students, for recent high school graduates and for older, adult learners. The student body at the Community College of Rhode Island enjoys considerable diversity in ages, cultures and experiences. In Fall 2013, 59.2 percent were women, 69.2 percent were part-time, 35 percent were from an ethnic minority group, and 38 percent were 25 years of age or older.

Current survey results indicate that 26.7 percent of 2012 graduating students self-reported as enrolling on their own or through the coordinated Joint Admissions Agreement Program in a four-year college or university, with 4.4 percent reporting enrolling in community colleges or "other" type schools. Others complete career-oriented programs that can lead to immediate employment. In fact, the Community College of Rhode Island is the largest provider of health care workers in the state. Its high academic standards prepare CCRI graduates for transfer or for entering the workforce, thus contributing to Rhode Island's economy.

In addition, the college's Center for Workforce and Community Education (CWCE) offers programming through customized training, corporate alliances, community partnerships and credit and non-credit continuing education. CWCE works collaboratively to fulfill its mission through the following:
- The Adult Basic Education Office
- The Community Education Office
- Business and Economic Development
- Adult Skills Training
- DLT-TRADE Program
- Workforce Investment Act (WIA) programs

In 2012-13, CWCE programs supported more than 35,000 participants (duplicated headcount) in gaining additional education and training.

CCRI opens its facilities for public use, sponsors programs on issues of public concern, and offers workshops and seminars for small businesses, for government agencies and for individuals seeking to improve their skills or enhance their lives.

In every sense, CCRI – as a community resource and the state's only two-year, degree-granting institution – strives to meet the educational needs of the people of this state by adhering to its mission of "building on our rich tradition of excellence in teaching and our dedication to all students with the ability and motivation to succeed." The college's Mission Statement says, "CCRI is the state's only public comprehensive community college and associate-degree granting institution. We provide affordable open access to higher education at locations throughout the state. Our primary mission is to offer recent high school graduates and returning adults the opportunity to acquire the knowledge and the skills necessary for intellectual, professional, and personal growth through an array of academic, career, and lifelong learning programs. We meet the wide-ranging educational needs of our diverse student population, building on our rich tradition of excellence in teaching and our dedication to all students with the ability and motivation to succeed. We set high academic standards necessary for transfer and career success, champion diversity, respond to community needs and contribute to the state's economic development and the region's workforce."

CCRI maintains four main campuses located throughout the state, and two satellite facilities. These include:

**Main campuses**:
- The Knight Campus in Warwick is located on 205 acres adjacent to I-95 and I-295. All academic facilities on this campus are housed under one roof. Physical fitness classes are offered in the adjacent field house.
- The Flanagan Campus in Lincoln occupies a 300-acre site off Louisquisset Pike. The campus features one building composed of three connected modules, totaling nearly 7.5 acres of floor space. The field house on the campus contains a swimming pool.
- The Liston Campus in Providence is located on almost 7 acres of land on the capital city's south side. The contemporary brick structure contains more than 25 classrooms, several science, allied health and computer labs, a central atrium and a 250-seat auditorium.
- The Newport County Campus occupies a 5-acre site off Coddington Highway. The 65,000 square-foot campus appears as a single, three-story building that is, in fact, three connected structures including a student services complex, a classroom/laboratory wing and a 240-seat auditorium.

**Satellite facilities**:
- Shepard Building in Downcity Providence
- Westerly High School in Westerly

**Recent highlights**

President Ray Di Pasquale assumed his presidency on July 1, 2006, after serving as interim president beginning in December 2005. President Di Pasquale assumed his role at a time when the college was experiencing organizational unrest as a result of the resignation of its president and difficulties in key operational areas such as the budget and enrollment. The college was facing a large deficit and enrollment was at an all-time low. The college community experienced

deep divisions among various groups, all of which contributed to poor morale among faculty and staff.

