# EXHIBIT HH

To: Murray Steve <smurraylaw@cox.net>

Date: 08/10/2023 3:29 PM EDT

Subject: Email Communications

Dear Professor Murray,

I have recently been informed of your request to Professor Maria Coclin, Chair of the Department of Business Administration at CCRI, to include you in any academic department communications that she may send out to the faculty within the Business Department.  Please know that because you are currently on an Administrative Leave from your faculty position at the college, you should not be included in faculty matters associated with your position as Professor.  Therefore Professor Coclin will not be emailing any communications to your personal email address per your request.

Upon your return from administrative leave, all emails sent to your CCRI email address will be available to you at that time. I appreciate your attention to this matter.

Sincerely,

Sybil Bailey