# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN D. MURRAY, | : | |
| *Plaintiff* | : | |
| v. | : | C.A. No. 23-cv-00469-WES-LDA |
| | : | |
| COMMUNITY COLLEGE OF | : | |
| RHODE ISLAND, alias, COUNCIL ON | : | |
| POST SECONDARY EDUCATION, alias,: | | |
| and ROSEMARY COSTIGAN, alias, | : | |
| in her individual and official capacities, | : | |
| *Defendants* | : | |

## JOINT STATUS REPORT OF PARTIES

Now come the Plaintiff and Defendants in the above-cited and do hereby submit the within Status Report in response to this Court's text Order dated July 23, 2024. Full consummation of the settlement between the Parties has not yet been completed, but the parties anticipate it should be fully resolved within 30 days, at which point the Parties propose and intend to file either a Stipulation of Dismissal or an updated status report if the matter has not been fully resolved.

**JOINTLY SUBMITTED BY THE PARTIES:**

| | |
|---|---|
| Plaintiff, | Defendants, |
| By his attorneys, | By their attorneys, |
| **SINAPI LAW ASSOCIATES, LTD.** | **NIXON PEABODY LLP** |
| | |
| /s/ **Richard A. Sinapi** | /s/ **Steven M. Richard** |
| **Richard A. Sinapi, Esq**. (#2977) | **Steven M. Richard, Esq. (#4403)** |
| **Chloe A. Davis, Esq.** (#9334) | One Citizens Plaza, Suite 500 |
| 2374 Post Road, Suite 201 | Providence, RI 02903 |
| Warwick, RI 02886 | Tel: 401-454-1020; Fax: 401-454-1030 |
| Tel: (401) 739-9690; Fax: (401) 739-9040 | srichard@nixonpeabody.com |
| ras@sinapilaw.com; cad@sinapilaw.com | |

## CERTIFICATION OF SERVICE

I hereby certify that on the **30th** day of **July, 2024, t**his document was electronically served and filed via the Court's CM/ECF system.

/s/ **Richard A. Sinapi, Esq,**