## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEVEN D. MURRAY,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMUNITY COLLEGE OF RHODE ISLAND, alias, COUNCIL ON POST SECONDARY EDUCATION, alias, and ROSEMARY COSTIGAN, alias, in her individual and official capacities,<br><br>*Defendants*. | C.A. No. 1:23-cv-00469-WES-LDA |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action, with prejudice, with all rights of appeal waived, and with each party to bear its own costs and attorneys' fees, unless otherwise provided by agreement.

Plaintiff,
STEVEN D. MURRAY
By his attorneys,

*/s/ Richard A. Sinapi*
RICHARD A. SINAPI (#2977)
ras@sinapilaw.com
CHLOE A. DAVIS (#9334)
cad@sinapilaw.com
SINAPI LAW ASSOCIATES, LTD.
2374 Post Road, Suite 201
Warwick, RI 02886
Tel: 401-739-9690
Fax: 401-739-9040

Dated: August 27, 2024

Defendants,
COMMUNITY COLLEGE OF RHODE ISLAND, COUNCIL ON POST SECONDARY EDUCATION and ROSEMARY COSTIGAN
By their attorney,

*/s/ Steven M. Richard*
STEVEN M. RICHARD (#4403)
srichard@nixonpeabody.com
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: 401-454-1020
Fax: 401-454-1030

1