As noted in the college's fifth-year interim report, within a short time, President Di Pasquale instituted new systems and processes that helped stabilize the institution and improve morale. The president was called upon to assume the role of commissioner of higher education from 2009-13 in addition to his presidential responsibilities. In spite of the extra demands on his time and energy, he has provided the leadership and oversight that have enabled the CCRI community to make tremendous progress. As the self-study articulates, while there is always more work to be completed, the college community has much to be proud of. Highlights of achievements occurring under the president's leadership include:

- College has continued to operate on sound financial footing, utilizing data to infuse its planning and decision-making.
- Increased the number of degrees and certificates awarded, with the highest number awarded in 2012-13, an increase of 18 percent from the prior year.
- Achieved the highest minority enrollment (35 percent) in Fall 2013.
- Over the last six years, the distance learning enrollment has increased by more than 160 percent resulting in more than 1,600 students enrolling in one or more distance learning class.
- Increased fall-to-spring retention rates for full-time students for three consecutive years, with a current rate of 82.1 percent. CCRI's retention rate is higher than that of the other state public institutions, the University of Rhode Island (URI) and Rhode Island College (RIC).
- Reported the highest IPEDS graduation rate over three years in the college's history: nearly 13 percent for the 2010 cohort (three years), 17 percent for the 2009 cohort over four years and 15 percent for the 2008 cohort over four years.
- Demonstrated an increase of more than 43 percent in training and development credit enrollments in Fall 2013.
- Invested in state-of-the-art electronic communications for students, faculty and staff, contributing to a greater sense of community.
- Awarded a grant in September 2011from the Department of Labor Trade Adjustment Assistance Community College and Career Training Grant for $3.4 million; surpassed goals of key objectives within the first year of the grant.
- Raised more than $5 million dollars within the last five years through the CCRI Foundation and Capital Campaign.
- Center for Workforce and Community Education (CWCE) generated revenue in excess of $23 million over the last five years.

While this list of accomplishments indicates significant achievements for the college, these are even more remarkable when one considers the financial climate of Rhode Island since 2006. The above-listed successes occurred within a fiscal climate that shared the following characteristics:
- CCRI held tuition increases to a reasonable level in the interest of maintaining affordability; since 2006, in-state tuition and fees have risen 14.5 percent, and CCRI has frozen tuition two out of the last four years.

- Tuition at CCRI is in the middle of the rankings compared to other New England states.
- State investment and funding have decreased by 2 percent since 2006.
- CCRI has generated "internal savings" through a variety of efficiencies and reinvested these savings within the college.
- Overall, Rhode Island ranks third to last of New England states for public higher education funding.

The following are examples of some of the major achievements within individual divisions of the college:

- Facilities

    The college completed an assessment of the deferred maintenance needs of all campuses in the spring of 2009. The assessment included a review of all of the physical structures, the mechanical systems, and the infrastructures of each campus. Some of the major projects that have been completed since the audit include entering into a contract with an energy services company for $13.9 million to include additional cost-saving measures. As part of this agreement, various upgrades (lighting, electric to gas conversion, HVAC upgrades) have been implemented across the four main campuses. Utility savings have funded much of the project and additional savings are used to fund additional facilities projects.

- Fiscal health

    Mindful of the resource challenges resulting from reductions in state funding, the college has raised significant additional funds:
    - The Center for Workforce and Community Education has generated an additional $23 million in revenue since FY 2009 in direct support for the programs that are then expensed by these dollars.
    - The CCRI Foundation has raised nearly $4 million dollars since FY 2009.
    - The Capital Campaign has generated $1.5 million dollars in additional revenue.

- Technology upgrades

    CCRI was selected as the "anchor institution" for the National Telecommunications and Information Administration's (NTIA) Broadband Technology Opportunities Program (BTOP) grant program at both the Newport and Knight campuses. As such, these locations provide a central point of broadband distribution to Aquidneck Island and Warwick neighborhoods and the institutions located within them (higher education, municipalities, health organizations, libraries and security and safety providers) through the Ocean State Higher Education Economic Development and Administrative Network. These broadband distribution centers provide a significant increase in bandwidth and network capabilities for organizations to take advantage of higher throughput on the Internet and Internet 2.

    Additionally, CCRI has increased its virtual desktop and virtual machine presence on the four campuses by 200 percent over the last year enabling virtual testing, online instruction and centralized management of essential services while reducing technology replacement budget requirements within this same time period.

> Finally, using the BTOP network upgrade, CCRI has created a **Virtual Private LAN Service** (**VPLS**) "mesh network" that provides fault tolerance and redundancy between the four campuses, increases the bandwidth allocation to all students from 1Mbps to 10Mbps, provides dynamic bandwidth configuration changes from campus to campus on demand, improves the network connection to the Rhode Island Department of Administration (effectively treating that organization as another campus) and expanding the business continuity capabilities of the college and its single data center.

- Academic achievements
    - Increased graduation rates:
        - In 2004, the college's graduation rate was 9.6 percent; by 2009, the graduation rate had increased to nearly 17 percent over four years. If the graduation rate for the 2009 cohort that was college ready is considered, the graduation rate increases to 16.9 percent.
    - Updated the Academic Program Review (APR) process to include more information on the following elements:
        - Assessment of the currency of academic programs relative to the goals of corresponding transfer programs or to occupational forecasting trends.
        - Effective practices for incorporating advisory boards.
        - Planning for educational and economic trends projected for Rhode Island.
    - Created a Center for Innovative Teaching, Learning and Assessment (CITLA) http://www.ccri.edu/citla in 2010 to serve as a resource for faculty and as an incubator for innovation.
        - Provided more than 30 professional development activities, workshops and symposiums featuring nationally recognized speakers.
        - Surveyed faculty regularly soliciting feedback and suggestions for future program offerings.
        - Created a CITLA website that provides links to resources in teaching and assessment, conference opportunities, teaching tips and links to other teaching centers.
        - Created a mechanism for faculty to provide feedback and suggestions electronically.

- Student Services

In 2012, CCRI added Connect to College, a federally funded College Access Challenge Grant program administered through the Office of Opportunity and Outreach, to its cadre of support services for students who are low-income, first generation in college or otherwise from underrepresented backgrounds. Connect to College works in partnership with the College Crusade and area high schools to assist first-time freshmen in their successful transition to CCRI and help them navigate the college environment.

Over the past five years, CCRI's Early College Readiness programs, administered through the Office of Opportunity and Outreach, sought and acquired more than $500,000 in grant funds

(federal, state and private) to expand dual enrollment opportunities for Rhode Island high schools statewide.

- o Opportunities included College Success classes (more than 2,000 student participants) and remedial math opportunities based on ACCUPLACER scores.

- o Students participating in the Early College Readiness activities received both college credit (for LRCT1020) and credit toward high school graduation.

- Center for Workforce and Community Education (CWCE)
  Secured $3.4 million Department of Labor grant in September 2011 for training unemployed and underemployed trade-eligible and other dislocated workers, including veterans; program is strongly aligned with Industry Partnerships funded through the Governor's Workforce Board.

In summary, as the approach to the self-study process describes, CCRI has utilized the self-study process as an opportunity to acknowledge its progress and to identify areas that the college would like to strengthen. In developing a new strategic plan, the college had a similar opportunity to research and prioritize the next set of initiatives to increase its effectiveness. Based on ongoing commitment to continuous improvement, the college knows it has more that it can do to improve overall institutional effectiveness.

The college is confident that it is poised to address the next stage of its development. For the first time in seven years, the president has a full senior staff in place and the new vice president for Academic Affairs has all of his academic deans in place as well. Guided by a new strategic plan and the projections identified in the self-study, the college is energized and ready to move forward, building upon its many significant accomplishments within the last 10 years. In Fall 2013 each major area of the college began developing specific goals, benchmarks and outcome measures to guide the college's progress on implementing the new strategic plan. These concrete editions will enable the college to utilize data in evaluating progress and making future decisions.

Finally, as is discussed in further detail in Standard Three, the state has experienced multiple approaches for overseeing higher education since the college's last 10-year accreditation visit. Between 2009-13, there have been three distinct separate boards of higher education and four different board chairs of these organizations. The current model includes a Board of Education responsible for overseeing all of K-20 education. In spite of the frequently changing external governance structures overseeing the college's work, CCRI has demonstrated its ability to set and maintain a strong, clear course to achieve its strategic priorities and aspirational goals on behalf of improving its institutional effectiveness.

## Introduction: a description of CCRI's approach to the self-study process

President Di Pasquale embraced using the self-study process as a genuine opportunity for the faculty, staff and his leadership team to examine what CCRI has accomplished in the last 10 years, what the college sees as its current and next set of challenges, and what are the resulting strategic and operational priorities over the next 10-year period. Even though CCRI was not scheduled for a site visit until spring of 2014, the president initiated steps to set the process in motion in May 2011. He assigned oversight responsibility for preparing the self-study to the Vice President for Academic Affairs Lela Morgan, who was supported initially in this role by Dr. Denise Yordy, professor of Biology and Donna Mesolella, the Academic Affairs coordinator. In the spring of 2013, Dr. Yordy found it necessary to relinquish her role for personal reasons and was replaced by Jack Renza, professor of Business. This small group is referred to throughout the document as the NEASC leadership team. In July 2013, the college's new Vice President for Academic Affairs Dr. Gregory Lamontagne assumed leadership of the NEASC self-study process, replacing the former Vice President Mrs. Morgan, who retired on June 30, 2013.

In the spring of 2011, the president and vice president for Academic Affairs requested nominations for individuals to serve as co-chairs to lead the work of each Standard's team. Once nominations were completed, the president and his senior staff finalized the list of co-chairs and invited all of the co-chairs to an orientation luncheon in mid-June 2011. This group became known as the NEASC executive team. (See Appendix Intro-I for a list of members.)

Speaking at the luncheon, the president stressed the importance of the self-study process as a way of helping the college improve its effectiveness and charged this group of nearly 30 people (29 co-chairs) with the full responsibility of identifying areas in need of improvement. Beginning the self-study process well in advance of the scheduled NEASC Team Site Visit allowed CCRI to provide the community with lead time to begin addressing selected projection priorities corresponding to areas identified as needing improvement in the appraisal stage.

In order to ensure that everyone on the NEASC executive team was well acquainted with both the revised July 2011 NEASC Standards and the overall self-study process, the college invited Dr. Pat O'Brien, NEASC's deputy director of the commission, to present an overview of the accreditation process to the NEASC executive team on June 28, 2011. Dr. O'Brien highlighted the critical aspects of preparing a beneficial self-study as well as what NEASC visiting teams expect in terms of candor and data to support statements made by the college. In October 2011, the college sent the first of two CCRI teams to the NEASC Orientation Workshop; the first CCRI team consisted of President Di Pasquale, and Dr. Yordy.

The co-chairs of each Standard were encouraged to recruit faculty and staff members representing diversified roles and perspectives to populate their individual teams. During the Opening Day Convocation on Sept. 7, 2011, the president shared with the full college community that the self-study process had begun, encouraging members of the community to become involved. In order to foster transparency in the ongoing deliberations of preparing a self-study, the college created and has maintained a website dedicated to its NEASC preparations

(www.ccri.edu/neasc) containing lists of committee memberships, agendas for meetings, materials presented at the meetings, etc.

To continue fostering an atmosphere of transparency as well as to encourage a cross-campus assessment of each Standard's ongoing findings, the entire NEASC executive team met monthly for most of the 2011-12 academic year. Within the course of the semester, co-chairs began deliberations by meeting with their teams or committees to identify the college's current practices related to each standard. Committees then presented their findings under the heading of <u>Description</u> to the entire NEASC executive team, allowing the opportunity for the team to ask questions and make suggestions in order to enhance the work of each standard. Next, committees were asked to tackle the more difficult task of <u>Appraisal</u> of current practices. Results of this exercise were shared with the entire NEASC team, and members provided feedback to each group. Finally, near the end of the fall semester, teams were invited to share the emerging priorities or <u>Projections</u> for future work with the entire NEASC team.

As one might expect, this process of sharing findings and perspectives with the entire group exemplified the multitude of perspectives and approaches that exist within a large organization regarding almost any substantive issue. In order to foster a more cohesive approach, Vice President Morgan, along with the other members of the NEASC leadership team, met individually with each set of co-chairs to review their findings for their Description, Appraisal and Projection sections. These meetings provided an opportunity to verify sources of information, check the accuracy and consistency of data used for decision-making and offer assistance to the co-chairs as requested.

The persistent challenge throughout this process, particularly at the Description and Appraisal phases, consisted of procuring identification of data from committees – including verifying the accuracy of the data – being used to draw conclusions. To address this challenge, the vice president of Academic Affairs met with the Standards co-chairs at regular intervals to collectively identify the data sources that would be most helpful in completing these sections of the self-study.

During a meeting in mid-January 2012, each set of co-chairs was asked to present their final set of Projection priorities to the entire NEASC executive team. Committees were asked to identify how the selected priorities addressed the findings in the Appraisal stage of their deliberations. The NEASC leadership team intentionally selected this approach of each team presenting to all of the other Standards' teams based on the belief that the work of all college departments is interrelated, and there is value in hearing how other departments perceive the effectiveness of an area's services and programs.

In order to record public opinion in a nonthreatening manner, the leadership team designed a process by which each member of the executive team was provided with an opportunity to vote for what he or she deemed the most important priorities. Each team member was given a set of 12 green dots (representing top priorities) and a set of 12 yellow dots (representing secondary priorities) and asked to place these dots next to the items they perceived to be the college's most important priorities. Each Standard's Projection priorities were listed on chart paper posted around the meeting space and voting took place on the spot. No restrictions were placed on how

one could distribute the dots; one could place more than one dot on a priority, choose not to vote on the priorities of a specific standard, etc.

This process was probably one of the most valuable steps shared by the self-study team; clear priorities surfaced as evidenced by a number of issues clearly getting the majority of votes. In some cases, the results were expected by those working on a given standard, and in other cases, it was obviously difficult to accept that colleagues saw issues in need of attention within their area. The full list of items voted on and the results of the voting can be found in Appendix Intro - II. A summary, organized by Standards, of the emerging priorities is included at the end of this section. In some cases, an area appeared under more than one standard.

Moving forward, a member of the NEASC leadership team prepared a set of Project Management templates for each Standard. The leadership team adopted a project management orientation based on the belief that the best way to manage achieving complex goals is to delineate the steps that need to be taken to reach the end goal. Working backwards from a stated end date, all 11 teams were asked to identify what steps would be addressed during the next three semesters for each priority before the completion of the self-study process. The goal of these templates was to assist members of each Standard's team in identifying and tracking progress on attending to the action steps necessary to address the priority areas identified as requiring attention in the appraisal process. Sample sets of these key priorities in a project management format are available on the designated website http://www.ccri.edu/neasc/pdf/NEASC%20Key%20Priorities%20COMPLETE.pdf.

A clear lesson learned emerged from the project-management approach that CCRI used to ensure progress on the identified priorities. *Don't underestimate the skills and discipline required to create a project management approach to implementing change*! Managing this process – including prompting people to show their progress – involved a great deal of monitoring, prodding and oversight effort by the Office of the Vice President for Academic Affairs. The tracking and persistent efforts resulted in positive progress on a number of our identified priorities. Work on this initiative provided some lessons learned that the college anticipates using to monitor success in implementing the new Strategic Plan. For more information, see the related discussion in Standard 2.

The appraisal process also created an awareness that many teams were searching for data in order to make or substantiate claims made within the Standard. Instead of having each team create its own survey for the CCRI community, co-chairs were encouraged to submit questions that they would like answered by the larger college community to the dean of Learning Resources who then forwarded the questions to the Academic Affairs coordinator. An online survey was created and was opened to the college community for two weeks in October 2012. Our goal was to send out one comprehensive survey versus the multiple surveys that would have resulted if each Standard collected its own information.

Approximately 180 faculty and staff members completed the survey, although not everyone answered every question. There were 33 questions in all, and a copy of the survey is available at http://www.ccri.edu/neasc/pdf/neasc%20survey.pdf. This process also proved very helpful in bringing greater clarity to which existing perceptions or beliefs about college practices seemed

supported by respondents and which were less so. It is worth noting that the survey results were consistent with the priority areas identified via the NEASC Executive Team voting process.

The college community was periodically updated about the NEASC self-study process throughout the 2011-12 academic year. As already noted, the president announced the process in September 2011, and the college sent a second team to the NEASC Orientation Workshop a year later in October 2012; this team consisted of Vice President Morgan; Ms. Mesolella, Academic Affairs coordinator; Dr. Lois Wims, dean of Arts, Humanities and Social Sciences; and Ms. Jeanne Mullaney, professor of Foreign Languages and Cultures and faculty assessment coordinator.

In March 2012, the college created an online NEASC-related trivia contest that occurred during the All-College Week, with the top winners having a choice of gifts that have been donated to the college for this specific purpose. The goal was to generate interest in the self-study process through an innovative, fun approach enticing more people to participate in the process. In an effort to keep the process moving forward, the leadership team continued to meet with the co-chairs of each Standard and with the entire NEASC executive team for the remainder of the Spring 2012 semester.

The college made progress on addressing many of the key priorities that were identified as part of this process. The college also provided additional resources as needed to assist team members in addressing priorities in their areas. Examples of these initiatives include work related to the assessment of student learning outcomes and the governance system. To initiate addressing assessment-related issues, Dr. Peggy Maki was invited to return to the college in September 2012 to update the entire team on what was expected in the realm of assessing student learning outcomes. The assessment challenges and the college's assessment of its progress in this area are discussed in more detail in Standard Four.

NEASC online survey results provided strong clarity regarding suggestions for improving the governance system. Many respondents indicated that the current system was too cumbersome, too time consuming, and lacked both efficiency and effectiveness in yielding recommendations to the president. The college assembled a team of faculty and staff to assist in revising the then-existing governance system. A more detailed description of how the college has utilized the appraisal process to improve the governance system is discussed within Standard Three.

Dr. Lamontagne convened a meeting of the NEASC executive team in early September 2013. He shared an outline of the remaining tasks accompanied by a timeline for completing the self-study process. Subsequent to the September meeting, he and members of his staff met with all of the Standard co-chairs individually. These individual meetings provided an opportunity to review each Standard in depth and to identify areas to address before completing the process.

Final drafts from each Standard were due in mid-October, and Dr. Lamontagne's staff pulled the individual chapters into one draft document and edited the document for clarity and accuracy. Data information was updated once enrollment numbers and other relevant information became available in the new semester. The NEASC executive team reviewed the near final draft before it was forwarded to the college's Marketing and Communications department for a final edit.

These are the institution's priorities that received the greatest number of votes by the CCRI NEASC Executive Team in January 2012:

- Standard One: Mission and Purposes
    - Increase visibility and knowledge of CCRI Mission Statement.*
    - Form committee to revitalize and re-evaluate vision statement.*
- Standard Two: Planning and Evaluation
    - Create a more comprehensive and integrated planning and evaluation process.
    - Demonstrate success and results from planning and communicate that information.
    - Improve institutional effectiveness through the strategic planning process.
- Standard Three: Organization and Governance
    - Improve effectiveness of governance system.*
- Standard Four: The Academic Program
    - Assess student learning outcomes through data collection; includes developing curriculum maps and information on how and when the primary outcomes will be assessed.*
    - Integrate assessment of general education outcomes into assessment process.
    - Ensure common learning outcomes for multiple sections of the same course and adopt common syllabus elements.
- Standard Five: Faculty
    - Develop a process for orienting, evaluating and supporting adjunct faculty.*
    - Ensure common learning outcomes for multiple sections of the same course.
    - Collect data from students' evaluations of course and use it to improve teaching.
- Standard Six: Students
    - Improve process for placing students in developmental courses.
    - Retrieve and utilize data to improve retention and graduation.
    - Develop protocols to assess students' satisfaction; increase advising and counseling staff.
- Standard Seven: Library and Other Information Resources
    - Establish vision for the distance learning program, including a mission statement and measureable goals/outcomes.
    - Strengthen tech support for faculty.
    - Define informational literacy and tech literacy.
- Standard Eight: Physical and Technological Resources
    - Utilize the tools of S25, R25 and X25 to improve space utilization and the creation of the semester master schedule.
    - Create technology awareness programs.
- Standard Nine: Financial Resources
    - Create multi-year strategic plan that can be integrated with budget priorities.*
    - Establish key data elements to be used for resource allocation.*
- Standard Ten: Public Disclosure
    - Create a written policy manual.*
    - Create revisions to website to enhance communication.*
- Standard Eleven: Integrity

- o Create collegewide policy manual.*
- o Revise existing governance system.*
- o Diversify full-time and adjunct faculty.

*Priorities receiving 20 or more votes (combined both first- and second-level priority votes)

Each Standard contains information on the appraisal and recommended next steps for addressing the identified priorities for improvement. Given CCRI's early start on the self-study process, many of these priorities have already received substantial attention and progress in strengthening many of these areas is well underway.

A review of the list of key priorities suggests some ideas on how the college can explore ways of improving its overall operations. Specifically, it is remarkable that in this current, extended climate of a serious economic downturn that has been labeled by some as the Great Recession, **most of the priority items on the above list do not come with an expensive price tag**! In other words, the challenges underlying these priorities may have more to do with the college's internal processes associated with identifying areas of need, designing effective and timely solutions to address the identified issues, and creating effective systems to monitor progress. On balance, it is also possible that if the college had greater resources to hire more faculty and staff, many of these listed priorities items could more easily be addressed.

While it is clear that CCRI has been well managed financially, the list of priorities suggests that the college could benefit from placing a greater emphasis on <u>developing a culture supported by widespread and inclusive institutional leadership</u> **with the skill and the will** to increase <u>institutional effectiveness</u>. Responding to the list of priorities and what the list as a whole suggests for improvement, the strategic planning committee added two new goals in the 2013-16 document with these considerations in mind:

- *Goal VI - Leadership: Create leadership systems and programming as a basis for quality assurance and enabling institutional improvement.*
- *Goal VII - Community: Create a CCRI culture that is guided by Mission, Vision and Values and that is committed to deporting itself in a manner that is conducive to creating a vibrant, inclusive community.*

The president charged those working on the NEASC self-study to be bold in making projections for tackling CCRI's identified priorities. In order to provide the skill sets needed to achieve these bold initiatives, the college's new strategic plan includes goals and activities addressing building a culture and the leadership necessary to effect change.

In conclusion, while CCRI's extended self-study process has been arduous and challenging at times, it has resulted in the college's identifying its significant challenges. But in keeping with the initial intention of using the self-study process to guide development, the work has yielded a very solid, in-depth commitment to projected priorities that will help the institution become more effective in *Changing Lives for Changing Times.* The reader will find a direct link between the Appraisal and the Projection section of each Standard, and each Standard contains a summary chart that highlights the college's projections relative to each Standard. Appendix Intro-III includes a summary Table of the Projections from all 11 Standards.

In addition to its own appraisal results, the self-study process also focused on the three areas highlighted in the CIHE letter dated March 25, 2009, following the submission of CCRI's fifth-year interim report. The letter requested that "*the college give emphasis to the institution's continued success with:*
- *Addressing its resource challenges in relation to reduction in state funding.*
- *Strengthening the engagement of faculty and staff and the use of data in planning and decision making processes.*
- *Analyzing and discussing data reported in the assessment and student success forms.*